## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                         :          Chapter 11
:
**PERKINS & MARIE**                           :
**CALLENDER'S, LLC,** *et al.*,               :          Case No. 19-11743 (___)
:
:          **Jointly Administered**
**Debtors.**[1]                               :
---------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to Bank of America, N.A., as administrative agent ("BOA") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and request that all notices given or required to be given in these chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, as applicable, are: Perkins & Marie Callender's, LLC (2435); Marie Callender Pie Shops, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); PMCI Promotions LLC (7308); MC Wholesalers, LLC (2420); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

| | |
|---|---|
| Mary F. Caloway, Esquire<br>BUCHANAN INGERSOLL & ROONEY PC<br>919 North Market Street, Suite 990<br>Wilmington, DE 19801<br>Telephone: (302) 552-4200<br>Facsimile: (302) 552-4295<br>Email: mary.caloway@bipc.com | David L. Eades<br>David S. Walls<br>Luis M. Lluberas<br>Gabriel L. Mathless<br>MOORE & VAN ALLEN PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>Facsimile: (704) 409-5670<br>Email: davideades@mvalaw.com<br>Email: davidwalls@mvalaw.com<br>Email: luislluberas@mvalaw.com<br>Email: gabrielmathless@mvalaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise field with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affect the Debtors or property of the Debtors, or BOA.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the Chapter 11 Cases shall be deemed or construed as a waiver of any rights of BOA to (i) have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related the Chapter 11 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments, as appropriate, to which BOA is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: August 5, 2019                                   **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mary F. Caloway*
Mary F. Caloway (No. 3059)
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: mary.caloway@bipc.com

-and-

David L. Eades
David S. Walls
Luis M. Lluberas
Gabriel L. Mathless
MOORE & VAN ALLEN PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 409-5670
Email: davideades@mvalaw.com
Email: davidwalls@mvalaw.com
Email: luislluberas@mvalaw.com
Email: gabrielmathless@mvalaw.com

*Attorneys for Bank of America, N.A.*