ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PERKINS & MARIE CALLENDER'S, LLC, <br><br> Debtor. <br><br> Fed. Tax. Id. No: 45-3942435 | Chapter 11 <br><br> Case No. 19-11743 (KG) |
| In re: <br><br> PERKINS & MARIE CALLENDER'S HOLDING, LLC, <br><br> Debtor. <br><br> Fed. Tax. Id. No: 45-3943381 | Chapter 11 <br><br> Case No. 19-11745 (KG) |
| In re: <br><br> MARIE CALLENDER PIE SHOPS, LLC, <br><br> Debtor. <br><br> Fed. Tax. Id. No: 45-3931620 | Chapter 11 <br><br> Case No. 19-11748 (KG) |
| In re: <br><br> MC WHOLESALERS, LLC, <br><br> Debtor. <br><br> Fed. Tax. Id. No: 45-3912420 | Chapter 11 <br><br> Case No. 19-11750 (KG) |
| In re: <br><br> PMCI PROMOTIONS LLC, <br><br> Debtor. <br><br> Fed. Tax. Id. No: 26-4537308 | Chapter 11 <br><br> Case No. 19-11752 (KG) |

| | |
|---|---|
| In re:<br><br>MCID, INC.,<br><br>Debtor.<br><br>Fed. Tax. Id. No: 33-0542015 | Chapter 11<br><br>Case No. 19-11744 (KG) |
| In re:<br><br>WILSHIRE BEVERAGE, INC.<br><br>Debtor.<br><br>Fed. Tax. Id. No: 76-0595887 | Chapter 11<br><br>Case No. 19-11746 (KG) |
| In re:<br><br>FIV, LLC,<br><br>Debtor.<br><br>Fed. Tax. Id. No: 45-3909288 | Chapter 11<br><br>Case No. 19-11747 (KG) |
| In re:<br><br>P&MC'S REAL ESTATE HOLDING LLC,<br><br>Debtor.<br><br>Fed. Tax. Id. No: 30-0578553 | Chapter 11<br><br>Case No. 19-11749 (KG) |
| In re:<br><br>P&MC'S HOLDING CORP.,<br><br>Debtor.<br><br>Fed. Tax. Id. No: 25-1922225 | Chapter 11<br><br>Case No. 19-11751 (KG) |

## ORDER DIRECTING JOINT ADMINISTRATION

Upon the motion (the "**Motion**")[1] of Perkins & Marie Callender's, LLC ("**P&MC**") and certain of its affiliates that are debtors and debtors in possession (collectively, with P&MC, the "**Debtors**") in the above-captioned Chapter 11 Cases for entry of an order pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, directing the joint administration of these Chapter 11 Cases for procedural purposes only, as more fully described in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157; and venue of these cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion was sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having held a hearing (the "**Hearing**") to consider the relief requested in the Motion; and upon the First Day Declaration and the record of the Hearing; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, their estates and all other parties in interest; and upon the record herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.

2. The Debtors' Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3.  The Clerk of the Court shall maintain one file and one docket for all of the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Debtor Perkins & Marie Callender's, LLC, Case No. 19-11743 (KG).

4.  All pleadings filed in the Debtors' Chapter 11 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Perkins & Marie Callender's, LLC, *et al.*,[1] | ) | Case No. 19-11743 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

5.  All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and the Clerk of the Court shall make docket entries in each of the dockets of each of the Chapter 11 Cases, other than the Chapter 11 Case of Debtor Perkins & Marie Callender's, LLC, and in the docket of any other related cases which are subsequently filed, substantially as follows:

> An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Perkins & Marie Callender's, LLC, Perkins & Marie Callender's Holding, LLC, Marie Callender Pie Shops, LLC, MC Wholesalers, LLC, PMCI Promotions LLC, MCID, Inc., Wilshire Beverage, Inc., FIV, LLC, P&MC's Real Estate Holding LLC, and P&MC's Holding Corp. The docket in the chapter 11

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

4

case of Perkins & Marie Callender's, LLC, Case No. 19-11743 (KG), should be consulted for all matters affecting this case.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Date: August 6, 2019
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE