**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Perkins & Marie Callender's LLC, et al., | : | Case No. 19-11743 (KG) |
| | : | |
| | : | Jointly Administered |
| Debtor(s). | : | NOTICE OF APPOINTMENT |
| --------------------------------- | : | OF COMMITTEE OF |
| | : | UNSECURED CREDITORS |
| | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **SCF RC Funding L, LLC,** Attn: AJ Peil, Senior Vice President, 902 Carnegie Center, Suite 520, Princeton, NJ 08540, Phone: 609-436-0625

2. **WF PP Realty, LLC,** Attn: Robert G. Friedman, Owner & Manager, 510 East 80th Street, New York, NY 10075, Phone: 212-744-9675, Fax: 212-744-2126

3. **Bono Burns Distr. Inc.,** Attn: J. Gerard Burns, President, 3616 S. Big Bend Blvd., St. Louis, MO 63143, Phone: 314-650-5685

4. **Departure**, Attn: Emily Rex, CEO & Co-Founder, 427 C. Street, Suite 406, San Diego, CA 92101, Phone: 619-607-1001

5. **DJ-9, Inc.**, Attn: David M. D'Onofrio, President, 2011 W. Cleveland Street, Suite E, Tampa, FL 33606, Phone: 813-220-4488

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Linda Casey for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 14, 2019

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel J. DeFranceschi, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701