**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
Perkins & Marie Callender's, LLC, *et al.*,[1] : Case No. 19-11743 (KG)
: 
: Jointly Administered
Debtors. : 
: Hearing Date: August 23, 2019
: 
: Re: D.I. # 106
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Tasha M. Hart, do hereby certify that on the 19th day of August 2019, I caused a copy of the *Limited Objection of SCF RC Funding L, LLC to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving stalking Horse Bid Protection, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Fee and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* (Dkt. No. 106) to be served on the following via U.S. first class mail, postage prepaid, and via electronic mail through the Bankruptcy Court's CM/ECF system:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holdings, LLC (3381; Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions, LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); Fly, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38 119-4709.

Daniel J. DeFranceschi: defranceschi@rlf.com
Michael J. Merchant: merchant@rlf.com
Zachary I. Shapiro: shapiro@rif.com
Brett M. Haywood: havwood@rif.com
Megan E. Kenney: kenney@rlf.com
Sara E. Silveira: silveira@rif.com
Richards, Layton & Finger, P.A
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Debtors*

Scott L. Alberino: salberino@akingump.com
Joanna Newdeck: rjnewdeck@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 20006
*Counsel for Debtors*

Colin R. Robinson: crobinson@pszjlaw.com
Bradford J. Sandier: bsandler@pszjlaw.com
Pachuiski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*Counsel for the Official Committee of Unsecured Creditors*

Dated: August 20, 2019
      Phoenix, Arizona

                                          */s/ Tasha M. Hart*
                                          An employee of Ballard Spahr LLP