**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 19-11743 (KG) |
| Perkins & Marie Callender's, LLC, *et al.*,[1] | ) ) (Jointly Administered) |
| Debtors. | ) ) ) ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 23, 2019 AT 11:30 A.M. (ET)[2]**

**I.   CONTESTED MATTER:**

1. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 33; filed August 5, 2019]

    Response/Objection Deadline:     August 19, 2019 at 4:00 p.m. (ET)

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

[2] The hearing will be before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at such hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Time) on Thursday, August 22, 2019**, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Responses/Objections Received:

A. Reservation of Rights of the Chubb Companies to the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 105; filed August 19, 2019]

B. Limited Objection of SCF RC Funding L, LLC to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 106; filed August 19, 2019]

C. Limited Response and Preservation of Rights of JDK Management Co., Inc. to Debtors' Motion to Approve Bidding Procedures for Sale of Substantially all of Their Assets [Docket No. 107; filed August 19, 2019]

D. Limited Objection of National Retail Properties, Inc. to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 111; filed August 19, 2019]

E. Informal comments from the Office of the United States Trustee

F.  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.  Declaration of Jason Abt in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 34; filed August 5, 2019]

ii.  Notice of Motion and Hearing [Docket No. 66; filed August 6, 2019]

iii.  *Supplement to* Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 118; filed August 21, 2019]

Status: The hearing on this matter will go forward.

Dated: August 21, 2019
      Wilmington, Delaware

          */s/ Megan E. Kenney*
          **RICHARDS, LAYTON & FINGER, P.A.**
          Daniel J. DeFranceschi (No. 2732)
          Michael J. Merchant (No. 3854)
          Zachary I. Shapiro (No. 5103)
          Brett M. Haywood (No. 6166)
          Megan E. Kenney (No. 6426)
          Sarah E. Silveira (6580)
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile: (302) 651-7701

          -and-

          **AKIN GUMP STRAUSS HAUER & FELD LLP**
          Scott L. Alberino (admitted *pro hac vice*)
          Joanna Newdeck (admitted *pro hac vice*)
          2001 K Street, N.W.
          Washington, D.C. 20006
          Telephone: (202) 887-4000
          Facsimile: (202) 887-4288

          -and-

          **AKIN GUMP STRAUSS HAUER & FELD LLP**
          Gary A. Ritacco (admitted *pro hac vice*)
          One Bryant Park
          New York, New York 10036
          Telephone: (212) 872-1000
          Facsimile: (212) 872-1002

          *Proposed Counsel to the Debtors and*
          *Debtors in Possession*