IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Perkins & Marie Callender's LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-11743 (KG)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that David V. Lees ("Mr. Lees") hereby appears by his counsel, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"). Mr. Lees hereby requests that the undersigned attorneys be added to the official mailing matrix and service list in this case. Mr. Lees requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Mr. Lees through service upon Benesch, at the addresses, emails, and/or facsimile numbers set forth below:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover
Kevin M. Capuzzi
John C. Gentile
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Lees': (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Mr. Lees is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

| | |
|---|---|
| Dated: August 23, 2019<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP<br><br>         */s/ Jennifer R. Hoover*         <br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>John C. Gentile (No. 6159)<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: jhoover@beneschlaw.com<br>         kcapuzzi@beneschlaw.com<br>         jgentile@beneschlaw.com<br><br>*Counsel for David V. Lees* |