IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Perkins & Marie Callender's LLC, et al.,[1] ) | Case No. 19-11743 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hugo Alexander Maida, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 22, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 98]

Dated: August 27, 2019

/s/ Hugo Alexander Maida
Hugo Alexander Maida

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of August, 2019, by Hugo Alexander Maida, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature /s/ Tori L. Harris

TORI L. HARRIS
Notary Public - California
Los Angeles County
Commission # 2283822
My Comm. Expires Mar 31, 2023

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

# EXHIBIT A

**Exhibit A**
**Affected Party Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Lumbermens Mutual Casualty Company, In Liquidation | Attn Controllers Dept. | 2 Corporate Drive, Suite 110 | Lake Zurich | IL | 60047 |