# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Perkins & Marie Callender's LLC, et al.,[1] | ) Case No. 19-11743 (KG) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Hugo Alexander Maida, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 28, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case and Meeting of Creditors 341(a)** [Docket No. 98]

Dated: August 30, 2019

_____
Hugo Alexander Maida

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of August, 2019, by Hugo Alexander Maida, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ANA TERESA ARIAS
Notary Public - California
Los Angeles County
Commission # 2285618
My Comm. Expires Apr 18, 2023

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

# EXHIBIT A

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| AMES, MARVIN | 17610 VERGUS AVE | JORDAN | MN | 55352 |
| Joyce Ann Lees | 2984 Dunes Ct | Longmont | CO | 80503 |