**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Perkins & Marie Callender's LLC, *et al.*,[1] | Case No. 19-11743 (KG) |
|  | (Joint Administration Requested) |
| Debtors. |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 27, 2019, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (A) Entry of Interim Order (I) Establishing Procedures for Determining Adequate Assurance of Payment, (II) Finding Utilities Adequately Assured of Payment, (IV) Authorizing the Debtors to Honor Obligations to Bill Consolidators in the Ordinary Course of Business and (V) Granting Related Relief; and (B) Final Hearing Thereon** [Docket No. 72]

Furthermore, on August 29, 2019, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

- **Second Omnibus Motion of Debtors for an Order (I) Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property Nunc Pro Tunc to the Rejection Date, (II) Authorizing Abandonment of Certain Property in Connection Therewith and (III) Granting Related Relief** [Docket No. 78]

Dated: August 30, 2019

_____
Heather Fellows

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of August, 2019, by Heather Fellows, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _Tori L. Harris_

TORI L. HARRIS
Notary Public - California
Los Angeles County
Commission # 2283822
My Comm. Expires Mar 31, 2023

# EXHIBIT A

**Exhibit A**
**Utilities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| CENLC | Attn Director or Officer | PO Box 2956 | Phoenix | AZ | 85062-2956 |
| Century - EFT | Attn Director or Officer | PO Box 2956 | Phoenix | AZ | 85062-2956 |
| CenturyLink | Attn Director or Officer | PO Box 2956 | Phoenix | AZ | 85062-2956 |
| CenturyLink Century | Attn Director or Officer | PO Box 2956 | Phoenix | AZ | 85062-2956 |
| CenturyLink QWEST | Attn Director or Officer | PO Box 2956 | Phoenix | AZ | 85062-2956 |
| Qwest | Attn Director or Officer | PO Box 2956 | Phoenix | AZ | 85062-2956 |
| QwestCenturyLink - EFT | Attn Director or Officer | PO Box 2956 | Phoenix | AZ | 85062-2956 |
| SuddenLink Cable-WH | Attn Director or Officer | 1111 Stewart Ave | Bethpage | NY | 11714-3533 |

# **EXHIBIT B**

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Top 30 Creditor | SCF RC Funding L, LLC | Hillary Hai | 902 Carnegie Ctr Ste 520 | Princeton | NJ | 08540-6531 |