## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

——————————————————————

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Perkins & Marie Callender's, LLC, et al.,[1] | ) | Case No. 19-11743 (KG) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

——————————————————————

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 11, 2019 AT 11:00 A.M. (ET)[2]

## I.    CONTINUED MATTERS:

1.    Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Programs, (B) Maintain Premium Financing Arrangements and (C) Pay Prepetition Insurance Obligations and (II) Granting Related Relief [Docket No. 3; filed August 5, 2019]

Response/Objection Deadline:                September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee; extended to September 11, 2019 at 4:00 p.m. (ET) for the Chubb Companies

Responses/Objections Received:

A.    Informal comments from the Committee

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225).  The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

[2] The hearing will be before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at such hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Time) on Tuesday, September 10, 2019**, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

B.    Informal comments from the Chubb Companies

Related Documents:

i.    Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Programs, (B) Maintain Premium Financing Arrangements and (C) Pay Prepetition Insurance Obligations, and (II) Granting Related Relief [Docket No. 52; filed August 6, 2019]

ii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Programs, (B) Maintain Premium Financing Arrangements and (C) Pay Prepetition Insurance Obligations, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 68; filed August 7, 2019]

Status: The hearing regarding this matter has been continued to September 17, 2019 at 11:00 a.m. (ET)

2.    Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Compensation, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief [Docket No 11; filed August 5, 2019]

Response/Objection Deadline:    September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee; extended to September 11, 2019 at 4:00 p.m. (ET) for the Chubb Companies

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee

B.    Informal comments from the Chubb Companies

Related Documents:

i.    Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Compensation, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief [Docket No. 51; filed August 6, 2019]

ii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Compensation, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II)

2

Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 73; filed August 7, 2019]

Status: The hearing regarding this matter has been continued to September 17, 2019 at 11:00 a.m. (ET).

## II.    **MATTERS FILED UNDER CERTIFICATIONS**:

3.    Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Customer Programs and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief [Docket No 4; filed August 5, 2019]

Response/Objection Deadline:    September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**")

Responses/Objections Received:

A.    Informal comments from Bank of America Merchant Services

Related Documents:

i.    Interim Order (I) Authorizing Debtors to (A) Maintain Customer Programs and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief [Docket No. 53; filed August 6, 2019]

ii.    Notice of (A) Entry of Interim Order (I) Authorizing Debtors to (A) Maintain Customer Programs and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 69; filed August 7, 2019]

iii.    Certificate of No Objection Regarding Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Customer Programs and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief [Docket No. 175; filed September 6, 2019]

Status: On September 6, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

4.    Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No 5; filed August 5, 2019]

<table>
<tr><td>Response/Objection Deadline:</td><td>September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee</td></tr>
</table>

Responses/Objections Received:

A.    Informal comments from the Official Committee of Unsecured Creditors (the "**Committee**")

Related Documents:

i.    Interim Order Authorizing (I) Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 48; filed August 6, 2019]

ii.    Notice of (A) Entry of Interim Order Authorizing (I) Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 70; filed August 7, 2019]

iii.    Certification of Counsel Regarding Final Order Authorizing (I) Debtors to Pay Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 173; filed September 6, 2019]

Status: On September 6, 2019, the Debtors filed a proposed form of final order under certification of counsel in connection with this matter. Accordingly a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

5.    Motion of Debtors for Interim and Final Orders (I) Authorizing the Payment of Prepetition Claims of Shippers and Warehousemen and (II) Granting Related Relief [Docket No 6; filed August 5, 2019]

<table>
<tr><td>Response/Objection Deadline:</td><td>September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee</td></tr>
<tr><td>Responses/Objections Received:</td><td>None at this time.</td></tr>
</table>

Related Documents:

i.    Interim Order (I) Authorizing the Payment of Prepetition Claims of Shippers and Warehousemen and (II) Granting Related Relief [Docket No. 54; filed August 6, 2019]

ii.    Notice of (A) Entry of Interim Order (I) Authorizing the Payment of Prepetition Claims of Shippers and Warehousemen and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 71; filed August 7, 2019]

4

iii.    Certificate of No Objection Regarding Motion of Debtors for Interim and Final Orders (I) Authorizing the Payment of Prepetition Claims of Shippers and Warehousemen and (II) Granting Related Relief [Docket No. 176; filed September 6, 2019]

Status: On September 6, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

6.    Motion of Debtors for Interim and Final Orders (I) Establishing Procedures for Determining Adequate Assurance of Payment, (II) Finding Utilities Adequately Assured of Payment, (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Utility Services, (IV) Authorizing the Debtors to Honor Obligations to Bill Consolidators in the Ordinary Course of Business and (V) Granting Related Relief [Docket No 7; filed August 5, 2019]

Response/Objection Deadline:    September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.    Objection of Certain Utility Companies to the Motion of Debtors for Interim and Final Orders (I) Establishing Procedures for Determining Adequate Assurance of Payment, (II) Finding Utilities Adequately Assured of Payment, (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Utility Services, (IV) Authorizing the Debtors to Honor Obligations to Bill Consolidators in the Ordinary Course of Business and (V) Granting Related Relief [Docket No. 142; filed August 23, 2019]

B.    Informal comments from Waste Management

Related Documents:

i.    Interim Order (I) Establishing Procedures for Determining Adequate Assurance of Payment, (II) Finding Utilities Adequately Assured of Payment, (IV) Authorizing the Debtors to Honor Obligations to Bill Consolidators in the Ordinary Course of Business and (V) Granting Related Relief [Docket No. 55; filed August 6, 2019]

ii.    Notice of (A) Entry of Interim Order (I) Establishing Procedures for Determining Adequate Assurance of Payment, (II) Finding Utilities Adequately Assured of Payment, (IV) Authorizing the Debtors to Honor Obligations to Bill Consolidators in the Ordinary Course of Business and (V) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 72; filed August 7, 2019]

iii.     Certification of Counsel Regarding Final Order (I) Establishing Procedures for Determining Adequate Assurance of Payment, (II) Finding Utilities Adequately Assured of Payment, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Utility Services [Docket No. 172; filed September 6, 2019]

Status: On September 6, 2019, the Debtors filed a proposed form of final order under certification of counsel in connection with this matter. Accordingly a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

7.    Motion of Debtors for Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Performance of Intercompany Transactions; (III) Waiving Certain United States Trustee Requirements; and (IV) Granting Related Relief [Docket No 8; filed August 5, 2019]

Response/Objection Deadline:    September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:    None at this time.

Related Documents:

i.     Interim Order (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Performance of Intercompany Transactions; (III) Waiving Certain United States Trustee Requirements; and (IV) Granting Related Relief [Docket No. 56; filed August 6, 2019]

ii.    Notice of (A) Entry of Interim Order (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Performance of Intercompany Transactions; (III) Waiving Certain United States Trustee Requirements; and (IV) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 74; filed August 7, 2019]

iii.    Certificate of No Objection Regarding Motion of Debtors for Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Performance of Intercompany Transactions; (III) Waiving Certain United States Trustee Requirements; and (IV) Granting Related Relief [Docket No. 177; filed September 6, 2019]

6

<u>Status</u>: On September 6, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

8.      Motion of Debtors for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims Asserted Under the (A) Perishable Agricultural Commodities Act, (B) Packers and Stockyards Act, and (C) Any State Statutes of Similar Effect and (II) Granting Related Relief [Docket No 9; filed August 5, 2019]

<u>Response/Objection Deadline</u>:      September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

<u>Responses/Objections Received</u>:      None at this time.

<u>Related Documents</u>:

i.      Interim Order (I) Authorizing Payment of Prepetition Claims Asserted Under the (A) Perishable Agricultural Commodities Act, (B) Packers and Stockyards Act, and (C) Any State Statutes of Similar Effect and (II) Granting Related Relief [Docket No. 49; filed August 6, 2019]

ii.      Notice of (A) Entry of Interim Order (I) Authorizing Payment of Prepetition Claims Asserted Under the (A) Perishable Agricultural Commodities Act, (B) Packers and Stockyards Act, and (C) Any State Statutes of Similar Effect and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 75; filed August 7, 2019]

iii.      Certificate of No Objection Regarding Motion of Debtors for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims Asserted Under the (A) Perishable Agricultural Commodities Act, (B) Packers and Stockyards Act, and (C) Any State Statutes of Similar Effect and (II) Granting Related Relief [Docket No. 178; filed September 6, 2019]

<u>Status</u>: On September 6, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

9.      Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Granting Related Relief [Docket No 12; filed August 5, 2019]

<u>Response/Objection Deadline</u>:      September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

7

Responses/Objections Received:        None at this time.

Related Documents:

i.      Interim Order (I) Authorizing Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Granting Related Relief [Docket No. 57; filed August 6, 2019]

ii.     Notice of (A) Entry of Interim Order (I) Authorizing Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 67; filed August 7, 2019]

iii.    Certificate of No Objection Regarding Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Granting Related Relief [Docket No. 174; filed September 6, 2019]

Status: On September 6, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

10.     First Omnibus Motion of Debtors for an Order (I) Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Petition Date, (II) Authorizing Abandonment of Certain Property in Connection Therewith and (III) Granting Related Relief [Docket No 40; filed August 5, 2019]

Response/Objection Deadline:        August 20, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.      Informal comments from the U.S. Trustee

Related Documents:

i.      Notice of Motion and Hearing [Docket No. 65; filed August 6, 2019]

ii.     Certificate of No Objection Regarding First Omnibus Motion of Debtors for an Order (I) Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Petition Date, (II) Authorizing Abandonment of Certain Property in Connection Therewith and (III) Granting Related Relief [Docket No. 201; filed September 9, 2019]

8

Status: On September 9, 2019, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

11.    Second Omnibus Motion of Debtors for an Order (I) Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (II) Authorizing Abandonment of Certain Property in Connection Therewith and (III) Granting Related Relief [Docket No 78; filed August 7, 2019]

Response/Objection Deadline:            September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee

B.    Informal comments from DJ-9, Inc.

C.    Informal comments from Grays-Bays LLC

Related Documents:

i.    Certification of Counsel Regarding Second Omnibus Motion of Debtors for an Order (I) Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (II) Authorizing Abandonment of Certain Property in Connection Therewith and (III) Granting Related Relief [Docket No. 202; filed September 9, 2019]

Status: On September 9, 2019, the Debtors filed a proposed form of order under certification of counsel in connection with this matter. Accordingly a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

12.    Application of Debtors for an Order Authorizing Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date (Sealed) [Docket No 125; filed August 21, 2019]

Response/Objection Deadline:            September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee

9

Related Documents:

i.      Application of Debtors for an Order Authorizing Employment and
        Retention of Kurtzman Carson Consultants LLC as Administrative
        Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date (Redacted)
        [Docket No. 127; filed August 21, 2019]

ii.     Certificate of No Objection Regarding Application of Debtors for an Order
        Authorizing Employment and Retention of Kurtzman Carson Consultants
        LLC as Administrative Advisor for the Debtors *Nunc Pro Tunc* to the
        Petition Date [Docket No. 179; filed September 6, 2019]

Status: On September 6, 2019, the Debtors filed a certificate of no objection
        regarding this matter.  Accordingly, a hearing with respect to this matter is
        only required to the extent that the Court has any questions or concerns.

13.     Motion of Debtors for an Order Establishing Procedures for Interim
        Compensation and Reimbursement of Professionals [Docket No 151; filed August
        28, 2019]

        Response/Objection Deadline:            September 4, 2019 at 4:00 p.m. (ET);
                                                extended to September 6, 2019 at 4:00 p.m.
                                                (ET) for the U.S. Trustee

        Responses/Objections Received:

        A.      Informal comments from the U.S. Trustee

        Related Documents:

        i.      Certification of Counsel Regarding Order Establishing Procedures for
                Interim Compensation and Reimbursement of Professionals [Docket No.
                203; filed September 9, 2019]

        Status: On September 9, 2019, the Debtors filed a proposed form of order under
                certification of counsel in connection with this matter.  Accordingly a
                hearing with respect to this matter is only required to the extent that the
                Court has any questions or concerns.

## III.  CONTESTED MATTERS:

14.     Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain
        Postpetition Financing and to Use Cash Collateral; (II) Granting Priming Liens
        and Providing Super Priority Claims; (III) Granting Adequate Protection to
        Prepetition Secured Parties; and (IV) Prescribing the Form and Manner of Notice
        and Setting the Time for the Final Hearing [Docket No 13; filed August 5, 2019]

10

Response/Objection Deadline:     September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for Chubb Companies; extended to September 9, 2019 at 5:00 p.m. (ET) for the Committee; extended to September 9, 2019 at 11:59 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.    Limited Objection of National Retail Properties, Inc. to Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and to Use Cash Collateral; (II) Granting Priming Liens and Providing Super Priority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Prescribing the Form and Manner of Notice and Setting the Time for the Final Hearing [Docket No. 167; filed September 4, 2019]

B.    Informal comments from the U.S. Trustee

C.    Informal comments from the Chubb Companies

Related Documents:

i.    Interim Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 58; filed August 6, 2019]

ii.   Notice of (A) Entry of Interim Order (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Scheduling a Final Hearing; and (B) Final Hearing Thereon [Docket No. 76; filed August 7, 2019]

Status: The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing. At this time the hearing on this matter will go forward.

15.    Motion of the Debtors for Entry of an Order Approving the Debtors' Key Employee Incentive Plan (Redacted) [Docket No 93; filed August 13, 2019]

Response/Objection Deadline:     September 4, 2019 at 4:00 p.m. (ET); extended to September 9, 2019 at 5:00 p.m. (ET) for the Committee; extended to

September 9, 2019 at 11:59 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee

B.    Informal comments from the Committee

Related Documents:

i.    Motion of the Debtors for Entry of an Order Approving the Debtors' Key Employee Incentive Plan (Sealed) [Docket No. 94; filed August 13, 2019]

ii.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Contained in the Motion of the Debtors for Entry of an Order Approving the Debtors' Key Employee Incentive Plan [Docket No. 95; filed August 13, 2019]

Status: The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing. At this time the hearing on this matter will go forward.

16.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Contained in the Motion of the Debtors for Entry of an Order Approving the Debtors' Key Employee Incentive Plan [Docket No 95; filed August 13, 2019]

Response/Objection Deadline:    September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee; extended to September 9, 2019 at 5:00 p.m. (ET) for the Committee

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee

B.    Informal comments from the Committee

Status: The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing. At this time the hearing on this matter will go forward.

17.    Omnibus Motion of Debtors for Entry of an Order Authorizing Certain Confidential Information to be Filed Under Seal in Connection with Retention Applications [Docket No 122; filed August 21, 2019]

Response/Objection Deadline:    September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee

Status: The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing.  At this time the hearing on this matter will go forward.

18.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date (Sealed) [Docket No 123; filed August 21, 2019]

Response/Objection Deadline:    September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee; extended to September 9, 2019 at 5:00 p.m. (ET) for the Committee

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee

B.    Informal comments from the Committee

Related Documents:

i.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date (Redacted) [Docket No. 124; filed August 21, 2019]

ii.    Supplemental Declaration of Jeffrey D. Warne in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date (Redacted) [Docket No. 171; filed September 6, 2019]

13

<u>Status:</u> The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing.  At this time the hearing on this matter will go forward.

19.     Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, *Nunc Pro Tunc* to the Petition Date (Sealed) [Docket No 126; filed August 21, 2019]

<u>Response/Objection Deadline</u>:          September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

<u>Responses/Objections Received</u>:

A.      Informal comments from the U.S. Trustee

<u>Related Documents</u>:

i.      Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, *Nunc Pro Tunc* to the Petition Date (Redacted) [Docket No. 128; filed August 21, 2019]

<u>Status:</u> The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing.  At this time the hearing on this matter will go forward.

20.     Application of the Debtors for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date (Sealed) [Docket No 129; filed August 21, 2019]

<u>Response/Objection Deadline</u>:          September 4, 2019 at 4:00 p.m. (ET); extended to September 6, 2019 at 4:00 p.m. (ET) for the U.S. Trustee; extended to September 9, 2019 at 5:00 p.m. (ET) for the Committee

<u>Responses/Objections Received</u>:

A.      Informal comments from the U.S. Trustee

B.      Informal comments from the Committee

14

Related Documents:

i.      Application of the Debtors for Authorization to Retain and Employ FTI Consulting, Inc as Financial Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date (Redacted) [Docket No. 130; filed August 21, 2019]

Status: The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing.  At this time the hearing on this matter will go forward.

21.     Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bank. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date, (II) Waiving Certain Time-Keeping Requirements Set Forth in Del. Bankr. L.R. 2016-2, and (III) Granting Related Relief (Sealed) [Docket No 131; filed August 21, 2019]

Response/Objection Deadline:        September 4, 2019 at 4:00 p.m. (ET); extended to September 9, 2019 at 5:00 p.m. (ET) for the Committee; extended to September 9, 2019 at 11:59 p.m. (ET) for the U.S. Trustee

Responses/Objections Received:

A.      Informal comments from the U.S. Trustee

B.      Informal comments from the Committee

Related Documents:

i.      Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bank. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date, (II) Waiving Certain Time-Keeping Requirements Set Forth in Del. Bankr. L.R. 2016-2, and (III) Granting Related Relief (Redacted) [Docket No. 132; filed August 21, 2019]

Status: The Debtors are in discussions with the parties that have provided informal comments and expect to resolve such comments and file a proposed order under certification in advance of the hearing.  At this time the hearing on this matter will go forward.

15

Dated:  September 9, 2019
   Wilmington, Delaware

        */s/    Megan E. Kenney*
        **RICHARDS, LAYTON & FINGER, P.A.**
        Daniel J. DeFranceschi (No. 2732)
        Michael J. Merchant (No. 3854)
        Zachary I. Shapiro (No. 5103)
        Brett M. Haywood (No. 6166)
        Megan E. Kenney (No. 6426)
        Sarah E. Silveira (No. 6580)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701

        -and-

        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        Scott L. Alberino (admitted *pro hac vice*)
        Joanna Newdeck (admitted *pro hac vice*)
        2001 K Street, N.W.
        Washington, D.C. 20006
        Telephone: (202) 887-4000
        Facsimile: (202) 887-4288

        -and-

        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        Gary A. Ritacco (admitted *pro hac vice*)
        One Bryant Park
        New York, New York 10036
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002

        *Proposed Counsel to the Debtors and*
        *Debtors in Possession*