UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 19-11743 (KG) |
| Perkins &Marie Callender's, LLC, *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Marystown, LLC, by and through its undersigned proposed counsel, hereby appears in the above-captioned cases pursuant to Fed. R. Bankr. P. 9010(b) and requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served at the following address:

Christopher Camardello (#284798)
Manty & Associates, P.A.
401 Second Avenue North, Suite 400
Minneapolis, MN 55401
Email:  chris@mantylaw.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal;

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225).  The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.
RLF1 21484709v.5

or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: September 9, 2019 | *e/* Christopher Camardello<br>Christopher Camardello (#284798)<br>**MANTY & ASSOCIATES, P.A.**<br>401 Second Avenue North, Suite 400<br>Minneapolis, MN 55401<br>Telephone: (612) 465-0990<br>Facsimile: (612) 746-0310<br>Email: chris@mantylaw.com<br><br>**COUNSEL FOR MARYSTOWN, LLC** |