# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Perkins & Marie Callender's, LLC, *et al.*,[1] | ) | Case No. 19-11743 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **RE: Docket Nos. 33, 118, 141, 155** |

## NOTICE OF SUCCESSFUL BIDDERS WITH RESPECT TO THE DEBTORS' ASSETS

PLEASE TAKE NOTICE that, on August 23, 2019, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered an order [D.I. 141] (the "***Bidding Procedures Order***"):[2] (i) approving the bidding procedures (the "***Bidding Procedures***"), pursuant to which the Debtors will solicit and select the highest and otherwise best offer for the sale (the "***Sale***") of all or substantially all or any portion of the Assets; (ii) approving the expenses up to an aggregate maximum amount of $600,000, less the amount advanced to the Prepetition Stalking Horse Bidder pursuant to the Expense Advance Agreement (the "***Prepetition SH Expense Reimbursement***") and a termination fee in the amount of (A) $1,050,000 in the event of a Foxtail Overbid Acceptance or, in the alternative, (B) $1,200,000 in the event of no Foxtail Overbid Acceptance (the "***Prepetition SH Break-Up Fee***", and together with the Prepetition SH Expense Reimbursement and the applicable terms set forth in the Bidding Procedures, the "***Prepetition SH Bid Protections***") associated with the Prepetition Stalking Horse Bidder; (iii) approving a termination fee up to an aggregate amount of $500,000 (together

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions, LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

with the applicable terms set forth in the Bidding Procedures, the "***Foxtail Break-Up Fee***" and, together with the "***Prepetition SH Bid Protections***", the "***Bid Protections***"); (iv) scheduling an auction (the "***Auction***"); (v) establishing procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Sale, including notice of proposed Cure Costs (the "***Assumption and Assignment Procedures***"); (vi) scheduling a hearing (the "***Sale Hearing***") to approve the Sale (the foregoing relief is referred herein as the "***Bid Related Relief***"); and (vii) granting related relief.

PLEASE TAKE FURTHER NOTICE that on September 9, 2019, pursuant to the Bidding Procedures Order, the Debtors commenced the Auction with respect to certain of the Assets. The Debtors received one or more Qualified Bids (i) for the Perkins Business Assets in addition to the Prepetition Stalking Horse Agreement and (ii) for the Ohio Business Assets in addition to the Foxtail Stalking Horse Agreement. The Debtors did not receive any Qualified Bids for the MC Business Assets and California Business Assets other than the MC Stalking Horse Agreement.

PLEASE TAKE FURTHER NOTICE that, at the conclusion of the Auction, the Debtors, in consultation with their professionals and the Consultation Parties, selected the following Successful Bidders with respect to the Assets referenced below:[3]

| Asset(s) | Successful Bidder | Cash Purchase Price |
| --- | --- | --- |
| The Perkins Business Assets | Huddle House, Inc. | $51,500,000.00 |
| The Ohio Business Assets | Fairfield Gourmet Food Corp. [4] | $18,700,000.00 |
| The MC Business Assets and | Marie Callenders, Inc | $1,750,000.00 |

---

[3] In each case, the summaries of the Successful Bids and the Back-Up Bids, including the cash consideration and value of bids to the estates, are qualified in their entirety by the applicable asset purchase agreements.

[4] As a result of accepting the bid submitted by Fairfield Gourmet Food Corp. ("***Fairfield***"), the Bidding Protections of $500,000 granted to Fairfield were not triggered, thus avoiding $500,000 on account of the Bidding Protections and causing such bid to be declared the Successful Bid.

| Asset(s) | Successful Bidder | Cash Purchase Price |
|---|---|---|
| California Business Assets | | |

PLEASE TAKE FURTHER NOTICE that, at the conclusion of the Auction, the Debtors, in consultation with their professionals and the Consultation Parties, selected the following Backup Bidders with respect to the Assets referenced below:

| Asset(s) | Backup Bidder | Cash Purchase Price |
|---|---|---|
| The Perkins Business Assets | Perkins Group LLC[5] | $49,350,000.00 |
| The Ohio Business Assets | Dianne's Fine Desserts, Inc. | $19,050,000.00 |

**PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidders at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19081 on September 17, 2019, at 11:00 a.m. (prevailing Eastern Time).  The Sale Hearing may be adjourned or rescheduled without notice.**

PLEASE TAKE FURTHER NOTICE that, at the Sale Hearing, the Debtors will seek Bankruptcy Court approval of the Successful Bids, including, without limitation, approval of the assumption and assignment of certain Contracts and Leases and applicable Cure Amounts, set forth in the Potential Assumption and Assignments Notice and Contracts List [D.I. 154, 156], as may be amended or supplemented from time to time (collectively, the "***Contract Cure Notices***");

---

[5] As a result of not declaring Perkins Group LLC ("***Perkins Group***") the Successful Bidder, the Bidding Protections of $1,650,000.00 were triggered and, therefore, Huddle House Inc.'s cash purchase price was required to be $1,650,000.00 higher than the Perkins Group's Bid to account for the Bidding Protections granted to Perkins Group.

for the avoidance of doubt, the applicable Buyer's right to determine which Contracts and Leases identified on the Contract Cure Notices will be assumed and assigned to the Buyer shall in all instances be governed by the terms of the applicable Buyer's asset purchase agreement and any sale order entered in connection therewith approving such Sale to the applicable Buyer.  Unless the Bankruptcy Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale Transaction and there will be no further bidding at the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that this Notice is subject to the terms and conditions of the Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety.  Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to:  counsel to the Debtors, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street N.W., Washington, D.C. 20006 (Attn: Scott Alberino, salberino@akingump.com and Joanna Newdeck (jnewdeck@akingump.com).  In addition, copies of the Motion, the Bidding Procedures Order and this Notice may be examined by interested parties (i) free of charge at the website established for these chapter 11 cases by the Debtors' Court approved claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/PMC, or (ii) on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

| | |
|---|---|
| Dated: September 11, 2019<br>Wilmington, Delaware | |

                                                            */s/ Brett M. Haywood*

**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted *pro hac vice*)
Joanna Newdeck (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Gary A. Ritacco (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Debtors and
Debtors in Possession*