## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Case No.: 19-11743-KG |
| Perkins & Marie Callender's, LLC, *et. al.* | Chapter 11 |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Tamara Van Heel, Esq., of Agentis to represent creditor, Murdock Plaza, LLC in the the above-captioned cases.

/s/ Thomas J. Francella, Jr.

Thomas J. Francella, Jr. (No. 3835)
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
T. (302) 295-2023
TFrancella@cozen.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Tamara Van Heel

Tamara Van Heel, Esq. (Florida Bar No. 107104)
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
tvh@agentislaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.