IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Perkins & Marie Callender's LLC, *et al.*,[1] ) | Case No. 19-11743 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

## AFFIDAVIT OF SERVICE

I, Hugo Alexander Maida, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 30, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **First Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period August 5, 2019 to August 31, 2019** [Docket No. 325]

Dated: October 1, 2019

/s/ Hugo Alexander Maida
Hugo Alexander Maida

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of October, 2019, by Hugo Alexander Maida, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: /s/ Tori L. Harris

TORI L. HARRIS
Notary Public - California
Los Angeles County
Commission # 2283822
My Comm. Expires Mar 31, 2023

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

# EXHIBIT A

**Exhibit A**
**Fee App Notice Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtors | Akin Gump Strauss Hauer & Feld LLP | Scott L. Alberino & Joanna Newdeck | salberino@akingump.com; jnewdeck@akingump.com |
| Counsel to the DIP Agent and the Prepetition Agent | Moore & Van Allen PLLC | Attn David L Eades & Luis M. Lluberas | davideades@mvalaw.com; luislluberas@mvalaw.com; |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl &Jones LLP | Bradford J. Sandler & Colin R. Robinson | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| Local Counsel for the Debtors | Richards, Layton & Finger, P.A. | Daniel J. DeFranceschi | defranceschi@rlf.com |

# EXHIBIT B

**Exhibit B**
**Fee App Notice Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the DIP Agent and the Prepetition Agent | Moore & Van Allen PLLC | Attn David L Eades & Luis M. Lluberas | 100 N Tryon St, Suite 4700 | Charlotte | NC | 28202 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Wilmington | DE | 19801 |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl &Jones LLP | Bradford J. Sandler & Colin R. Robinson | 919 N. Market Street, 17th Floor | Wilmington | DE | 19801 |
| Debtors | Perkins and Marie Callender's, LLC | Andy Whiteley | 6075 Poplar Avenue, Suite 800 | Memphis | TN | 38119-4709 |