## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Perkins & Marie Callender's, LLC, et al.,[1] | ) | Case No. 19-11743 (KG) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |
| _____ | ) |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 15, 2019 AT 2:00 P.M. (ET)[2]

## I.    RESOLVED/ADJOURNED MATTERS:

1.    Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No 33; filed August 5, 2019]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225).  The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

[2] The hearing will be before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.  Any party who wishes to appear telephonically at such hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Time) on Monday, October 14, 2019**, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Cure Objection Deadline:          September 12, 2019 at 4:00 p.m. (ET); extended to September 13, 2019 at 12:00 p.m. (noon) (ET) for U.S. Cities Operating Fund, LP; extended to September 13, 2019 at 4:00 p.m. (ET) for Lady Jayne Hotels, Inc.; extended to September 13, 2019 at 5:00 p.m. (ET) for Batory Foods

A.      Limited Objection of WF PP Realty, LLC to the Sale of Substantially all of the Debtors' Assets [Docket No. 206; filed September 9, 2019]

B.      Objection of Centurylink Communications, LLC to Proposed Cure Amount [Docket No. 242; filed September 11, 2019]

C.      Limited Objection of SFT Holdings, LLC to Cure Cost in the Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 243; filed September 11, 2019]

D.      Objection to Assumption and Assignment filed by CrunchTime! Information Systems, Inc. [Docket No. 248; filed September 12, 2019]

E.      Objection of National Retail Properties, Inc. to Potential Assumption and Assignment of Leases [Docket No. 251; filed September 12, 2019]

F.      Objection by Berjan T Holdings LLC to Proposed Assumption and Assignment of Contract or Lease and Stated Cure Cost; Declaration of David Tohl [Docket No. 253; filed September 12, 2019]

G.      Objection of WF PP Realty, LLC to Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 254; filed September 12, 2019]

H.      Objection of The Buntin Group, Inc. to the Proposed Cure Amounts Associated with the Proposed Assumption of Executory Contracts and Unexpired Leases [Docket No. 256; filed September 12, 2019]

I.      Objection of the Chubb Companies with Respect to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 257; filed September 12, 2019]

J.      Objection of Eretz Company LLC to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 259; filed September 12, 2019]

K.      Objection of Lebedoff Family Partnership (Golden Valley) to Notice of Potential Assumption and Assignment of Executory Contracts or

Unexpired Leases and Cure Costs [Docket No. 261; filed September 12, 2019]

L.    Objection of Lebedoff Family Partnership (Roseville) to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 262; filed September 12, 2019]

M.    Objection of New Road Development, LLP to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 263; filed September 12, 2019]

N.    Objection of New Road Development of Lakeville, LLP to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 264; filed September 12, 2019]

O.    Murdock Plaza, LLC's Objection to Debtors' Proposed Assumption and Assignment of Lease and Proposed Cure Costs [Docket No. 265; filed September 12, 2019]

P.    Objection and Reservation of Rights of AEI Fund Management, Inc., to Debtors' Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 266; filed September 12, 2019]

Q.    Limited Objection of David V. Lees to Proposed Cure Amount [Docket No. 267; filed September 12, 2019]

R.    Objection of SCF RC Funding L, LLC to Debtors' Proposed Assumption and Assignment of Leases and Proposed Cure Costs [Docket No. 271; filed September 13, 2019]

S.    Objection to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 154] filed by Lady Jayne Hotels, Inc. [Docket No. 273; filed September 13, 2019]

T.    Objection and Reservation of Rights of U.S. Cities Fund Operating LP with Respect to Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 275; filed September 13, 2019]

U.    Informal comments from Yoder Investments

V.    Informal comments from Segura Investors VIII; Segura Investors IX, LLC

W.    Informal comments from Omega Group LLLP

3

X.    Batory Foods' Limited Objection and Reservation of Rights to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts and Cure Amounts [Docket No. 282; filed September 13, 2019]

Related Documents:

i.    Declaration of Jason Abt in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 34; filed August 5, 2019]

ii.    *Supplement to* Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 118; filed August 21, 2019]

iii.    Order (A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief [Docket No. 141; filed August 23, 2019]

iv.    Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket No. 150; filed August 28, 2019]

v.    Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 154; filed August 29, 2019]

4

vi.     Notice of Filing of Orders (I) Approving and Authorizing Sale of Substantially all of the Debtors' Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 155; filed August 29, 2019]

vii.    *Amended* Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 160; filed September 1, 2019]

viii.   Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing in USA Today [Docket No. 166; filed September 3, 2019]

ix.     Notice of Successful Bidders with Respect to the Debtors' Assets [Docket No. 247; filed September 11, 2019]

x.      Notice of Filing of (A)(I) Perkins Sale Order, (II) Revised Foxtail Sale Order, and (III) Revised MC Sale Order and (B) Redlines Thereof Docket No. 289; filed September 16, 2019]

xi.     Declaration of David Scheid in Support of Motion of Debtors for Entry of Orders (A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 290; filed September 16, 2019]

xii.    Order (A) Approving and Authorizing Sale of Substantially all of the Debtors' Ohio Business Assets, Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 303; filed September 18, 2019]

xiii.   Order (A) Approving and Authorizing Sale of Substantially all of the MC Business Assets and California Business Assets, Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 304; filed September 18, 2019]

5

xiv.  Order (A) Approving and Authorizing Sale of Substantially all of the Debtors' Perkins Business Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 306; filed September 18, 2019]

xv.  Notice of Errata and Notice of Filing Corrected Exhibit [Docket No. 319; filed September 27, 2019]

xvi.  Notice of Withdrawal [Docket No. 320; filed September 27, 2019]

Status: The cure objections are either resolved or adjourned to a date to be determined.  Accordingly, a hearing on this matter is no longer necessary.

2.  Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328, and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Docket No. 276; filed September 13, 2019]

Response/Objection Deadline:          September 27, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:      None.

Related Documents:

i.  Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Docket No. 337; filed October 3, 2019]

ii.  Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Docket No. 340; filed October 4, 2019]

Status: On October 4, 2019, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

3.  Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [Docket No. 277; filed September 13, 2019]

Response/Objection Deadline:          September 27, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:     None.

Related Documents:

i.     Certification of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [Docket No. 338; filed October 3, 2019]

ii.     Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [Docket No. 339; filed October 4, 2019]

Status: On October 4, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.     Motion of Debtors for an Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof  [Docket No. 283; filed September 13, 2019]

Response/Objection Deadline:     September 27, 2019 at 4:00 p.m. (ET)

Responses/Objections Received:     None.

Related Documents:

i.     Certification of Counsel Regarding Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof [Docket No. 327; filed September 30, 2019]

ii.     Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof [Docket No. 333; filed October 2, 2019]

Status: On October 2, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    **MATTER FILED UNDER CERTIFICATION:**

5.     Motion of Debtors for Order Authorizing Employment and Compensation of Professionals Utilized in Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 307; filed September 18, 2019]

| | |
|---|---|
| <u>Response/Objection Deadline</u>: | October 2, 2019 at 4:00 p.m. (ET); extended to October 9, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") |

<u>Responses/Objections Received</u>:

A.     Informal comments from the U.S. Trustee

B.     Informal comments from the Official Committee of Unsecured Creditors (the "**Committee**")

C.     Informal comments from the DIP Lenders

<u>Related Documents</u>:

i.     Certification of Counsel Regarding Order Authorizing Employment and Compensation of Professionals Utilized in Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 348; filed October 10, 2019]

<u>Status</u>: On October 10, 2019, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

8

Dated:  October 10, 2019
        Wilmington, Delaware

                                        */s/   Megan E. Kenney*
                                        **RICHARDS, LAYTON & FINGER, P.A.**
                                        Daniel J. DeFranceschi (No. 2732)
                                        Michael J. Merchant (No. 3854)
                                        Zachary I. Shapiro (No. 5103)
                                        Brett M. Haywood (No. 6166)
                                        Megan E. Kenney (No. 6426)
                                        Sarah E. Silveira (No. 6580)
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 651-7700
                                        Facsimile: (302) 651-7701

                                        -and-

                                        **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                        Scott L. Alberino (admitted *pro hac vice*)
                                        Joanna Newdeck (admitted *pro hac vice*)
                                        2001 K Street, N.W.
                                        Washington, D.C. 20006
                                        Telephone: (202) 887-4000
                                        Facsimile: (202) 887-4288

                                        -and-

                                        **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                        Gary A. Ritacco (admitted *pro hac vice*)
                                        One Bryant Park
                                        New York, New York 10036
                                        Telephone: (212) 872-1000
                                        Facsimile: (212) 872-1002

                                        *Counsel to the Debtors and*
                                        *Debtors in Possession*