# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Perkins & Marie Callender's, LLC, et al.,[1] | ) Case No. 19-11743 (KG) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 7, 2019 AT 1:00 P.M. (ET)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    ADJOURNED MATTER:**

1. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No 33; filed August 5, 2019]

    Cure Objection Deadline:    September 12, 2019 at 4:00 p.m. (ET); extended to September 13, 2019 at 12:00 p.m. (noon) (ET) for U.S. Cities Operating Fund, LP; extended to September 13, 2019 at 4:00 p.m. (ET) for Lady Jayne Hotels, Inc.; extended to September 13, 2019 at 5:00 p.m. (ET) for Batory Foods

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

A. Limited Objection of WF PP Realty, LLC to the Sale of Substantially all of the Debtors' Assets [Docket No. 206; filed September 9, 2019]

B. Objection of Centurylink Communications, LLC to Proposed Cure Amount [Docket No. 242; filed September 11, 2019]

C. Limited Objection of SFT Holdings, LLC to Cure Cost in the Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 243; filed September 11, 2019]

D. Objection to Assumption and Assignment filed by CrunchTime! Information Systems, Inc. [Docket No. 248; filed September 12, 2019]

E. Objection of National Retail Properties, Inc. to Potential Assumption and Assignment of Leases [Docket No. 251; filed September 12, 2019]

F. Objection by Berjan T Holdings LLC to Proposed Assumption and Assignment of Contract or Lease and Stated Cure Cost; Declaration of David Tohl [Docket No. 253; filed September 12, 2019]

G. Objection of WF PP Realty, LLC to Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 254; filed September 12, 2019]

H. Objection of The Buntin Group, Inc. to the Proposed Cure Amounts Associated with the Proposed Assumption of Executory Contracts and Unexpired Leases [Docket No. 256; filed September 12, 2019]

I. Objection of the Chubb Companies with Respect to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 257; filed September 12, 2019]

J. Objection of Eretz Company LLC to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 259; filed September 12, 2019]

K. Objection of Lebedoff Family Partnership (Golden Valley) to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 261; filed September 12, 2019]

L. Objection of Lebedoff Family Partnership (Roseville) to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 262; filed September 12, 2019]

M.     Objection of New Road Development, LLP to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 263; filed September 12, 2019]

N.     Objection of New Road Development of Lakeville, LLP to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 264; filed September 12, 2019]

O.     Murdock Plaza, LLC's Objection to Debtors' Proposed Assumption and Assignment of Lease and Proposed Cure Costs [Docket No. 265; filed September 12, 2019]

P.     Objection and Reservation of Rights of AEI Fund Management, Inc., to Debtors' Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 266; filed September 12, 2019]

Q.     Limited Objection of David V. Lees to Proposed Cure Amount [Docket No. 267; filed September 12, 2019]

R.     Objection of SCF RC Funding L, LLC to Debtors' Proposed Assumption and Assignment of Leases and Proposed Cure Costs [Docket No. 271; filed September 13, 2019]

S.     Objection to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 154] filed by Lady Jayne Hotels, Inc. [Docket No. 273; filed September 13, 2019]

T.     Objection and Reservation of Rights of U.S. Cities Fund Operating LP with Respect to Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 275; filed September 13, 2019]

U.     Informal comments from Yoder Investments

V.     Informal comments from Segura Investors VIII; Segura Investors IX, LLC

W.     Informal comments from Omega Group LLLP

X.     Batory Foods' Limited Objection and Reservation of Rights to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts and Cure Amounts [Docket No. 282; filed September 13, 2019]

Related Documents:

i. Declaration of Jason Abt in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 34; filed August 5, 2019]

ii. *Supplement to* Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 118; filed August 21, 2019]

iii. Order (A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief [Docket No. 141; filed August 23, 2019]

iv. Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket No. 150; filed August 28, 2019]

v. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 154; filed August 29, 2019]

vi. Notice of Filing of Orders (I) Approving and Authorizing Sale of Substantially all of the Debtors' Assets to the Purchaser Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 155; filed August 29, 2019]

vii. *Amended* Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 160; filed September 1, 2019]

viii. Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing in USA Today [Docket No. 166; filed September 3, 2019]

ix. Notice of Successful Bidders with Respect to the Debtors' Assets [Docket No. 247; filed September 11, 2019]

x. Notice of Filing of (A)(I) Perkins Sale Order, (II) Revised Foxtail Sale Order, and (III) Revised MC Sale Order and (B) Redlines Thereof Docket No. 289; filed September 16, 2019]

xi. Declaration of David Scheid in Support of Motion of Debtors for Entry of Orders (A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 290; filed September 16, 2019]

xii. Order (A) Approving and Authorizing Sale of Substantially all of the Debtors' Ohio Business Assets, Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 303; filed September 18, 2019]

xiii. Order (A) Approving and Authorizing Sale of Substantially all of the MC Business Assets and California Business Assets, Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 304; filed September 18, 2019]

RLF1 22317164v.2

    xiv.    Order (A) Approving and Authorizing Sale of Substantially all of the Debtors' Perkins Business Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 306; filed September 18, 2019]

    xv.    Notice of Errata and Notice of Filing Corrected Exhibit [Docket No. 319; filed September 27, 2019]

    xvi.    Notice of Withdrawal [Docket No. 320; filed September 27, 2019]

    xvii.    Notice of (I) Closing of Sales of Substantially all of the Debtors' Assets; and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Cure Costs [Docket No. 379; filed October 24, 2019]

<u>Status</u>: The cure objections are adjourned to a date to be determined. Accordingly, a hearing on this matter is not necessary of this time.

## II.    **MATTER FILED UNDER CERTIFICATION:**

2.    Debtors' Motion for Entry of Order (A) Conditionally Approving the Combined Disclosure Statement and Plan for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Disclosure Statement and Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 365; filed October 17, 2019]

<u>Response/Objection Deadline</u>:    October 31, 2019 at 4:00 p.m. (ET); extended to November 5, 2019 at 11:59 a.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**")

<u>Responses/Objections Received</u>:

A.    Informal comments from the U.S. Trustee

B.    Informal comments from the Official Committee of Unsecured Creditors

C.    Informal comments from the DIP Lenders

<u>Status</u>: The Debtors will be submitting a revised form of order under certification of counsel resolving the informal comments.

Dated: November 5, 2019
      Wilmington, Delaware

      */s/ Brett M. Haywood*
      **RICHARDS, LAYTON & FINGER, P.A.**
      Daniel J. DeFranceschi (No. 2732)
      Michael J. Merchant (No. 3854)
      Zachary I. Shapiro (No. 5103)
      Brett M. Haywood (No. 6166)
      Megan E. Kenney (No. 6426)
      Sarah E. Silveira (No. 6580)
      One Rodney Square
      920 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 651-7700
      Facsimile: (302) 651-7701

      -and-

      **AKIN GUMP STRAUSS HAUER & FELD LLP**
      Scott L. Alberino (admitted *pro hac vice*)
      Joanna Newdeck (admitted *pro hac vice*)
      2001 K Street, N.W.
      Washington, D.C. 20006
      Telephone: (202) 887-4000
      Facsimile: (202) 887-4288

      -and-

      **AKIN GUMP STRAUSS HAUER & FELD LLP**
      Gary A. Ritacco (admitted *pro hac vice*)
      One Bryant Park
      New York, New York 10036
      Telephone: (212) 872-1000
      Facsimile: (212) 872-1002

      *Counsel to the Debtors and*
      *Debtors in Possession*