**Perkins & Marie Callender's, LLC, et al.**
**Debtors**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | X | |
| Quarterly Disbursement Summary by Legal Entity w/Fee Calculation | | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | X | |
| Cash disbursements journals | | | X | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | X | |
| Copies of tax returns filed during reporting period | | | X | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Marcus Hewitt
Signature of Authorized Individual*

11-22-2019
Date

Marcus Hewitt
Printed Name of Authorized Individual

SVP of Finance
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Perkins & Marie Callender's, LLC, et al.** **Case No 19-11743**
**Schedule of Cash Receipts and Disbursements** **Reporting Period: 9/9/19 through 10/6/19**

| | Perkins & Marie Callender's LLC | Marie Callender's Pie Shops | PMCI Promotions, LLC |
|---|---|---|---|
| | 19-11743 | 19-11748 | 19-11752 |
| **Receipts and Disbursements** | | | |
| **Receipts** | | | |
| Restaurant Deposits | 16,240,356 | 1,192,473 | - |
| Commercial Deposits | 4,985,843 | 306,056 | 15,911 |
| Intercompany Transfers | 2,204,163 | 200,000 | - |
| DIP Revolver Borrowing | - | - | - |
| Other Cash Receipts | 173 | - | - |
| Total Receipts | 23,430,534 | 1,698,529 | 15,911 |
| **Operating Disbursements** | | | |
| Employee Related | 8,791,220 | 209,787 | - |
| Food & Other Operating Expenses | 13,852,078 | 1,115,725 | 39,274 |
| Sales Tax | 1,157,436 | 90,672 | - |
| Intercompany Transfers | 1,104,070 | 1,300,093 | - |
| Other | 8,618 | - | - |
| Total Operating Disbursements | 24,913,422 | 2,716,277 | 39,274 |
| **Restructuring Disbursements** | | | |
| Professional | 59,200 | - | - |
| Other | - | - | - |
| Total Restructuring Disbursements | 59,200 | - | - |
| **Financing** | | | |
| DIP Interest/Fees | 22,569 | - | - |
| Other | - | - | - |
| Total Financing Disbursements | 22,569 | - | - |
| **Total Disbursements** | 24,995,191 | 2,716,277 | 39,274 |
| **Net Cash Generated** | (1,564,657) | (1,017,748) | (23,363) |
| **Disbursements Net of Intercompany Transfers** | 23,891,121 | 1,416,184 | 39,274 |

**Perkins & Marie Callender's, LLC, et al.**
**Book Balance Cash Listing as of 10/6/19**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

**Bank Accocunt Reconciliations and Cash Disbursement Journals**
The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.
The Debtors affirm that within its financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

| Case Number | Legal Entity | Institution | Bank Acct No(last 4 digits) | Account Description | 10/6/2019 Balance per Books | |
|---|---|---|---|---|---|---|
| 19-11743 | Perkins & Marie Callender's, LLC | Associated Bank | 5308 | P&MC Collections Account | 44,173.81 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Associated Bank | 59 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Bank of Montreal | 5063 | Perkins Canadian Operating Account | 9,000.00 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Bank of Montreal | 8897 | Perkins Canadian Collections Account | 489,239.16 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Commerce Bank | 7393 | P&MC Collections Account | 11,144.58 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Farmers State Bank | 5468 | P&MC Collections Account | 12,073.96 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Farmers State Bank | 701 | P&MC Collections Account | 12,561.03 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Jackson County Bank | 4020 | P&MC Collections Account | 14,860.34 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Premier Bank | 8115 | P&MC Collections Account | 12,486.00 | |
| 19-11743 | Perkins & Marie Callender's, LLC | RCB Bank | 1800 | P&MC Collections Account | 14,674.98 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 6732 | P&MC Master Depository Account | 121,158.88 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3857 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3997 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3970 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 6791 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3784 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 8175 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3822 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3776 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3741 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 4004 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 4012 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 6813 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3873 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3849 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 278 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 3806 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 6775 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 197 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 6740 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 4055 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 584 | Perkins Foxtail AP Account | (683,835.71) | (2) |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 539 | Perkins AP Account | (676,766.14) | (2) |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 5371 | Perkins Domestic Marketing Fund Account | 1,194,264.27 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 5342 | P&MC Main Operating Account | 6,995,626.23 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 4674 | Debtor in Possession - Restricted Cash | 200,182.87 | |
| 19-11743 | Perkins & Marie Callender's, LLC | Regions | 5726 | Debtor in Possession - Utilities Adequate Assurance | 398,901.00 | (1) |
| 19-11743 | Perkins & Marie Callender's, LLC | SunTrust Bank | 2481 | P&MC Collections Account | 17,738.00 | |
| 19-11743 | Perkins & Marie Callender's, LLC | SunTrust Bank | 461 | P&MC Collections Account | 13,597.93 | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 115 | U.S. Bank Concentration Account | 505,674.23 | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4169 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3301 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4235 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3210 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 5322 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 8174 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9881 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 1949 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3202 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 7867 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3319 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 8302 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9917 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3327 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3757 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3335 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9974 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4945 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 30 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 147 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4937 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9899 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9745 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4532 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3286 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 5025 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3782 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 5150 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3236 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 5101 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3228 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4761 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 5686 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9562 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 1697 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 345 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9907 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4994 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 839 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 5009 | P&MC Collections Account | - | |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3244 | P&MC Collections Account | - | |

**Perkins & Marie Callender's, LLC, et al.**
**Book Balance Cash Listing as of 10/6/19**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

**Bank Accocunt Reconciliations and Cash Disbursement Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

| Case Number | Legal Entity | Institution | Bank Acct No(last 4 digits) | Account Description | 10/6/2019 Balance per Books |
|---|---|---|---|---|---|
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 451 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 9737 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 6911 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4553 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 3251 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 4110 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank | 519 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank, | 3343 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | U.S. Bank. | 3293 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 418 | Wells Fargo Concentration Account | 208,708.39 |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 1094 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 3046 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 6591 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4739 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 6609 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 5475 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4754 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 6625 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 5536 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 3020 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 5641 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4770 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4788 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4115 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4123 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 3355 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 8957 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4796 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 4721 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 7387 | P&MC Collections Account | - |
| 19-11743 | Perkins & Marie Callender's, LLC | Wells Fargo | 9675 | P&MC Collections Account | - |
| 19-11745 | Perkins & Marie Callender's Holding, LLC | Regions | 1686 | Perkins & Marie Callender's Holding, LLC Account | - |
| 19-11748 | Marie Callender's Pie Shops LLC | Wells Fargo | 4983 | Marie Callender's Depository Account | 43,558.24 |
| 19-11748 | Marie Callender's Pie Shops LLC | Wells Fargo | 614 | Marie Callender's AMEX Account | 10,777.43 |
| 19-11748 | Marie Callender's Pie Shops LLC | Wells Fargo | 606 | Marie Callender's Visa/Mastercard Account | 140,828.19 |
| 19-11748 | Marie Callender's Pie Shops LLC | Wells Fargo | 1150 | Marie Callender's Payroll Account | (15,944.88) (2) |
| 19-11748 | Marie Callender's Pie Shops LLC | Wells Fargo | 2110 | Marie Callender's Concentration Account | 199,932.11 |
| 19-11748 | Marie Callender's Pie Shops LLC | Regions | 7587 | Marie Callender's AP Account | (71,904.74) (2) |
| 19-11748 | Marie Callender's Pie Shops LLC | Regions | 8805 | Marie Callender's Marketing Fund Account | 192,470.67 |
| 19-11748 | Marie Callender's Pie Shops LLC | Regions | 7312 | Marie Callender's Main Operating Account | 193,656.65 |
| 19-11748 | Marie Callender's Pie Shops LLC | Regions | 5770 | Marie Callender's Wholesalers Store AP Account | (1,956.42) (2) |
| 19-11752 | PMCI Promotions LLC | Regions | 6986 | Perkins Promotions Account | 248,213.03 |
| 19-11752 | PMCI Promotions LLC | Regions | 2456 | Marie Callender's Promotions Account | 369,562.66 |
| Total | | | | | 10,224,656.75 |

(1) New bank account established pursuant to order.

(2) To the extent that an account has a negative balance, the negative balance represents checks that have not cleared the applicable bank.

**Perkins & Marie Callender's LLC, et al.**
**Cash Disbursements Summary**

**Case No: 19-11743**
**Reporting Period: 8/5/19 - 9/30/19**

**Quarterly Fee Summary by Legal Entity**

| Debtor | Case No. | 8/5/19-9/8/19 | 9/9-9/30/19 | Total Quarterly Disbursements | UST Fees |
|---|---|---|---|---|---|
| Perkins & Marie Callenders, LLC | 19-11743 | 21,761,972 | 18,298,047 | 40,060,019 | 250,000 |
| MCID, Inc | 19-11744 | - | - | - | 325 |
| Perkins & Marie Callenders Holding, LLC | 19-11745 | - | - | - | 325 |
| Wilshire Beverage, LLC | 19-11746 | - | - | - | 325 |
| FIV, LLC | 19-11747 | - | - | - | 325 |
| Marie Callender Pie Shops, LLC | 19-11748 | 2,156,295 | 1,080,169 | 3,236,464 | 32,365 |
| P&MC's Real Estate Holding, LLC | 19-11749 | - | - | - | 325 |
| MC Wholesalers, Inc | 19-11750 | - | - | - | 325 |
| P&MC's Holding Corp. | 19-11751 | - | - | - | 325 |
| PMCI Promotions | 19-11752 | 106,369 | 39,274 | 145,643 | 975 |
| Total Debtor Disbursements | | 24,024,636 | 19,417,490 | 43,442,126 | |
| | | | | Total Fees | 285,615 |

**Perkins & Marie Callender's LLC**
**Professional Fees and Expenses Paid**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

| | | | Period 9 | | Period 10 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Amount Paid 8/5/19 - 9/8/19 | | Amount Paid 9/9/19 - 10/6/19 | | Total Since Case Inception | |
| **Payee** | **Period Covered** | **Date Paid** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Kurtzman Carson Consultants | August 2019 | 9/18/2019 | 0.00 | 0.00 | 59,199.00 | 1.16 | 59,199.00 | 1.16 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Total Professional Fees Paid | | | 0.00 | 0.00 | 59,199.00 | 1.16 | 59,199.00 | 1.16 |

**Perkins & Marie Callender's, LLC, et al.**
**Statement of Operations**
**Period 10**
**($ in 000's - unaudited)**
**See note regarding Statement of Operations and Balance Sheets on MOR-3a**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

| | Perkins & Marie Callender's, LLC 19-11743 | Marie Callender Pie Shops, LLC 19-11748 | MC Wholesalers, LLC 19-11750 | PMCI Promotions LLC 19-11752 |
|---|---|---|---|---|
| REVENUES: | | | | |
| Food sales | $ 18,089 | $ 1,068 | $ 542 | |
| Franchise segment revenue | 1,149 | 175 | | |
| Franchise advertising contributions | 796 | 29 | | |
| Total Revenues | 20,034 | 1,272 | 542 | - |
| COSTS AND EXPENSES: | | | | |
| Cost of sales (excluding depreciation shown below): | | | | |
| Food cost | 5,447 | 268 | 334 | |
| Labor and benefits | 6,613 | 305 | 106 | |
| Operating expenses | 4,158 | 360 | 173 | |
| Franchise advertising expenses | 796 | 29 | | |
| General and administrative | 1,343 | 122 | | (2) |
| Depreciation and amortization | 753 | 68 | | |
| Interest, net | 239 | - | | |
| Asset impairments & closed store expenses | 17 | (181) | | |
| Reorganization | 59 | - | | |
| Other, net | - | - | | (11) |
| Total Costs and Expenses | 19,425 | 971 | 613 | (13) |
| Income (loss) before income taxes | 609 | 301 | (71) | 13 |
| Benefit from (provision for) income taxes | | | | |
| Less: Net (loss) earnings attributable to noncontrolling interests | | | | |
| NET INCOME (LOSS) ATTRIBUTABLE TO MEMBERS OR SHAREHOLDERS | $ 609 | $ 301 | $ (71) | $ 13 |

**Perkins & Marie Callender's, LLC, et al.**
**Statement of Operations**
**Cumulative Case to Date**
**($ in 000's - unaudited)**
**See note regarding Statement of Operations and Balance Sheets on MOR-3a**

**Case No: 19-11743**
**Reporting Period: 8/5/19 -10/6/19**

| | Perkins & Marie Callender's, LLC 19-11743 | Marie Callender Pie Shops, LLC 19-11748 | MC Wholesalers, LLC 19-11750 | PMCI Promotions LLC 19-11752 |
|---|---|---|---|---|
| REVENUES: | | | | |
| Food sales | $ 39,232 | $ 2,313 | $ 738 | $ - |
| Franchise segment revenue | 2,663 | 371 | - | - |
| Franchise advertising contributions | 1,818 | 64 | - | - |
| Total Revenues | 43,713 | 2,748 | 738 | - |
| COSTS AND EXPENSES: | | | | |
| Cost of sales (excluding depreciation shown below): | | | | |
| Food cost | 11,069 | 538 | 422 | - |
| Labor and benefits | 14,808 | 931 | 178 | - |
| Operating expenses | 9,234 | 813 | 280 | - |
| Franchise advertising expenses | 1,818 | 64 | - | - |
| General and administrative | 3,753 | 210 | - | 3 |
| Depreciation and amortization | 1,694 | 153 | - | - |
| Interest, net | 257 | - | - | - |
| Asset impairments & closed store expenses | 73 | (256) | - | - |
| Reorganization | 59 | - | - | - |
| Other, net | 13 | 72 | - | (24) |
| Total Costs and Expenses | 42,778 | 2,525 | 880 | (21) |
| Income (loss) before income taxes | 935 | 223 | (142) | 21 |
| Benefit from (provision for) income taxes | - | - | - | - |
| Less: Net (loss) earnings attributable to noncontrolling interests | - | - | - | - |
| NET INCOME (LOSS) ATTRIBUTABLE TO MEMBERS OR SHAREHOLDERS | $ 935 | $ 223 | $ (142) | $ 21 |

**Perkins & Marie Callender's, LLC, et al.**
**Balance Sheets**
**Period 10**
**($ in 000's - unaudited)**
**See note regarding Statement of Operations and Balance Sheets on MOR-3a**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

| | 8/4/19 as of Filing | | | Period 10 as of 10/6/19 | | |
|---|---|---|---|---|---|---|
| | Perkins & Marie Callender's, LLC 19-11743 | Marie Callender Pie Shops, LLC 19-11748 | PMCI Promotions LLC 19-11752 | Perkins & Marie Callender's, LLC 19-11743 | Marie Callender Pie Shops, LLC 19-11748 | PMCI Promotions LLC 19-11752 |
| ASSETS | | | | | | |
| CURRENT ASSETS: | | | | | | |
| Cash and cash equivalents | $ 2,481 | $ 664 | $ 739 | $ 6,807 | $ 363 | $ 618 |
| Restricted Cash | 1,423 | 938 | - | 2,292 | 192 | |
| Receivables, less allowance for doubtful accounts | 7,106 | 1,372 | 11 | 8,634 | 1,303 | 3 |
| Inventories, at the lower of first-in, first-out cost or market | 9,738 | 2,880 | - | 10,104 | 2,501 | |
| Prepaid expenses and other current assets | 2,555 | 107 | 17 | 4,042 | 285 | 12 |
| Total current assets | 23,303 | 5,961 | 767 | 31,879 | 4,644 | 633 |
| PROPERTY AND EQUIPMENT, at cost, net of accumulated depreciation and amortization | 32,324 | 2,186 | - | 31,628 | 2,182 | |
| GOODWILL | 15,520 | 1,680 | - | 15,520 | 1,680 | |
| INTANGIBLE ASSETS, net of accumulated amortization | 33,609 | 4,763 | - | 33,216 | 4,685 | |
| INTERCOMPANY RECEIVABLES | (19,649) | - | 1,000 | (18,592) | - | |
| OTHER ASSETS | 770 | 524 | - | 858 | 551 | |
| TOTAL ASSETS | $ 85,877 | $ 15,114 | $ 1,767 | $ 94,509 | $ 13,742 | $ 633 |
| LIABILITIES AND STOCKHOLDER'S INVESTMENT | | | | | | |
| LIABILITIES SUBJECT TO COMPROMISE: | | | | | | |
| Notes Payable | $ 106,343 | $ - | $ - | $ 106,343 | $ - | $ - |
| All other Liabilities | 6,383 | 1,383 | 8 | 6,759 | 1,631 | 15 |
| Total liabilities subject to compromise | 112,726 | 1,383 | 8 | 113,102 | 1,631 | 15 |
| CURRENT LIABILITIES: | | | | | | |
| Accounts payable | 5,452 | 888 | 679 | 6,664 | 723 | 703 |
| Accrued expenses | 9,694 | 7,305 | (1,442) | 13,908 | 5,710 | (2,628) |
| Franchise Advertising Contributions | 1,706 | - | - | 1,676 | - | - |
| Current maturities | 199 | - | - | 199 | - | - |
| Total current liabilities | 17,051 | 8,193 | (763) | 22,447 | 6,433 | (1,925) |
| DEBTOR-IN-POSSESSION LOAN | - | - | - | 1,299 | - | - |
| CAPITAL LEASE OBLIGATIONS, less current maturities | 1,399 | - | - | 1,365 | - | - |
| DEFERRED RENT | 8,057 | 58 | - | 8,073 | 59 | - |
| OTHER LIABILITIES | 3,530 | 2,355 | - | 4,177 | 2,356 | - |
| DUE TO PARENT | | (18,649) | | | (18,592) | |
| EQUITY (DEFICIT): | | | | | | |
| Membership Interests | 35,762 | 18,339 | 898 | 35,762 | 18,339 | 898 |
| Distributions | (1,116) | - | - | (1,116) | - | - |
| Other Comprehensive Income | (2) | - | - | (5) | - | - |
| Cumulative Adjustment for ASC 606 | (726) | - | - | (726) | - | - |
| Accumulated Defict as of 8/4/19 | (90,804) | 3,435 | 1,624 | (90,804) | 3,435 | 1,624 |
| Post Filing Accumulated Defict | - | - | - | 935 | 81 | 21 |
| Total stockholder's investment | (56,886) | 21,774 | 2,522 | (55,954) | 21,855 | 2,543 |
| Noncontrolling interests | - | - | - | - | - | - |
| Total Equity (deficit) | (56,886) | 21,774 | 2,522 | (55,954) | 21,855 | 2,543 |
| TOTAL LIABILITIES AND STOCKHOLDER'S INVESTMENT | $ 85,877 | $ 15,114 | $ 1,767 | $ 94,509 | $ 13,742 | $ 633 |
| | - | - | - | - | - | - |

**Perkins & Marie Callender's, LLC, et al.** **Case No 19-11743**

**Note Regarding Presentation of Statement of Operations and Balance Sheets**

In the ordinary course of business, the operating results for all of the Debtors, including without limitation, revenue, expenses, assets and liabilities, were rolled into the financial reporting for Debtors Perkins & Marie Callenders, LLC, Marie Callender Pie Shops, LLC and PMCI Promotions, LLC, and not separately accounted for, as Perkins & Marie Callenders, LLC, Marie Callender Pie Shops, LLC and PMCI Promotions, LLC, were the only Debtors with significant operations. The Debtors have determined that in order to separately report any operating results for the other Debtor entities, they would be required to make significant material estimates and assumptions that would necessarily affect the reported amounts of, among other things, revenue, expenses, assets and liabilities , if any, for such entities, and that such information is therefore generally more accurately reported in the manner accounted for in the ordinary course of the Debtors' businesses. Accordingly, although in certain instances herein the Debtors have been able to separately report for other Debtors, including Perkins & Marie Callender's Holding, LLC, MC Wholesalers, LLC, Wilshire Beverage, Inc., FIV, LLC, P&MC's Real Estate Holding, LLC and P&MC's Holding Corp, the assets and liabilities have only been provided for Perkins & Marie Callenders, LLC, Marie Callender Pie Shops, LLC and PMCI Promotions, LLC.

**Perkins & Marie Callender's, LLC, et al.** **Case No 19-11743**

**Declaration Regarding Status of Post Petition Taxes of the Debtors**

I am the Senior Vice President of Finance for Perkins & Marie Callenders LLC. I am familiar with the day to day operations, business affairs and books and records of the above captioned debtors and debtors in possession (collectively the "Debtors"). I am authorized to submit this statement on behalf of the Debtors.

All statements in this monthly operating report are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition.

To the best of my knowledge, information and belief, the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith in at timely manner or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

Marcus Hewitt

11-22-2019
Date

**Perkins & Marie Callender's, LLC, et al.**
**Summary of Unpaid Post Petition Debts/Listing of Aged Trade Accounts Payable**
**($ in 000's - unaudited)**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

| **Legal Entity** | **Case Number** | **Number of Days Past Due** | | | | |
|---|---|---|---|---|---|---|
| | | less than 30 | 31-60 | 61-90 | Over 90 | Total |
| Perkins & Marie Callender's, LLC | 19-11743 | $ 5,182 | $ - | $ - | $ - | $ 5,182 |
| Marie Callender's Pie Shops LLC | 19-11748 | 369 | - | - | - | 369 |
| MC Wholesalers, LLC | 19-11750 | 37 | - | - | - | 37 |
| PMCI Promotions LLC | 19-11752 | 7 | - | - | - | 7 |
| Total Unpaid Post Petition Trade Accounts Payable Debts | | $ 5,595 | $ - | $ - | $ - | $ 5,595 |

This MOR-4 reflects open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system and thus will not include accruals for invoices not yet received or accruals for expenses other than trade payables which are reflected on the Debtors' balance sheet.

**Perkins & Marie Callender's LLC**
**Accounts Receivable Reconciliation and Aging**
**($ in 000's - unaudited)**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

| Accounts Receivable Reconciliation | Perkins & Marie Callender's LLC 19-11743 | Marie Callender Pie Shops, LLC 19-11748 | PMCI Promotions LLC 19-11752 | Total |
|---|---|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 8,427 | $ 902 | $ 5 | $ 9,334 |
| + Amounts billed during the period | 17,342 | 1,817 | 11 | 19,171 |
| -Amounts collected during the period | 15,603 | 1,308 | 13 | 16,924 |
| Total Accounts Receivable at the end of the reporting period | $ 10,167 | $ 1,411 | $ 3 | $ 11,581 |

| | | Days Old | | | | |
|---|---|---|---|---|---|---|
| **Accounts Receivable Aging** | | **0 - 30** | **31-60** | **61-90** | **91+** | **Total** |
| Perkins & Marie Callender's LLC | 19-11743 | $ 7,439 | $ 1,136 | $ 359 | $ 1,233 | $ 10,167 |
| Marie Callender Pie Shops, LLC | 19-11748 | 962 | 310 | 73 | 66 | 1,411 |
| PMCI Promotions LLC | 19-11752 | 3 | - | - | - | 3 |
| Total Accounts Receivable | | $ 8,404 | $ 1,446 | $ 432 | $ 1,299 | $ 11,581 |

Amounts are shown on a gross basis before any adjustment for estimated bad debts and other uncollectible amounts. The summary does not reflect intercompany recievables.

**United States Bankruptcy Court**
**District of Delaware**

**Perkins & Marie Callender's LLC., et al.**
**Debtors**

**Case No: 19-11743**
**Reporting Period: 9/9/19 - 10/6/19**

**DEBTOR QUESTIONNAIRE**

| MUST BE COMPLETED EACH MONTH | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware local Rule 4001-3. | X | |

The Debtors opened a new bank account on September 10, 2019 for the "Utilities Adequate Assurance Deposit" at Regions Bank (account #XXXXXX5726) pursuant to the interim cash management order [D.I. 56] dated August 5, 2019 and the interim utilities order [D.I. 55] dated August 5, 2019.

On September 18, 2019, the Bankruptcy Court entered orders (D.I. 303, 304 and 306) approving three separate sales of the Debtors' businesses. However, such sales were not consummated during the period covered by this monthly operating report.