### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Pancakes & Pies, LLC, *et al.*,[1] | ) | Case No. 19-11743 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 469** |
| _____ | ) | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVITY PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN <u>AND GRANTING RELATED RELIEF</u>

The undersigned hereby certifies that the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), have received no answer, objection or any other responsive pleading with respect to the *Motion of Debtors for Entry of an Order Extending the Exclusivity Periods to File and Solicit Acceptances of a Chapter 11 Plan and Granting Related Relief* (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on December 3, 2019. Pursuant to the *Notice of Motion and Hearing*, filed with the Motion, any objections or responses to the Motion were to be filed and served by no later than December 12, 2019 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). As of the date hereof, the undersigned has reviewed the Court's docket in these cases and certifies that no answer, objection, or other responsive pleading to the Motion has

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Pancakes & Pies, LLC (2435); Pancakes & Pies Holding, LLC (3381); Pancakes & Pies Shop, LLC (1620); Pie Wholesalers, LLC (2420); Pancakes & Pies Promotions, LLC (7308); Idaho Pies, Inc. (2015); Pie and Beverage, Inc. (5887); Pasta & Pie, LLC (9288); Pancakes & Pies Real Estate Holding LLC (8553); and Pies & Pancakes Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

appeared thereon.    In addition, the undersigned has not otherwise received any formal or informal responses or objections to the Motion.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **<u>Exhibit 1</u>**, at its earliest convenience.

Dated:  December 13, 2019
        Wilmington, Delaware

                                    /s/   Megan E. Kenney
                                    **RICHARDS, LAYTON & FINGER, P.A.**
                                    Daniel J. DeFranceschi (No. 2732)
                                    Michael J. Merchant (No. 3854)
                                    Zachary I. Shapiro (No. 5103)
                                    Brett M. Haywood (No. 6166)
                                    Megan E. Kenney (No. 6426)
                                    Sarah E. Silveira (No. 6580)
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 651-7700
                                    Facsimile: (302) 651-7701

                                    -and-

                                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                    Scott L. Alberino (admitted *pro hac vice*)
                                    Joanna Newdeck (admitted *pro hac vice*)
                                    2001 K Street, N.W.
                                    Washington, D.C. 20006
                                    Telephone: (202) 887-4000
                                    Facsimile: (202) 887-4288

                                    -and-

                                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                    Gary A. Ritacco (admitted *pro hac vice*)
                                    One Bryant Park
                                    New York, New York 10036
                                    Telephone: (212) 872-1000
                                    Facsimile: (212) 872-1002

                                    *Counsel to the Debtors and*
                                    *Debtors in Possession*

# **EXHIBIT 1**

## **Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Pancakes & Pies, LLC, *et al.*, [1] | ) | Case No. 19-11743 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 469** |
| | ) | |

### ORDER EXTENDING THE EXCLUSIVITY
### PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A
### CHAPTER 11 PLAN AND GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors (collectively, the "**Debtors**") for entry of an order extending the periods within which only the Debtors may file a chapter 11 plan and solicit acceptances thereof by ninety (90) days each, pursuant to section 1121(d) of the Bankruptcy Code, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that proper and adequate notice of the Motion has been given and that no other or

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Pancakes & Pies, LLC (2435); Pancakes & Pies Holding, LLC (3381); Pancakes & Pies Shop, LLC (1620); Pie Wholesalers, LLC (2420); Pancakes & Pies Promotions, LLC (7308); Idaho Pies, Inc. (2015); Pie and Beverage, Inc. (5887); Pasta & Pie, LLC (9288); Pancakes & Pies Real Estate Holding LLC (8553); and Pies & Pancakes Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is extended through and including March 2, 2020.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is extended through and including April 30, 2020.

4.      This Order shall be without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

RLF1 22589307v.1