IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pancakes & Pies, LLC, *et al.*,[1] | ) | Case No. 19-11743 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 12, 2019, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Adjournment of Confirmation Hearing and Extension of Certain Other Deadlines Related to Confirmation of Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation; Adjourned to January 14, 2020 at 2:00 p.m. (ET)** [Docket No. 468]

Dated: December 13, 2019

/s/ Jennifer Grageda

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of December, 2019, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ANA TERESA ARIAS
Notary Public - California
Los Angeles County
Commission # 2285618
My Comm. Expires Apr 18, 2023

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Pancakes & Pies, LLC (2435); Pancakes & Pies Holding, LLC (3381); Pancakes & Pies Shop, LLC (1620); Pie Wholesalers, LLC (2420); Pancakes & Pies Promotions, LLC (7308); Idaho Pies, Inc. (2015); Pie and Beverage, Inc. (5887); Pasta & Pie, LLC (9288); Pancakes & Pies Real Estate Holding LLC (8553); and Pies & Pancakes Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119- 4709.

# EXHIBIT A

**Exhibit A**
**Voting Parties Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Nicholas Johnson | 2536 Shryer Ave E | North St Paul | MN | 55109-4043 |