**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Pancakes & Pies, LLC, *et al.*,[1] | ) ) ) | Case No. 19-11743 (KG) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

    1.    I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC ("<u>KCC</u>"), the claims and noticing agent for the Debtors in the above-captioned case. I submit this Supplemental Affidavit in connection with the service of solicitation materials for the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 418] (the "<u>Combined Disclosure Statement & Plan</u>"). I am over the age of 18 and not a party to this action. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

    2.    On August 6, 2019, the Court entered the *Order Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 47]. On September 10, 2019, the Court entered the *Order Authorizing Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 224].

    3.    Consistent with its retention as claims, noticing, and administrative agent, KCC is charged with, among other things, the duty of printing and distributing Solicitation Packages[2] to creditors and other interested parties pursuant to the *Order (A) Conditionally Approving the Combined Disclosure Statement and Plan for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Disclosure Statement and Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures and (G) Establishing Administrative Claims Deadline* [Docket No. 416] (the "<u>Solicitation Procedures Order</u>") entered by the court on November 7, 2019.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Pancakes & Pies, LLC (2435); Pancakes & Pies Holding, LLC (3381); Pancakes & Pies Shop, LLC (1620); Pie Wholesalers, LLC (2420); Pancakes & Pies Promotions, LLC (7308); Idaho Pies, Inc. (2015); Pie and Beverage, Inc. (5887); Pasta & Pie, LLC (9288); Pancakes & Pies Real Estate Holding LLC (8553); and Pies & Pancakes Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119- 4709.

[2] Terms not otherwise defined herein shall have the same meanings ascribed to them in the Disclosure Statement Order.

4. The Solicitation Package consists of the following documents:

   a. USB Flash Drive (the "USB") containing:

      - The Combined Disclosure Statement & Plan; and

      - The Official Committee of Unsecured Creditors' Letter, (in the form attached as Exhibit B to the Combined Disclosure Statement & Plan) (the "Committee Support Letter")

   b. Notice of (I) Administrative Claims Deadline, (II) Conditional Approval of Combined Disclosure Statement and Plan for Solicitation Purposes Only, (III) Deadline for Casting Votes to Accept or Reject the Combined Disclosure Statement and Plan, and (IV) the Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Combined Disclosure Statement and Plan [Docket No. 417] (the "Confirmation Notice");

   c. An appropriate ballot:

      - Class 1 Ballot for Holders of Remaining Prepetition Secured Claims ("Class 1 Ballot") (substantially in the form attached as Exhibit A to the Solicitation Procedures Order);

      - Class 4 Ballot for Holders of General Unsecured Claims ("Class 4 Ballot") (substantially in the form attached as Exhibit A to the Solicitation Procedures Order);

   d. A pre-addressed, postage pre-paid return envelope (the "Return Envelope").

5. On or before December 11, 2019, at my direction and under my supervision, employees of KCC caused the Class 4 Ballot, Confirmation Notice, Committee Support Letter, USB, and Return Envelope to be served per postal forwarding address via First Class Mail to the parties on the service list attached hereto as **Exhibit A**.

*(Continued on Next Page)*

6.    On or before December 12, 2019, at my direction and under my supervision, employees of KCC caused the Confirmation Notice to be served per postal forwarding address via First Class Mail to the parties on the service list attached hereto as **Exhibit B**.

Dated: December 13, 2019

_____
Jennifer Grageda

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of December, 2019, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ANA TERESA ARIAS
Notary Public - California
Los Angeles County
Commission # 2285618
My Comm. Expires Apr 18, 2023

# EXHIBIT A

**Exhibit A**
**Class 4 - General Unsecured Claims**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Cremers Lawn & Landscape | Service, Inc | 1325 Old Country Rd | Ponca City | OK | 74604-5941 |
| Nicholas Johnson | | 2536 Shryer Ave E | North St Paul | MN | 55109-4043 |

# EXHIBIT B

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Bonschmit, Brandon | | 234 N Mill St Apt 4 | Gilman | IA | 50106-5009 |
| Borge, Stephanie | | 5119 S Marion Rd Apt 113 | Sioux Falls | SD | 57106-2889 |
| Gutierrez, Nicole | | 824 Alderman St Apt 209 | Fort Myers | FL | 33916-1368 |
| Hanan, Stephanie | | 2801 Highway 6 E Lot 258 | Iowa City | IA | 52240-2626 |
| Manager of Finance | Dept of Environmental Health | 101 W Colfax Ave Ste 800 | Denver | CO | 80202-5285 |
| Mosley, Darnell | | 510 Belle Ave Apt 207 | Mankato | MN | 56001-5273 |
| Simon, Lindsay | | 1415 S 13th St | Pekin | IL | 61554-5909 |
| Stoffel, Corrine | | 325 E Chapman Ave Apt C | Placentia | CA | 92870-5065 |