# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
PERKINS & MARIE                                       :
CALLENDER'S, LLC, et al.,                             :    Case No. 19-11743 (KG)
                                                      :
                                                      :    Jointly Administered
              Debtors.¹                               :
------------------------------------------------------x
```

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Gabrielle R. Neal, Esquire to represent QC Material Handlin Equipment in this action.

/s/ Gabrielle R. Neal
Gabrielle R. Neal, Esq. (0092770)
PICKREL, SCHAEFFER & EBELING
2700 Stratacache Tower
Dayton, Ohio 45423
T: (937) 223-1130
F: (937) 223-03369
E: GNeal@pselaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for District Court.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, as applicable, are: Perkins & Marie Callender's, LLC (2435); Marie Callender Pie Shops, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); PMCI Promotions LLC (7308); MC Wholesalers, LLC (2420); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

Dated: 12/16/2019

/s/ Gabrielle R. Neal
Gabrielle R. Neal, Esq. (0092770)
PICKREL, SCHAEFFER & EBELING
2700 Stratacache Tower
Dayton, Ohio 45423
T: (937) 223-1130
F: (937) 223-03369
E: GNeal@pselaw.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

2