# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pancakes & Pies, LLC, *et al.*, | Case No. 19-11743 (KG) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

S<small>TATE</small> O<small>F</small> D<small>ELAWARE</small>      )
                              )   SS
N<small>EW</small> C<small>ASTLE</small> C<small>OUNTY</small>      )

     Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, counsel to *Ballas Egg Products Corp.* in the above referenced cases, and on the 16th day of December 2019, the following pleading (the "**Request**") was filed *via* the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice of the Request to all parties receiving notification through CM/ECF.

    (1)    Request of Ballas Egg Products Corp. for Allowance of Administrative Claim Under 11 U.S.C. § 503(b) [Docket 507]

     In addition, the Request was also served on the parties listed on the attached service list *via* hand delivery or first-class mail.

                                                           /s/ Michelle M. Dero
                                                          Michelle M. Dero

S<small>WORN</small> T<small>O</small> A<small>ND</small> S<small>UBSCRIBED</small> before me this 17th day of December 2019.

                                                          /s/ Kristin A. McCloskey
                                                          Kristin A. McCloskey
                                                           Notary Public
                                                           State of Delaware
                                                           My Commission Expires July 7, 2020

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Pancakes & Pies, LLC (2435); Pancakes & Pies Holding, LLC (3381); Pancakes & Pies Shop, LLC (1620); Pie Wholesalers, LLC (2420); Pancakes & Pies Promotions, LLC (7308); Idaho Pies, Inc. (2015); Pie and Beverage, Inc. (5887); Pasta & Pie, LLC (9288); Pancakes & Pies Real Estate Holding LLC (8553); and Pies & Pancakes Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

| | | |
|---|---|---|
| **Akin Gump Strauss Hauer & Feld LLP**<br>Scott L. Alberino & Joanna Newdeck<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | **Ansell Grimm & Aaron, P.C.**<br>Joshua S. Bauchner, Esq. & Anthony J. D'Artiglio, Esq.<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424 | **Baker Botts LLP**<br>Omar J. Alaniz & Kevin Chiu<br>2001 Ross Avenue Suite 900<br>Dallas, TX 75201 |
| **Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>Attn E. Franklin Childress, Jr.<br>165 Madison Avenue, Suite 200<br>Memphis, TN 38103 | **Ballard Spahr LLP**<br>Craig Solomon Ganz & Michael DiGiacomo<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004 | **Ballard Spahr LLP**<br>Leslie C. Heilman<br>919 N Market Street, 11th Floor<br>Wilmington, DE 19801-3034 |
| **Bayard PA**<br>Justin R. Alberto & Sophie E. Macon<br>600 N King Street, Suite 400<br>Wilmington, DE 19801 | **Beard & Savory, PLLC**<br>Russell W. Savory<br>119 South Main Street, Suite 500<br>Memphis, TN 38103 | **Benesch, Friedlander, Coplan & Aronoff LLP**<br>Jennifer R. Hoover, Kevin M. Capuzzi, John C. Gentile<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 |
| **Blank Rome LLP**<br>John E. Lucian & Jose F. Bibiloni<br>1201 N Market Street, Suite 800<br>Wilmington, DE 19801 | **Bono Burns Dist Inc**<br>Gerard Burns<br>3616 South Big Bend Blvd<br>St Louis, MO 63143 | **Buchalter, A Professional Corporation**<br>Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 |
| **Buchanan Ingersoll & Rooney PC**<br>Attn Mary F. Caloway<br>919 North Market Street, Suite 990<br>Wilmington, DE 19801 | **Burr & Forman LLP**<br>David W. Houston, IV & J. Patrick Warfield<br>222 Second Avenue South, Suite 2000<br>Nashville, TN 37201 | **Burr & Forman LLP**<br>J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801 |
| **Chipman Brown Cicero & Cole, LLP**<br>William E. Chipman Jr & Mark D Olivere<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801-6101 | **Delaware Attorney General**<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | **Delaware Dept of Justice**<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 |
| **Delaware Secretary of State**<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | **Delaware State Treasury**<br>820 Silver Lake Blvd, Suite 100<br>Dover, DE 19904 | **Departure**<br>Emilly Rex<br>427 C Street Ste 406<br>San Diego, CA 92101 |
| **DJ-9, Inc.**<br>Attn David M. D'Onofrio, President<br>2011 W. Cleveland Street, Suite E<br>Tampa, FL 33606 | **Ellenoff Grossman & Schole LLP**<br>Howard J Berman<br>1345 Avenue of the Americas, 11th Fl<br>New York, NY 10105 | **Fredrikson & Byron, P.A.**<br>John M. Koneck<br>200 South Sixth St Ste 4000<br>Minneapolis, MN 55402-1425 |
| **Friedman Law Group, P.C.**<br>J. Bennett Friedman<br>1901 Avenue of the Stars, Suite 1000<br>Los Angeles, CA 90067 | **Internal Revenue Service**<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **KCC**<br>Andres Estrada<br>222 N Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | **Kelley Drye & Warren LLP**<br>Robert L. LeHane & Jennifer D. Raviele<br>101 Park Ave<br>New York, NY 10178 |

| | | |
|---|---|---|
| **Macdonald Fernandez LLP**<br>Iain A. Macdonald, Esq. & Daniel E. Vaknin, Esq.<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2323 | **Manty & Associates, P.A.**<br>Christopher Camardello<br>401 Second Avenue North, Suite 400<br>Minneapolis, MN 55401 | **Missouri Department of Revenue**<br>Bankruptcy Unit<br>Attn Sheryl L. Moreau<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| **Monzack Mersky Mclaughlin and Browder, P.A.**<br>Brian J. McLaughlin<br>1201 N Orange Street, Suite 400<br>Wilmington, DE 19801 | **Monzack Mersky Mclaughlin and Browder, P.A.**<br>Rachel B. Mersky<br>1201 N Orange Street, Suite 400<br>Wilmington, DE 19801 | **Moore & Van Allen PLLC**<br>Attn David L Eades, David S. Walls, Luis M. Lluberas, Gabriel L. Mathless<br>100 N Tryon St, Suite 4700<br>Charlotte, NC 28202 |
| **Morrison Sund, PLLC**<br>Cynthia L. Hegarty<br>5125 County Road 101, Suite 200<br>Minnetonka, MN 55345 | **Office of the United States Trustee Delaware**<br>Linda J. Casey<br>844 King St Ste 2207<br>Wilmington, DE 19801 | **Pachulski Stang Ziehl &Jones LLP**<br>Bradford J. Sandler & Colin R. Robinson<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| **Procopio, Cory, Hargreaves & Savitch LLP**<br>Attn Gerald P. Kennedy, Esq.<br>525 B Street, Suite 2200<br>San Diego, CA 92101 | **Richards, Layton & Finger, P.A.**<br>Daniel J. DeFranceschi, Michael J. Merchant, Zachary I. Shapiro, Brett M. Haywood, Megan E. Kenney<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **SCF RC Funding L, LLC**<br>Attn AJ Peil, Senior Vice President<br>902 Carnegie Center, Suite 520<br>Princeton, NJ 08540 |
| **Securities & Exchange Commission**<br>G Jeffrey Boujoukos Regional Director<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 | **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Office**<br>Andrew Calamari Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 |
| **Solomon Ward Seidenwarum & Smith, LLP**<br>Michael D. Breslauer, Esq.<br>401 B Street, Suite 1200<br>San Diego, CA 92101 | **Tulare County Tax Collector**<br>Attn: Mayra Alcantar, Deputy Tax Collector<br>221 S Mooney Blvd Room 104-E<br>Visalia, CA 93291-4593 | **US Attorney for Delaware**<br>David C. Weiss<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 |
| **Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions**<br>Bankruptcy Administration c/o Ricoh USA Program f/d/b/a IKON Financial Services<br>PO Box 13708<br>Jennifer Susan Presnall-Harpe<br>Macon, GA 31208-3708 | **WF PP Realty, LLC**<br>Attn Robert G. Friedman, Owner & Manager<br>510 East 80th Street<br>New York, NY 10075 | **WHITEFORD, TAYLOR & PRESTON, LLP**<br>Dennis J. Schaffer, Esq.<br>Seven Saint Paul Street Suite 1500<br>Baltimore, MD 21202 |
| **WHITEFORD, TAYLOR & PRESTON, LLP**<br>Stephen B. Gerald, Esq.<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wlimington, DE 19801 | | |