IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Pancakes & Pies, LLC, et al.,[1] | Case No. 19-11743 (KG) |
|  | (Jointly Administered) |
| Debtors. |  |

## AFFIDAVIT OF SERVICE

I, Hugo Alexander Maida, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 26, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Fourth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from November 1, 2019 Through and Including November 30, 2019** [Docket No. 532]

Dated: December 30, 2019

/s/ Hugo Alexander Maida
Hugo Alexander Maida

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of December, 2019, by Hugo Alexander Maida, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: /s/

ROSSMERY I. MARTINEZ
Notary Public - California
Los Angeles County
Commission # 2295937
My Comm. Expires Jul 2, 2023

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Pancakes & Pies, LLC (2435); Pancakes & Pies Holding, LLC (3381); Pancakes & Pies Shop, LLC (1620); Pie Wholesalers, LLC (2420); Pancakes & Pies Promotions, LLC (7308); Idaho Pies, Inc. (2015); Pie and Beverage, Inc. (5887); Pasta & Pie, LLC (9288); Pancakes & Pies Real Estate Holding LLC (8553); and Pies & Pancakes Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119-4709.

# EXHIBIT A

**Exhibit A**
**Fee App Notice Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtors | Akin Gump Strauss Hauer & Feld LLP | Scott L. Alberino & Joanna Newdeck | salberino@akingump.com; jnewdeck@akingump.com |
| Counsel to the DIP Agent and the Prepetition Agent | Moore & Van Allen PLLC | Attn David L Eades & Luis M. Lluberas | davideades@mvalaw.com; luislluberas@mvalaw.com; |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl &Jones LLP | Bradford J. Sandler & Colin R. Robinson | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| Local Counsel for the Debtors | Richards, Layton & Finger, P.A. | Daniel J. DeFranceschi | defranceschi@rlf.com |

# **EXHIBIT B**

**Exhibit B**
**Fee App Notice Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the DIP Agent and the Prepetition Agent | Moore & Van Allen PLLC | Attn David L Eades & Luis M. Lluberas | 100 N Tryon St, Suite 4700 | Charlotte | NC | 28202 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Wilmington | DE | 19801 |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl &Jones LLP | Bradford J. Sandler & Colin R. Robinson | 919 N. Market Street, 17th Floor | Wilmington | DE | 19801 |
| Debtors | Pancakes & Pies, LLC, et al. (f/k/a Perkins & Marie Callender's, LLC) | Andy Whiteley | 6075 Poplar Avenue, Suite 800 | Memphis | TN | 38119-4709 |