**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Pancakes & Pies, LLC, *et al.*,[1] | ) | Case No. 19-11743 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATION OF ANDRES A. ESTRADA WITH RESPECT TO THE
TABULATION OF VOTES ON THE DEBTORS' COMBINED DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

I, Andres A. Estrada, depose and say under the penalty of perjury:

1.     I am a Senior Managing Consultant of Corporate Restructuring Services, employed by Kurtzman Carson Consultants LLC ("**KCC**"), located at 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.  I am over the age of 18 and not a party to these proceedings.

2.     On August 6, 2019, the Court entered the *Order Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 47], thereby designating KCC as the claims and noticing agent.

3.     On September 10, 2019, the Court entered the *Order Authorizing Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors*

---

[1]  The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Pancakes & Pies, LLC (2435); Pancakes & Pies Holding, LLC (3381); Pancakes & Pies Shop, LLC (1620); Pie Wholesalers, LLC (2420); Pancakes & Pies Promotions, LLC (7308); Idaho Pies, Inc. (2015); Pie and Beverage, Inc. (5887); Pasta & Pie, LLC (9288); Pancakes & Pies Real Estate Holding LLC (8553); and Pies & Pancakes Holding Corp. (2225). The mailing address for the Debtors is 6075 Poplar Avenue, Suite 800, Memphis, Tennessee 38119- 4709.

*Nunc Pro Tunc to the Petition Date* [Docket No. 224], thereby designating KCC as the administrative agent to, among other things, provide balloting services.

4.      On November 7, 2019, the Court entered the *Order (A) Conditionally Approving the Combined Disclosure Statement and Plan for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Disclosure Statement and Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, (F) Approving Related Notice Procedures and (G) Establishing Administrative Claims Deadline* [Docket No. 416] (the "**Conditional Approval and Procedures Order**"),[2] establishing, among other things, certain solicitation and voting tabulation procedures.  KCC was instructed to solicit, review, determine the validity of, and tabulate ballots submitted with respect to the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 418] (the "**Combined Disclosure Statement and Plan**") by the holders of Claims in the Voting Classes (as defined below) in accordance with the Conditional Approval and Procedures Order.  In addition, KCC consulted with the Debtors and their counsel, as appropriate, to ensure compliance with the Conditional Approval and Procedures Order.

5.      KCC worked with the Debtors and their counsel to solicit votes to accept or reject the Combined Disclosure Statement and Plan and to tabulate the ballots of creditors voting to accept or reject the Combined Disclosure Statement and Plan.  Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.  I am authorized to submit this certification on behalf of KCC.

---

[2]  Terms not otherwise defined herein shall have the meanings ascribed to them in the Conditional Approval and Procedures Order.

A.      **Service and Transmittal of Solicitation Packages and Related Information**

6.      Pursuant to the Conditional Approval and Procedures Order, on November 12, 2019, KCC caused to be served Solicitation Packages on all known members of Class 1 and Class 4 in accordance with the Conditional Approval and Procedures Order.  KCC also caused to be served the Confirmation Notice and the Combined Disclosure Statement and Plan on members of Class 5.  Additionally, KCC caused the Confirmation Notice to be served on all persons and entities listed in the creditor matrix and all other parties entitled to receive such notice pursuant to the Conditional Approval and Procedures Order.  Affidavits evidencing the service of the foregoing were filed with the Court on November 15, 2019 [Docket No. 435], November 27, 2019 [Docket No. 467] and December 13, 2019 [Docket No. 500].

B.      **The Tabulation Proce**ss

7.      The Conditional Approval and Procedures Order established November 7, 2019 as the record date (the "**Record Date**") for determining which creditors and holders of interests were entitled to receive Solicitation Packages and, where applicable, vote on the Combined Disclosure Statement and Plan.  Pursuant to the Conditional Approval and Procedures Order, holders of Claims in Class 1 (Remaining Prepetition Secured Claims) and Class 4 (General Unsecured Claims) (collectively, the "**Voting Classes**") were entitled to vote to accept or reject the Combined Disclosure Statement and Plan.  No other classes were entitled to vote on the Combined Disclosure Statement and Plan.

8.      Pursuant to the Conditional Approval and Procedures Order, KCC relied on the Debtors' Schedules of Assets and Liabilities and the Claims information reflected in KCC's CaseView ("**CaseView**") system to identify and solicit holders of Claims in the Voting Classes.

9.      Using the information outlined above, and with specific guidance and approval from the Debtors' counsel, KCC created a voting database reflecting the names of holders in the Voting Classes, addresses of such holders, voting amounts and classification of Claims in the Voting Classes.  Specifically, using its CaseView system and voting database, KCC generated ballots for holders of Claims entitled to vote to accept or reject the Combined Disclosure Statement Plan.

10.     The Conditional Approval and Procedures Order established December 10, 2019 at 4:00 p.m. (PT) as the original deadline for receiving ballots to accept or reject the Combined Disclosure Statement and Plan.   On December 2, 2019, the *Notice of Adjournment of Confirmation Hearing and Extension of Certain Other Deadlines Related to Confirmation of Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 468] (the "**Notice of Adjournment**") extended the deadline to December 30, 2019 at 4:00 p.m. (PT). Furthermore, on December 10, 2019, the *Notice Regarding Extension of Voting Deadline and Plan Objection Deadline to January 6, 2020 at 4:00 p.m. (PT)* [Docket No. 492] established the final deadline to receive ballots as January 6, 2020 at 4:00 p.m. (PT) (the "**Voting Deadline**").

11.     Pursuant to the Conditional Approval and Procedures Order, KCC received and tabulated ballots as follows: (a) each returned ballot was opened and inspected at KCC's offices; (b) ballots were date-stamped and scanned into KCC CaseView; and (c) all electronic and paper ballots received on or before the Voting Deadline were then entered into KCC CaseView and tabulated in accordance with the tabulation rules outlined in the Conditional Approval and Procedures Order.

12.     Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis:

| Total Ballots Received | | | |
|---|---|---|---|
| Accept | | Reject | |
| Number | Amount | Number | Amount |
| Class 1 - Remaining Prepetition Secured Claims | | | |
| 5 (100%) | $10,799,999.99 (100%) | 0 (0%) | $0.00 (0%) |
| Class 4 - General Unsecured Claims | | | |
| 370 (94.15%) | $83,730,949.86 (99.85%) | 23 (5.85%) | $125,071.73 (0.15%) |

13.     The final Ballot Report containing the consolidated summary of the Voting Classes is attached hereto as Exhibit A.  The detailed Ballot Reports for Class 1 (Remaining Prepetition Secured Claims) and Class 4 (General Unsecured Claims) are attached hereto as Exhibit B.

**C.    The Unacceptable Ballots**

14.     Attached hereto as Exhibit C is a detailed report of any ballots that were not included in the tabulation above because they did not satisfy the requirements for a valid ballot as set forth in the Conditional Approval and Procedures Order.

*(Continued on Next Page)*

## Conclusion

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Combined Disclosure Statement and Plan is true. The ballots received by KCC are stored at KCC's office and are available for inspection by or submission to this Court.

Dated: January 9, 2020

Andres A. Estrada

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of January, 2020, by Andres A. Estrada, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

6

# EXHIBIT A

Exhibit A

**Ballot Summary**

| Class Name | Class Description | Total Members | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Total $ in Class | Total $ Voted | $ Accepted | $ Rejected | $ Abstained | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Remaining Prepetition Secured Claims | 5 | 0 | 5 | 5 | 0 | 0 | 100% | 0% | $10,799,999.99 | $10,799,999.99 | $10,799,999.99 | $0.00 | $0.00 | 100% | 0% |
| 4 | General Unsecured Claims | 2203 | 2 | 393 | 370 | 23 | 43 | 94.15% | 5.85% | $146,544,573.65 | $83,856,021.59 | $83,730,949.86 | $125,071.73 | $343,294.10 | 99.85% | 0.15% |

# EXHIBIT B

**Exhibit B**
**Class 1 - Remaining Prepetition Secured Claims**
**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 419 | 01/03/2020 | Bank of America, N.A. | $3,406,625.43 | Accept |
| 435 | 01/06/2020 | Cadence Bank, N.A. | $1,117,951.63 | Accept |
| 418 | 01/03/2020 | CIT Finance LLC | $996,692.38 | Accept |
| 421 | 01/06/2020 | KeyBank National Association | $3,022,995.35 | Accept |
| 225 | 01/06/2020 | Regions Bank | $2,255,735.20 | Accept |

**Exhibit B**

**Class 4 - General Unsecured Claims**

**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 370 | 12/10/2019 | 1109 E 3900 S. SLC Utah, LLC | $45,838.41 | Reject |
| 227 | 11/29/2019 | 1st PRIORITY RESTORATION, LLC | $1,000.00 | Accept |
| 295 | 12/05/2019 | 3315 Milton Avenue, LLC | $125,707.55 | Accept |
| 257 | 12/03/2019 | 360 CLEANING, LLC | $2,675.00 | Accept |
| 396 | 12/17/2019 | A and E Plumbing and Heating, Inc. | $2,243.07 | Accept |
| 221 | 11/26/2019 | A.J.S COMMERCAL SERVICE | $3,255.35 | Accept |
| 134 | 11/25/2019 | ACCENT MARKETING | $2,030.94 | Accept |
| 28 | 11/15/2019 | ACCUCUT LAWN SERVICES | $2,294.30 | Accept |
| 299 | 12/06/2019 | ADVANCED ROOFING SOLUTIONS | $1,695.00 | Accept |
| 181 | 11/25/2019 | Affordable Discount Signs | $930.90 | Accept |
| 220 | 11/26/2019 | Air - Flo Services Inc | $3,286.00 | Accept |
| 168 | 11/25/2019 | AIRE MASTER OF THE MIDWEST INC | $2,795.56 | Accept |
| 147 | 11/22/2019 | Airgas USA, LLC | $79.87 | Accept |
| 250 | 12/02/2019 | ALEJANDRO CAMPOS | $1,900.00 | Accept |
| 189 | 11/26/2019 | ALERT PLUMBING SERVICE OF | $550.00 | Accept |
| 194 | 11/26/2019 | ALL AMERICAN FLAG & PENNANT | $375.00 | Accept |
| 67 | 11/19/2019 | All States Lighting, Inc | $2,369.20 | Accept |
| 284 | 12/05/2019 | ALL WASHED UP WINDOW CLEANING | $262.00 | Accept |
| 104 | 11/21/2019 | ALMIGHTY LAWN CARE, LLC | $2,215.89 | Accept |
| 136 | 11/25/2019 | AMBER RICHARDSON | $983.46 | Accept |
| 269 | 12/03/2019 | AMERICAN BUSINESS SOLUTIONS | $1,008.06 | Accept |
| 68 | 11/19/2019 | AMERICAN WATERWORKS | $358.49 | Accept |
| 402 | 12/19/2019 | AMERICRAFT CARTON, INC. | $23,047.92 | Accept |
| 373 | 12/10/2019 | ANC Investments, LLC | $42,868.81 | Accept |
| 302 | 12/06/2019 | ANDREW J. SINDONI | $747.68 | Accept |
| 378 | 12/10/2019 | ANYTIME PLUMBING | $4,225.07 | Accept |
| 184 | 11/25/2019 | Apex Associates, LLC | $880.82 | Accept |
| 325 | 12/09/2019 | ARAMARK Uniform and Career Apparel, LLC | $3,247.35 | Reject |
| 156 | 11/23/2019 | ARCADE COPIER SALES | $81.18 | Accept |
| 117 | 11/22/2019 | ARCTIC REFRIGERATION, L.C. | $2,233.88 | Accept |
| 46 | 11/18/2019 | Asher Garden LLC | $127,752.00 | Accept |
| 6 | 11/14/2019 | ATLAS PUMPING SERV. | $310.00 | Accept |
| 195 | 11/26/2019 | AUTOMATION DIRECT | $653.94 | Accept |
| 271 | 12/04/2019 | Avery Brothers LLC | $5,840.75 | Accept |
| 272 | 12/04/2019 | AVERY OUTDOOR | $4,740.75 | Accept |
| 270 | 12/04/2019 | BACKFLOW SERVICES | $564.59 | Accept |
| 33 | 11/15/2019 | BAK-RE-PAIR INC | $277.89 | Accept |
| 197 | 11/26/2019 | Ballas Egg Products Corp. | $103,606.86 | Accept |
| 420 | 01/03/2020 | Bank of America, N.A. | $24,618,861.88 | Accept |
| 43 | 11/18/2019 | BARTOW PLAZA, LLC | $5,917.41 | Reject |
| 223 | 11/26/2019 | BATTERIES PLUS BULBS | $59.02 | Accept |
| 268 | 12/03/2019 | BATYKEFER & ASSOCIATES INC | $3,085.00 | Accept |
| 240 | 12/02/2019 | Behle Inc dba Roto - Rooter Ames | $1,652.45 | Accept |
| 408 | 12/23/2019 | Benedict Refrigeration Service, Inc. | $4,818.76 | Accept |
| 342 | 12/09/2019 | BENITZ SERVICE CO. | $4,770.57 | Accept |
| 286 | 12/05/2019 | BEST IRRIGATION | $7,717.76 | Accept |
| 51 | 11/18/2019 | BGR, Inc | $5,826.00 | Accept |
| 16 | 11/18/2019 | BIG IDEA MARKETING INC | $1,500.00 | Accept |
| 287 | 12/05/2019 | BILL TALLEY | $584.72 | Accept |
| 152 | 11/22/2019 | BINTZ RESTAURANT SUPPLY CO | $990.89 | Accept |
| 164 | 11/25/2019 | BJELLAND PLUMBING INC | $255.73 | Accept |
| 150 | 11/25/2019 | Blue Ribbon Sibs LLC | $13,730.78 | Accept |

**Exhibit B**
**Class 4 - General Unsecured Claims**
**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 301 | 01/06/2020 | Bono Burns Dist, Inc | $242,134.50 | Accept |
| 256 | 12/03/2019 | BOYERS LOCK & SAFE LLC | $215.03 | Reject |
| 313 | 12/06/2019 | BPI Supply | $313.91 | Accept |
| 281 | 12/05/2019 | Brainerd Public Utilities | $9,405.30 | Accept |
| 209 | 11/26/2019 | Branded Plus, Inc. | $2,219.58 | Accept |
| 160 | 11/24/2019 | BRIAN HULLOPETER CONSTRUCTION | $416.00 | Accept |
| 81 | 11/19/2019 | Bridge Logistics, Inc. | $1,984.50 | Accept |
| 246 | 12/02/2019 | BRIGHT FUTURE ELECTRIC LLC | $860.49 | Accept |
| 21 | 11/19/2019 | BRITE WAY WINDOW - ONALASKA | $516.00 | Accept |
| 365 | 12/10/2019 | BRITTANIA ELECTRIC INC | $2,393.99 | Accept |
| 183 | 11/25/2019 | BROWN FAMILY TRUST | $10,230.00 | Accept |
| 282 | 12/05/2019 | BRUCE VICKERS, CFC, CFBTO, ELC | $30.00 | Reject |
| 185 | 11/26/2019 | BUD SEWER SERVICE INC. | $320.00 | Accept |
| 115 | 11/22/2019 | BW PROPERTIES, LLC | $12,604.17 | Accept |
| 63 | 11/18/2019 | CA Fortune | $7,842.59 | Accept |
| 436 | 01/06/2020 | Cadence Bank, N.A. | $8,079,167.32 | Accept |
| 232 | 11/29/2019 | Candlestick Foods, Inc. | $947.07 | Accept |
| 275 | 12/04/2019 | CASIANO MATA | $203,494.35 | Accept |
| 278 | 12/05/2019 | CATEYES FLORIDA LLC | $1,563.50 | Accept |
| 242 | 11/30/2019 | CE - Engraving | $1,240.94 | Accept |
| 382 | 12/11/2019 | CenterPoint Energy | $21,280.81 | Accept |
| 273 | 12/04/2019 | CENTRAL FLORIDA CLEANING & | $125.00 | Accept |
| 329 | 12/09/2019 | CENTRAL STATES GASKET | $3,612.24 | Accept |
| 346 | 12/09/2019 | Central States Services, Inc | $4,103.02 | Accept |
| 321 | 12/08/2019 | Central Valley Refrigeration, Inc | $6,500.08 | Accept |
| 369 | 12/10/2019 | CHAMBER OF COMMERCE-MASON CITY | $152.50 | Accept |
| 351 | 12/10/2019 | Channie Cook | $23,500.00 | Reject |
| 263 | 12/03/2019 | Chef Tech Service LLC | $16,370.38 | Accept |
| 198 | 11/26/2019 | CHEM MARK OF GARDEN GRV. | $147.81 | Accept |
| 296 | 12/05/2019 | CHEM-SERV | $1,955.65 | Accept |
| 192 | 11/26/2019 | CHIEF INDUSTRIES | $27,642.67 | Accept |
| 324 | 12/09/2019 | CHISM ELECTRIC, INC | $3,397.52 | Accept |
| 415 | 01/02/2020 | CHRISTIAN S FAUST | $360.00 | Accept |
| 247 | 12/02/2019 | CINCINNATI BELTING & TRANS INC | $5,541.58 | Accept |
| 397 | 12/18/2019 | Cintas | $500.22 | Accept |
| 417 | 01/03/2020 | CIT Finance LLC | $7,202,855.91 | Accept |
| 92 | 11/20/2019 | City of Anoka | $5,567.63 | Accept |
| 393 | 12/16/2019 | CITY OF BARTOW | $40.00 | Accept |
| 105 | 11/21/2019 | City of Detroit Lakes, MN | $6,011.21 | Accept |
| 236 | 11/29/2019 | City of Downey, CA | $190.40 | Accept |
| 172 | 11/25/2019 | City of Eau Claire, WI | $4,062.87 | Accept |
| 173 | 11/25/2019 | City of Fergus Falls | $998.87 | Accept |
| 61 | 11/18/2019 | City of Plymouth, MN | $1,149.56 | Accept |
| 376 | 12/10/2019 | Clean and Fresh | $5,374.48 | Reject |
| 331 | 12/09/2019 | CLEAN DES MOINES | $3,271.85 | Accept |
| 332 | 12/09/2019 | Clean Iowa, Inc. | $631.46 | Accept |
| 323 | 12/09/2019 | Clean-View Window Cleaning | $1,701.30 | Accept |
| 148 | 11/25/2019 | Clear Channel Outdoor LLC | $20,666.25 | Accept |
| 131 | 11/25/2019 | CLEARVIEW WINDOW & BLIND CLE | $288.00 | Accept |
| 398 | 12/18/2019 | COMFORTABLE LLC | $2,715.00 | Reject |
| 52 | 11/18/2019 | COMMERCIAL GASKETS UNLIMITED | $1,665.25 | Accept |
| 91 | 11/20/2019 | COMMERCIAL LIGHTING COMPANY | $802.35 | Accept |

**Exhibit B**
**Class 4 - General Unsecured Claims**
**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 344 | 12/09/2019 | COMMERCIAL UPHOLSTERY AND | $909.50 | Accept |
| 113 | 11/22/2019 | CORNWELL-KLOHS CO. | $6,464.38 | Accept |
| 40 | 11/18/2019 | CROWN LINEN SERVICE INC | $364.69 | Accept |
| 143 | 11/22/2019 | Crown Services, Inc. | $583.26 | Accept |
| 47 | 11/18/2019 | CULLIGAN - BURLINGTON | $46.01 | Accept |
| 111 | 11/21/2019 | D&M CLEANING SERVICES LLC | $360.00 | Accept |
| 176 | 11/25/2019 | DATATREND TECHNOLOGIES INC | $1,427.28 | Accept |
| 364 | 12/10/2019 | DAVACO, INC | $8,191.39 | Accept |
| 234 | 11/29/2019 | DAVANNIS PIZZA & HOT HOAGIES | $90.64 | Accept |
| 180 | 11/25/2019 | DAVE CHASE | $8,710.10 | Accept |
| 142 | 11/22/2019 | DAVID BLOUIN | $1,317.12 | Accept |
| 94 | 11/20/2019 | David Lees | $6,746.67 | Accept |
| 316 | 12/06/2019 | DAVID W. UPHAM TRUST OF 2018 | $5,981.43 | Accept |
| 79 | 11/19/2019 | DEHART PLUMBING, HEATING AND AIR | $325.00 | Accept |
| 380 | 12/10/2019 | Del Amo Associates, LLC | $447,686.32 | Accept |
| 13 | 11/15/2019 | DELTA LIGHTING PRODUCTS INC | $1,326.15 | Accept |
| 191 | 11/26/2019 | DES MOINES LOCK SERVICE INC | $71.55 | Accept |
| 381 | 12/11/2019 | Devries Outdoors | $315.17 | Accept |
| 34 | 11/15/2019 | DEWAYNE ZINKIN DBA BLACKSTONE | $33,222.54 | Accept |
| 330 | 12/09/2019 | DISTINCTIVE WINDOW CLEANING | $4,590.50 | Accept |
| 1 | 11/14/2019 | DMS FACILITY SERVICES LLC | $1,126.00 | Accept |
| 133 | 11/25/2019 | Do Your Thing Productions LLC. | $900.00 | Accept |
| 200 | 11/26/2019 | DONALD E BYRD | $632.00 | Accept |
| 391 | 12/13/2019 | DONNELLY, SHEILA | $1.00 | Accept |
| 354 | 12/09/2019 | DOUBLE TEAM CARPET CLEANING, INC. | $598.71 | Accept |
| 215 | 11/27/2019 | DRAIN DOCTOR INC | $446.72 | Accept |
| 22 | 11/19/2019 | DRAIN WIZARD | $818.15 | Accept |
| 241 | 11/29/2019 | DRI X CLEANING SPECIALISTS LLC | $951.19 | Accept |
| 76 | 11/19/2019 | Ed Katzenbach | $2,107.48 | Accept |
| 102 | 11/21/2019 | EDEN LUTHERAN CHURCH | $44.63 | Accept |
| 367 | 12/10/2019 | Edgar D. Dunham | $1.00 | Reject |
| 290 | 12/05/2019 | EFD ASSOCIATES | $1,885.83 | Accept |
| 101 | 11/20/2019 | Eight Ks Enterprises, Inc. | $5,470.40 | Accept |
| 211 | 11/27/2019 | FARGO GLASS AND PAINT CO. | $150.00 | Accept |
| 360 | 12/09/2019 | FELICIA DEHART | $405.06 | Accept |
| 385 | 12/12/2019 | FIKES OF MINNESOTA, IN | $3,417.09 | Accept |
| 359 | 12/09/2019 | FILTERSHINE FRONT RANGE | $4,140.00 | Accept |
| 19 | 11/19/2019 | First Choice Wndow Cleaning | $600.00 | Accept |
| 153 | 11/23/2019 | FIRST GLASS WINDOW CLEANING | $193.10 | Accept |
| 154 | 11/23/2019 | FIRST GLASS WNDW CLEANING INC | $3,492.43 | Accept |
| 106 | 11/21/2019 | FISH WINDOW CLEANING - PETRA ENTERPRISES, INC. | $236.00 | Accept |
| 312 | 12/06/2019 | Floied Fire Extinguisher & Steam Cleaning Co., Inc. | $1,988.78 | Accept |
| 95 | 11/20/2019 | Florida Bancorp Supply, Inc | $5,198.20 | Accept |
| 248 | 12/02/2019 | Florida Handling Systems, Inc | $2,089.14 | Accept |
| 196 | 11/26/2019 | FLORIDA PLUMBERS BACKFLOW INC | $3,421.00 | Accept |
| 12 | 11/15/2019 | Fly Me Flag, LLC | $1,141.17 | Accept |
| 55 | 11/18/2019 | Forum Communications | $429.00 | Accept |
| 20 | 11/19/2019 | FOUNTAIN REFRIGERATION INC | $1,133.09 | Accept |
| 341 | 12/09/2019 | FRANKLIN MACHINE PRODUCTS, INC | $2,210.46 | Accept |
| 401 | 12/19/2019 | FreshPoint Central California, Inc. | $5,461.42 | Accept |

**Exhibit B**
**Class 4 - General Unsecured Claims**
**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 400 | 12/19/2019 | FreshPoint Southern California, Inc. | $20,744.45 | Accept |
| 70 | 11/19/2019 | G.J.K. LLC | $15,791.67 | Accept |
| 9 | 11/15/2019 | Galassos Bakery | $29,981.41 | Accept |
| 333 | 12/09/2019 | GALESBURG SIGN & LIGHTING INC | $1,232.91 | Reject |
| 62 | 11/18/2019 | GASKETEERS | $1,539.73 | Accept |
| 90 | 11/20/2019 | General Parts, L.L.C. | $12,938.59 | Accept |
| 122 | 11/22/2019 | GLO-BRITE WINDOW CLEANING | $642.00 | Accept |
| 14 | 11/15/2019 | GOOD SAMARITAN MINISTRIES | $105.65 | Accept |
| 96 | 11/20/2019 | GrahamSpencer | $5,429.07 | Accept |
| 314 | 12/06/2019 | GRASSLAND DAIRY PRODUCTS, INC. | $92,968.87 | Accept |
| 315 | 12/06/2019 | Grassland Dairy Products, Inc. | $118,577.00 | Accept |
| 29 | 11/15/2019 | Green Bay Packaging Inc | $37,362.76 | Accept |
| 27 | 11/19/2019 | GREEN FOOT MOWING | $4,899.24 | Accept |
| 293 | 12/05/2019 | GREEN OASIS-EAU CLAIRE | $1,667.82 | Accept |
| 166 | 11/25/2019 | GULF SIGNS/GULF STATE SIGNS INC | $1,225.15 | Accept |
| 345 | 12/09/2019 | H. Nagel & Son Co. | $117,198.08 | Accept |
| 371 | 12/11/2019 | HAAG, MARILYNN | $1,000.00 | Accept |
| 348 | 12/10/2019 | HALLA FAMILY LIMITED | $13,961.64 | Accept |
| 310 | 12/06/2019 | Hampton Inn Rochester | $9,325.80 | Accept |
| 340 | 12/09/2019 | Handyman Solutions LLC | $1,648.38 | Accept |
| 366 | 12/10/2019 | Hanhan Interactive, Inc. | $3,090.53 | Accept |
| 179 | 11/25/2019 | HAROLD G. BUTZER, INC | $370.00 | Accept |
| 292 | 12/05/2019 | HARRIS, ANTOINETTE | $9,361.77 | Accept |
| 216 | 11/26/2019 | Haynes and Boone, LLP | $1,345.00 | Accept |
| 126 | 11/22/2019 | HIGH PLAINS WATER TREATMENT | $104.86 | Accept |
| 217 | 11/26/2019 | Highpoint Restaurant Equipment | $857.18 | Accept |
| 137 | 11/25/2019 | Hoodz of Orlando | $990.00 | Accept |
| 266 | 12/03/2019 | Hoodz of Springfield/Branson/Joplin | $577.50 | Accept |
| 352 | 12/09/2019 | Hoodz of the High Desert | $3,215.00 | Accept |
| 75 | 11/19/2019 | House of Heating, Inc. | $2,141.88 | Accept |
| 322 | 12/09/2019 | HUMITECH OF IOWA, INC | $2,198.57 | Accept |
| 306 | 12/06/2019 | HURST CARPET & UPHOLSTERY | $8,361.85 | Accept |
| 289 | 12/05/2019 | ILLINOIS MECHANICAL SERVICE & DESIGN, INC | $4,308.33 | Accept |
| 410 | 12/27/2019 | INDIAN RIVER SERV., INC. | $80.25 | Accept |
| 204 | 11/26/2019 | INDUSTRIAL BURNER SERVICES, | $1,440.00 | Accept |
| 390 | 12/13/2019 | INLAND PUMPING SERVICE LLC | $1,725.00 | Reject |
| 206 | 11/26/2019 | Integrity Cleaning & Restoration LLC | $963.00 | Accept |
| 228 | 11/29/2019 | Integrity Express Logistics | $2,141.56 | Accept |
| 10 | 11/15/2019 | International Molasses Corp Ltd. | $1,337.57 | Accept |
| 161 | 11/25/2019 | Interstate Outdoor Advertising, LP | $10,697.99 | Accept |
| 93 | 11/20/2019 | J D OGDEN PLUMBING | $1,540.58 | Accept |
| 169 | 11/25/2019 | JACKSON, LARRY | $4,624.52 | Accept |
| 317 | 12/06/2019 | JAMIE QUINN | $540.00 | Accept |
| 58 | 11/18/2019 | JANESVILLE PLUMBING LLC | $856.66 | Accept |
| 277 | 12/04/2019 | Javier Gonzalez | $56,065.50 | Accept |
| 138 | 11/25/2019 | Jefferson City Utilities, MO | $296.07 | Accept |
| 320 | 12/08/2019 | JIM HEINS | $1,909.23 | Accept |
| 307 | 12/05/2019 | JIM MURPHY | $1,108.05 | Accept |
| 297 | 12/06/2019 | JOHNS APPL & A/C SERVICE INC | $1,254.04 | Accept |
| 42 | 11/18/2019 | JOHNSON BROTHERS LIQUOR CO. | $770.30 | Accept |
| 41 | 11/18/2019 | JOHNSON BROTHERS OF NEVADA | $120.00 | Accept |

Exhibit B
**Class 4 - General Unsecured Claims**
**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 305 | 12/06/2019 | JOHNSON-NASH MTL INC | $10,872.00 | Accept |
| 339 | 12/09/2019 | Jose Guadalupe Tostado | $53,167.00 | Accept |
| 239 | 11/29/2019 | JOSEPH K. & INEZ EICHENBAUM | $13,644.17 | Accept |
| 159 | 11/25/2019 | Joyce Ann Lees | $6,534.37 | Accept |
| 443 | 01/06/2020 | Justin Norwalt | $17,500.00 | Accept |
| 437 | 01/06/2020 | Justin Norwalt as PAGA Representative | $249,000.00 | Accept |
| 30 | 11/15/2019 | Kelly Butcher | $10,000.00 | Accept |
| 86 | 11/20/2019 | Kenjoh Outdoor LLC | $1,241.91 | Accept |
| 99 | 11/20/2019 | KENNEDY ELECTRIC CO OF PUNTA GORDA, INC | $266.03 | Accept |
| 254 | 12/03/2019 | Kents Lawn & Landscape | $1,883.20 | Accept |
| 280 | 01/06/2020 | KeyBank National Association | $21,846,459.67 | Accept |
| 294 | 12/05/2019 | KINCAID ELECTRICAL | $139.26 | Reject |
| 98 | 11/20/2019 | King Nut Companies | $2,537.39 | Accept |
| 64 | 11/18/2019 | KITES VINYL CARE | $240.00 | Accept |
| 37 | 11/18/2019 | KLEIN-DICKERT MILWAUKEE INC | $1,425.00 | Accept |
| 103 | 11/21/2019 | KOEHNE CAR CREDIT | $2,645.25 | Accept |
| 59 | 11/22/2019 | KOMMERCIAL REFRIGERATION INC | $452.66 | Accept |
| 54 | 11/18/2019 | L&W OUTDOOR ADVERTISING, INC. | $1,395.49 | Accept |
| 135 | 11/25/2019 | LA VILLA DEL MAR, LLC | $66,988.70 | Accept |
| 65 | 11/18/2019 | LACROSSE SIGN CO INC | $466.63 | Accept |
| 17 | 11/19/2019 | LAKEWOOD FIRST UNITED METHODIST CHURCH | $200.00 | Accept |
| 260 | 12/03/2019 | Lamar Advertising Company | $12,344.34 | Accept |
| 167 | 11/25/2019 | LAROSAS INC. | $2,467.94 | Accept |
| 383 | 12/11/2019 | LEAF | $249.66 | Reject |
| 347 | 12/09/2019 | Lidia Chang and David Willner, Trustees of the Chang Willner Family Trust Dated August 13, 1999 | $16,064.58 | Accept |
| 326 | 12/09/2019 | LITURGICAL PUBLICATION INC | $1,049.07 | Accept |
| 327 | 12/09/2019 | LITURGICAL PUBLICATIONS INC | $473.00 | Accept |
| 171 | 11/25/2019 | LOCAL LEVEL MARKETING | $309.00 | Accept |
| 71 | 11/19/2019 | M.L. Coleman, LLC | $133,792.57 | Accept |
| 399 | 12/18/2019 | MADISON CHEMICAL CO., INC | $520.75 | Accept |
| 123 | 11/22/2019 | Mapco Industrial Products | $332.70 | Accept |
| 25 | 11/19/2019 | MARILYN FARNERMAN | $21.00 | Accept |
| 145 | 11/22/2019 | MARKET SQUARE SERVICES INC. | $7,239.40 | Accept |
| 230 | 11/29/2019 | MARTIN KUNKEL | $180.00 | Reject |
| 283 | 12/05/2019 | Mason City Inns LLC | $2,852.21 | Accept |
| 178 | 11/25/2019 | Matly Digital Solutions | $1,107.88 | Accept |
| 353 | 12/09/2019 | MATTEX | $2,871.62 | Accept |
| 18 | 11/19/2019 | MAX BALLOONS | $160.46 | Accept |
| 162 | 11/25/2019 | McCann Mechanical, Inc | $800.60 | Accept |
| 44 | 11/18/2019 | MCFADDEN-DALE IND. HARDWARE | $2,548.34 | Accept |
| 78 | 11/19/2019 | McMaster-Carr | $18,627.69 | Reject |
| 39 | 11/18/2019 | MEDSCAPES | $900.00 | Accept |
| 69 | 11/19/2019 | METRO SUPER SAVER | $2,520.00 | Accept |
| 440 | 01/06/2020 | MIC Building, LLP | $133,171.73 | Accept |
| 300 | 12/06/2019 | Michael Arens | $1,498.00 | Accept |
| 151 | 11/22/2019 | MID CITY SERVICES | $1,952.96 | Accept |
| 222 | 11/26/2019 | MID SOUTH SEPTIC SERVICE INC. | $407.00 | Accept |
| 77 | 11/19/2019 | MID-AMERICA PUBLISHING CORP | $589.86 | Accept |

**Exhibit B**
## Class 4 - General Unsecured Claims
## Ballot Detail Report

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 32 | 11/15/2019 | MIGHTY OAK CHORUS | $540.00 | Accept |
| 412 | 12/31/2019 | Military Standards Cleaning Services | $300.00 | Accept |
| 97 | 11/20/2019 | MILLER AND STEENO, P.C. | $465.52 | Accept |
| 219 | 11/26/2019 | MINNESOTA DEPT OF REVENUE | $330.75 | Accept |
| 413 | 12/31/2019 | Mitchel Cory Family LLC, a California Limited Liability Company | $311,935.97 | Accept |
| 84 | 11/19/2019 | Mittanni Robert, LLC d/b/a Mittanni West, LLC | $424,028.14 | Accept |
| 229 | 11/29/2019 | MK SERVICES | $180.00 | Reject |
| 374 | 12/10/2019 | MobilefYre | $27,989.45 | Accept |
| 267 | 12/03/2019 | MODERN CASH REGISTER INC | $306.84 | Accept |
| 48 | 11/18/2019 | MONEY MAILER OF SAN DIEGO | $760.00 | Accept |
| 186 | 11/26/2019 | Mother Murphys Laboratories, Inc. | $15,425.71 | Accept |
| 119 | 11/22/2019 | MOTTA THE HANDY MAN | $596.60 | Accept |
| 158 | 11/24/2019 | Mown Pros Lawnscape Inc. | $4,956.98 | Accept |
| 120 | 11/22/2019 | MR. AMMONIA REFRIGERATION | $1,282.00 | Accept |
| 403 | 12/23/2019 | Nancy Chapman | $50,000.00 | Accept |
| 349 | 12/10/2019 | Nelson Septic Services LLC | $171.20 | Accept |
| 255 | 12/03/2019 | NEW JERSEY LOGOS LLC | $4,000.00 | Accept |
| 384 | 12/11/2019 | Newman Signs, Inc. | $13,370.00 | Accept |
| 350 | 12/10/2019 | Nice Guy Mechanical, Inc. | $9,122.47 | Reject |
| 355 | 12/09/2019 | NIELSEN CITRUS | $2,194.00 | Accept |
| 56 | 11/18/2019 | Northland Fire Protection, LLC | $891.78 | Accept |
| 60 | 11/18/2019 | OLYMPIC LAWN SERVICE | $1,485.97 | Reject |
| 285 | 12/05/2019 | Otter Tail Power Company | $9,114.88 | Accept |
| 36 | 11/16/2019 | Our Town Eden Prairie | $547.00 | Accept |
| 231 | 11/29/2019 | Outer Limits, Inc | $766.32 | Accept |
| 291 | 12/05/2019 | Owatonna Public Utilities | $8,973.72 | Accept |
| 251 | 12/03/2019 | Peak Refrigeration and Air LLC | $10,544.50 | Accept |
| 416 | 01/02/2020 | Perkins of La Crosse Lease, A Partnership - Tax ID - xx-xxx6272 | $140,137.58 | Accept |
| 144 | 11/22/2019 | PERKINS RESTAURANT & BAKERY | $7,239.40 | Accept |
| 394 | 12/16/2019 | Pete George & Son Blacktop | $1,000.00 | Accept |
| 107 | 11/21/2019 | PETRA Enterprises, Inc. (DBA FISH Window Cleaning) | $354.00 | Accept |
| 8 | 11/15/2019 | PHIFFER, VINCENT | $1.00 | Accept |
| 205 | 11/26/2019 | Ponca City Utility Authority | $2,419.67 | Accept |
| 53 | 11/18/2019 | POS Supply Solutions Inc. | $1,496.48 | Accept |
| 377 | 12/10/2019 | PRAIRIE VINYL REPAIR | $545.00 | Accept |
| 404 | 12/19/2019 | PRICKETTS DIST., INC. | $183.02 | Accept |
| 118 | 11/22/2019 | PRIDE MECHANICAL | $8,624.43 | Accept |
| 253 | 12/03/2019 | PRO EDGE PAPER | $1,775.18 | Reject |
| 276 | 12/04/2019 | PROS LAWN SERVICE | $2,528.00 | Accept |
| 328 | 12/09/2019 | Provisur Technologies | $22,154.24 | Accept |
| 386 | 12/12/2019 | PUGHS FLOWERS | $149.62 | Accept |
| 109 | 11/21/2019 | Q LABORATORIES INC | $10,075.25 | Accept |
| 265 | 12/03/2019 | QUALITY COMMERCIAL SERVICES | $5,539.97 | Accept |
| 245 | 12/01/2019 | QUALITY MAINTENANCE SERVICE | $19,004.09 | Accept |
| 336 | 12/09/2019 | Queen City Supply Co dba MQ Automation | $574.62 | Accept |
| 414 | 12/30/2019 | RACHEL, LATORIA | $20,000.00 | Accept |
| 15 | 11/15/2019 | RANDOM LENGTHS NEWS | $3,560.84 | Accept |
| 23 | 11/19/2019 | RANDYS WINDOW CLEANING INC | $325.00 | Accept |

**Exhibit B**

**Class 4 - General Unsecured Claims**

**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 139 | 11/25/2019 | READING & SON PLUMBING, INC. | $676.31 | Accept |
| 214 | 11/27/2019 | Reeds Plumbing & Excavating | $140.48 | Reject |
| 49 | 11/18/2019 | Refrigeration Services of Green Bay LLC | $14,709.20 | Accept |
| 235 | 01/06/2020 | Regions Bank | $16,301,655.23 | Accept |
| 108 | 11/21/2019 | RELIANT ELECTRIC | $260.00 | Accept |
| 5 | 11/14/2019 | RENN UPHOLSTERY | $1,190.90 | Accept |
| 337 | 12/09/2019 | RESTAURANT RESCUE, INC. | $675.00 | Accept |
| 212 | 11/27/2019 | RICHART LANDSCAPE COMPANY | $1,214.54 | Accept |
| 193 | 11/26/2019 | RICHTER ELECTRIC INC | $169.22 | Reject |
| 124 | 11/22/2019 | Rickard-Gdovin Family Trust | $3,610.97 | Accept |
| 190 | 11/26/2019 | RMS ELECTRIC | $674.95 | Accept |
| 439 | 01/06/2020 | Robert Golbahar et al | $810,193.40 | Accept |
| 319 | 12/08/2019 | ROBERT KAPPAS | $1,510.00 | Accept |
| 438 | 01/06/2020 | ROCKY MOUNTAIN SEWER-JET INC. | $1,490.00 | Accept |
| 208 | 11/26/2019 | Roger Rodriguez | $25,000.00 | Accept |
| 203 | 11/27/2019 | ROTO-ROOTER SEWER & DRAIN | $871.93 | Accept |
| 116 | 11/22/2019 | ROUGH HOUSING REAL ESTATE INV | $1,005.60 | Accept |
| 311 | 12/06/2019 | ROYAL CUP INC | $1,044.66 | Accept |
| 389 | 12/12/2019 | Ruth W. McKee | $10,000.00 | Accept |
| 356 | 12/09/2019 | SageNet LLC | $3,144.01 | Accept |
| 26 | 11/19/2019 | SAVE OUR SINK, INC. | $458.35 | Accept |
| 50 | 11/18/2019 | SCHAFFER, NICK | $1,923.25 | Accept |
| 388 | 12/17/2019 | SCHOMBURG REFRIGERATION | $2,183.05 | Accept |
| 129 | 11/22/2019 | SCOVERNS OUTDOOR GROOMING | $1,987.51 | Accept |
| 132 | 11/25/2019 | SCR, INC | $530.07 | Accept |
| 252 | 12/03/2019 | Seating Consultants, Inc. | $15,560.58 | Accept |
| 207 | 11/26/2019 | Security Bank & Trust Co. as Trustee of the Harold Farnes Marital Trust | $6,250.00 | Accept |
| 298 | 12/06/2019 | SELECT SERVICE WINDOW | $1,408.82 | Accept |
| 224 | 11/27/2019 | SENIOR PERSPECTIVE | $149.94 | Accept |
| 274 | 12/04/2019 | Service Specialists of Dane Co., Inc. | $9,865.69 | Accept |
| 74 | 11/19/2019 | SHAMROCK GROUP INC. | $869.00 | Accept |
| 363 | 12/10/2019 | Sharon E. McKusick | $5,992.00 | Accept |
| 264 | 12/03/2019 | SIGN MATTERS, INC | $49.38 | Accept |
| 146 | 11/22/2019 | SKIDMORE PROPERTY SERVICES LLC | $7,687.50 | Accept |
| 259 | 12/03/2019 | SMITH & SONS LANDSCAPING | $600.00 | Accept |
| 110 | 11/21/2019 | SOCAL MICRO INC | $328.65 | Accept |
| 80 | 11/19/2019 | SPAN TECH LLC | $1,363.31 | Accept |
| 368 | 12/10/2019 | Spotless Windows Plus, Inc | $1,120.00 | Accept |
| 130 | 11/25/2019 | STANLEY STEEMER | $398.11 | Accept |
| 188 | 11/26/2019 | STATE LINE ELECTRIC, LLC | $359.25 | Accept |
| 187 | 11/26/2019 | STEAM-A-WAY CLEANING CO INC. | $1,587.01 | Accept |
| 304 | 12/06/2019 | Stenberg Family Trust 2005 | $149,156.78 | Accept |
| 343 | 12/09/2019 | STOKESRICE-BATTERIES PLUS | $240.50 | Accept |
| 210 | 11/27/2019 | STRACK SCALES SERVICE, INC. | $383.06 | Accept |
| 121 | 11/22/2019 | STRATTON SALES | $292.02 | Accept |
| 405 | 12/19/2019 | Surprise Electric, Inc | $3,144.15 | Accept |
| 218 | 11/26/2019 | Sweet Honey, Inc. | $6,625.00 | Accept |
| 308 | 12/06/2019 | Synergy Telcom, Inc | $4,034.50 | Accept |
| 35 | 11/16/2019 | Tampa Accessory Inc | $8,296.49 | Accept |
| 258 | 12/03/2019 | TANN ELECTRIC INC | $2,549.52 | Accept |
| 149 | 11/25/2019 | TAPCO PRODUCTS CO | $1,134.04 | Reject |

Exhibit B

**Class 4 - General Unsecured Claims**
**Ballot Detail Report**

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 7 | 11/14/2019 | TAVERN SERVICE COMPANY | $382.52 | Accept |
| 375 | 12/10/2019 | TCDEALZ.COM | $11,617.43 | Accept |
| 182 | 11/25/2019 | The Brown Family Trust, Craig P. Brown and Janet E. Brown, Trustees | $10,230.00 | Accept |
| 38 | 11/18/2019 | THE BUCKET AND I WINDOW | $372.00 | Accept |
| 72 | 11/19/2019 | THE DON MARSHALL CO., INC | $2,071.17 | Reject |
| 177 | 11/25/2019 | The Donald W. Callender Family Trust | $6,432.00 | Accept |
| 213 | 11/27/2019 | The Evensen Group LLC dba RLC Landscaping Company | $1,214.54 | Accept |
| 140 | 11/25/2019 | The Holland Family, LLC | $25,980.68 | Accept |
| 262 | 12/03/2019 | THE LAMAR COMPANIES | $22,510.00 | Accept |
| 202 | 11/26/2019 | THE METZGER MACHINE CO. | $2,201.00 | Accept |
| 233 | 11/29/2019 | The Window Man | $603.00 | Accept |
| 411 | 12/31/2019 | THUNDERBIRD TECHNICAL SERVICES | $220.00 | Accept |
| 66 | 11/19/2019 | Titos Pipe & Drain, Inc. | $1,515.00 | Accept |
| 361 | 12/10/2019 | Toho Water Authority | $3,269.70 | Accept |
| 11 | 11/15/2019 | TOWNSEND SIGNS INC | $2,600.00 | Accept |
| 334 | 12/09/2019 | TPI HOSPITALITY | $185.85 | Accept |
| 73 | 11/19/2019 | Travis Smith | $1,984.00 | Accept |
| 85 | 11/20/2019 | TROY A EDWIN | $149.16 | Accept |
| 244 | 12/01/2019 | Turf Design, Inc. | $3,775.00 | Accept |
| 372 | 12/10/2019 | TWC Services, Inc | $31,743.35 | Accept |
| 362 | 12/10/2019 | Twin Cities Flag Source, Inc. | $9,155.00 | Accept |
| 243 | 11/30/2019 | U.S. Lawns of Denver (Vendor # 718760) | $4,534.41 | Accept |
| 45 | 11/18/2019 | Ultra-Chem Inc | $631.88 | Accept |
| 87 | 11/20/2019 | UNIVERSITY PARK DEVELOPMENT,LL | $8,983.37 | Accept |
| 163 | 11/25/2019 | Urbandale Water Department | $1,783.20 | Accept |
| 141 | 11/22/2019 | US CRANE INC | $849.14 | Accept |
| 100 | 11/20/2019 | UTILITY REBATE CONSULTANTS INC | $191.15 | Accept |
| 82 | 11/19/2019 | VALLEY AIR CONDITIONING | $10,600.00 | Accept |
| 3 | 11/14/2019 | VALUE SOURCE GROUP | $9,634.77 | Accept |
| 2 | 11/14/2019 | VALUE SOURCE GROUP, INC | $226.29 | Accept |
| 387 | 12/14/2019 | Vincent A. Walsh | $2,350.46 | Accept |
| 238 | 11/29/2019 | Vinyl Pro | $305.00 | Accept |
| 165 | 11/25/2019 | Virginia Meyer | $150.00 | Accept |
| 88 | 11/20/2019 | WALKER-J-WALKER INC. | $845.00 | Accept |
| 155 | 11/23/2019 | WALTS WINDOW CLEANING | $240.00 | Accept |
| 157 | 11/25/2019 | Wards Air Conditioning, Inc | $3,879.43 | Accept |
| 174 | 11/25/2019 | Waterloo Water Works | $125.59 | Accept |
| 358 | 12/09/2019 | WINDOW PROS LLC | $225.00 | Accept |
| 279 | 12/05/2019 | Winter Park Refrigeration and Air Conditioning, Inc. | $4,583.11 | Accept |
| 89 | 11/20/2019 | Woodbury Perkins, LLC | $14,260.00 | Accept |
| 318 | 12/07/2019 | ZAEIRR RIVERSIDE, LLC | $119,732.80 | Accept |

# EXHIBIT C

**Exhibit C**

**Unacceptable Ballots - Not Tabulated**

| Class | Ballot No. | Date Filed | Creditor Name | Voting Amount | Reason Unacceptable |
|---|---|---|---|---|---|
| 4 - General Unsecured Claims | 249 | 12/02/2019 | A. R. AUDIT SERVICES, INC | $103.28 | Abstained |
| 4 - General Unsecured Claims | 4 | 11/14/2019 | A-1 SATELLITE TV | $192.66 | Abstained |
| 4 - General Unsecured Claims | 422 | 01/05/2020 | ACE American Insurance Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 423 | 01/05/2020 | ACE Fire Underwriters Insurance Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 424 | 01/05/2020 | ACE Property and Casualty Insurance Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 441 | 01/06/2020 | Agri General Insurance Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 237 | 11/29/2019 | AWC Packaging, Inc. | $62,379.00 | Abstained |
| 4 - General Unsecured Claims | 83 | 11/19/2019 | BACKFLOW SERVICES | $300.00 | Abstained |
| 4 - General Unsecured Claims | 31 | 11/15/2019 | Brainerd Floral | $584.14 | Abstained |
| 4 - General Unsecured Claims | 201 | 11/26/2019 | CENTRAL LAKES SERVICE & SUPPLY | $103.99 | Not Signed |
| 4 - General Unsecured Claims | 425 | 01/05/2020 | Century Indemnity Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 434 | 01/06/2020 | CHARLIES DAY & NITE | $465.45 | Abstained |
| 4 - General Unsecured Claims | 57 | 11/18/2019 | City Treasurer Madison - WI | $3,743.64 | Abstained |
| 4 - General Unsecured Claims | 303 | 12/06/2019 | CLASSIC LANDSCAPE | $1,370.00 | Abstained |
| 4 - General Unsecured Claims | 379 | 12/10/2019 | Continental Carbonic Products Inc. | $923.15 | Abstained |
| 4 - General Unsecured Claims | 392 | 12/13/2019 | DANNY EBERSPACHER | $874.44 | Abstained |
| 4 - General Unsecured Claims | 261 | 12/03/2019 | DUNSTAN & SON PLUMBING CO INC | $2,168.03 | Abstained |
| 4 - General Unsecured Claims | 175 | 11/25/2019 | Eraclides, Gelman, Hall, Indek, PA | $2,593.00 | Abstained |
| 4 - General Unsecured Claims | 426 | 01/05/2020 | ESIS, Inc. | $1.00 | Abstained |
| 4 - General Unsecured Claims | 112 | 11/22/2019 | EVEN QUALITY WORKS LLC | $735.00 | Abstained |
| 4 - General Unsecured Claims | 427 | 01/05/2020 | Executive Risk Indemnity Inc. | $1.00 | Abstained |
| 4 - General Unsecured Claims | 428 | 01/05/2020 | Federal Insurance Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 128 | 11/22/2019 | GASKET GUY, INC. | $108.67 | Abstained |
| 4 - General Unsecured Claims | 429 | 01/05/2020 | Illinois Union Insurance Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 430 | 01/05/2020 | Indemnity Insurance Company of North America | $1.00 | Abstained |
| 4 - General Unsecured Claims | 431 | 01/05/2020 | Insurance Company of North America | $1.00 | Abstained |
| 4 - General Unsecured Claims | 288 | 12/05/2019 | Iowa Lot Striping LLC | $1,203.75 | Abstained |
| 4 - General Unsecured Claims | 406 | 12/23/2019 | JOSHUA KIM ASSOCIATES | $7,420.00 | Abstained |
| 4 - General Unsecured Claims | 226 | 11/29/2019 | JUAN ROMERO | $450.00 | Abstained |
| 4 - General Unsecured Claims | 125 | 11/22/2019 | KATHRYN M STONE | $447.44 | Abstained |
| 4 - General Unsecured Claims | 395 | 12/17/2019 | MAGIC CITY CAKES INC | $1,508.10 | Abstained |
| 4 - General Unsecured Claims | 335 | 12/09/2019 | MIKE DOUGLASS PLUMBING, INC. | $2,151.30 | Abstained |
| 4 - General Unsecured Claims | 114 | 11/22/2019 | MULTI-SERV TRANSPORTATION | $425.00 | Abstained |

In re Pancakes & Pies, LLC, et al.,
Case No. 19-11743

**Exhibit C**
**Unacceptable Ballots - Not Tabulated**

| Class | Ballot No. | Date Filed | Creditor Name | Voting Amount | Reason Unacceptable |
|---|---|---|---|---|---|
| 4 - General Unsecured Claims | 409 | 12/27/2019 | Oracle America, Inc., Successor in Interest MICROS Systems, Inc. | $178,316.44 | Abstained |
| 4 - General Unsecured Claims | 432 | 01/05/2020 | Pacific Employers Insurance Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 433 | 01/05/2020 | Pacific Indemnity Company | $1.00 | Abstained |
| 4 - General Unsecured Claims | 407 | 12/23/2019 | R K ELECTRIC | $1,513.00 | Not Signed |
| 4 - General Unsecured Claims | 442 | 01/06/2020 | Ricardo Ramirez Individually and as PAGA Representative | $1.00 | Abstained |
| 4 - General Unsecured Claims | 338 | 12/09/2019 | STITES SCALE CO., INC. | $4,886.94 | Abstained |
| 4 - General Unsecured Claims | 309 | 12/06/2019 | Toof Commercial Printing | $48,237.98 | Abstained |
| 4 - General Unsecured Claims | 199 | 11/26/2019 | Uline, Inc. | $4,197.83 | Abstained |
| 4 - General Unsecured Claims | 127 | 11/22/2019 | Vernon Central Warehouse, Inc. | $16,152.70 | Abstained |
| 4 - General Unsecured Claims | 24 | 11/19/2019 | W.E. Sales Inc | $719.92 | Abstained |
| 4 - General Unsecured Claims | 357 | 12/09/2019 | Wanda Riekens | $1.00 | Abstained |
| 4 - General Unsecured Claims | 170 | 11/25/2019 | WOODMAN ENGINEERING COMPANY | $621.24 | Abstained |