IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pancakes & Pies LLC, *et al.*, | ) | 19-11743 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER REQUESTING STATUS REPORT

Counsel is requested to file a status report of the above captioned case and all related cases within 10 days.

Dated: February 14, 2020

_____
JOHN T. DORSEY, U.S.B.J.