UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Pancakes & Pies, Llc, Et Al. (fka Perkins & Marie Callender's, Llc), | ) Case No. 19-11743 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Revere Packaging, LLC, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Revere Packaging, LLC
39 Pearce Industrial Road
Shelbyville, KY 40065

New Address
Revere Packaging, LLC c/o CRG Financial LLC
100 Union Avenue
Cresskill, NJ 07626

Dated: Thursday, February 13, 2020

Respectfully submitted,

David Watts
Revere Packaging, LLC
39 Pearce Industrial Road
Shelbyville, KY 40065