IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Pancakes & Pies, LLC, *et al.*,[1] | ) Case No. 19-11743 (KG) |
| Post-Effective Date Debtor. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Hugo Alexander Maida, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 10, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

*(Continued on Next Page)*

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

- **Cover Sheet, Summary, Notice, and Final Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from August 5, 2019 Through and Including January 28, 2020** (Filed by Kurtzman Carson Consultants LLC) [Docket No. 634]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: March 17, 2020

_____
Hugo Alexander Maida

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of March, 2020, by Hugo Alexander Maida, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

STEPHANIE PARANHOS
Notary Public – California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for North Port Salford, LLC; Counsel for Winter Park University 6245P, LLC | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. & Anthony J. D'Artiglio, Esq. | jb@ansellgrimm.com; ajd@ansellgrimm.com |
| Counsel for Perkins Group LLC | Baker Botts LLP | Omar J. Alaniz & Kevin Chiu | omar.alaniz@bakerbotts.com; kevin.chiu@bakerbotts.com |
| Counsel for SCF RC Funding L, LLC | Ballard Spahr LLP | Craig Solomon Ganz & Michael DiGiacomo | ganzc@ballardspahr.com; digiacomom@ballardspahr.com |
| Counsel for SCF RC Funding L, LLC; Counsel for DJ-9, Inc. | Ballard Spahr LLP | Leslie C. Heilman | heilmanl@ballardspahr.com |
| Counsel for Perkins Group LLC | Bayard PA | Justin R. Alberto & Sophie E. Macon | jalberto@bayardlaw.com; smacon@bayardlaw.com |
| Counsel for BICO Associates GP | Beard & Savory, PLLC | Russell W. Savory | russ@bsavory.com |
| Counsel for David V. Lees | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover, Kevin M. Capuzzi, John C. Gentile | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| Counsel for of Liberty Property Limited Partnership | Blank Rome LLP | John E. Lucian & Jose F. Bibiloni | lucian@blankrome.com; jbibiloni@blankrome.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Bank of America, N.A., as Administrative Agent | Buchanan Ingersoll & Rooney PC | Attn Mary F. Caloway | mary.caloway@bipc.com |
| Counsel for The Buntin Group | Burr & Forman LLP | David W. Houston, IV & J. Patrick Warfield | dhouston@burr.com; pwarfield@burr.com |
| Counsel for The Buntin Group | Burr & Forman LLP | J. Cory Falgowski | jfalgowski@burr.com |
| Counsel for Del Amo Associates, LLC; Counsel WF PP Realty, LLC | Chipman Brown Cicero & Cole, LLP | William E. Chipman Jr & Mark D Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Counsel for WF PP Realty, LLC | Ellenoff Grossman & Schole LLP | Howard J Berman | hberman@egsllp.com |
| Counsel for Del Amo Associates, LLC | Friedman Law Group, P.C. | J. Bennett Friedman | jfriedman@flg-law.com |
| Counsel for Hillsborough County Tax Collector | Hillsborough County Tax Collector | Doug Belden, Brian T. Fitzgerald, Esq. | fitzgeraldb@hillsboroughcounty.org |
| Counsel for National Retail Properties, Inc. | Kelley Drye & Warren LLP | Robert L. LeHane & Jennifer D. Raviele | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel for Waste Management | Monzack Mersky Mclaughlin and Browder, P.A. | Brian J. McLaughlin | bmclaughlin@monlaw.com |
| Counsel for PK I Pavilions Place LP, PK I Chino Town Square LP, PK II Anaheim Plaza LP and Curlew Crossing S.C., LLC ("Kimco Landlords"); Counsel for Waste Management | Monzack Mersky Mclaughlin and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel for Security Bank & Trust Company as Trustee of the Harold Farnes Marital Trust | Morrison Sund, PLLC | Cynthia L. Hegarty | chegarty@morrisonsund.com |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl &Jones LLP | Bradford J. Sandler & Colin R. Robinson | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| Counsel for Creditor Mitchel Cory Family LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Counsel for State of Ohio, on behalf of Creditor Ohio Bureau of Workers Compensation | State of Ohio | Robert L. Doty, Assistant Attorney General | rdoty@ag.state.oh.us |
| Counsel for U.S. Cities Fund Operating, LP | Whiteford, Taylor & Preston, LLP | Dennis J. Schaffer, Esq. | dschaffer@wtplaw.com |
| Counsel for U.S. Cities Fund Operating, LP | WHITEFORD, TAYLOR & PRESTON, LLP | Stephen B. Gerald, Esq. | sgerald@wtplaw.com |

# EXHIBIT B

**Exhibit B**
**Fee App Notice Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtors | Akin Gump Strauss Hauer & Feld LLP | Scott L. Alberino & Joanna Newdeck | salberino@akingump.com; jnewdeck@akingump.com |
| Counsel to the DIP Agent and the Prepetition Agent | Moore & Van Allen PLLC | Attn David L Eades & Luis M. Lluberas | davideades@mvalaw.com; luislluberas@mvalaw.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl &Jones LLP | Bradford J. Sandler & Colin R. Robinson | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| Local Counsel for the Debtors | Richards, Layton & Finger, P.A. | Daniel J. DeFranceschi | defranceschi@rlf.com |

# EXHIBIT C

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Regions Bank | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn E. Franklin Childress, Jr. | 165 Madison Avenue, Suite 200 | | Memphis | TN | 38103 |
| Top 30 Creditor; Committee of Unsecured Creditors Member | Bono Burns Dist Inc | Gerard Burns | 3616 South Big Bend Blvd | | St Louis | MO | 63143 |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | Dover | DE | 19904 |
| Top 30 Creditor; Committee of Unsecured Creditors Member | Departure | Emilly Rex | 427 C Street Ste 406 | | San Diego | CA | 92101 |
| Committee of Unsecured Creditors Member | DJ-9, Inc. | Attn David M. D'Onofrio, President | 2011 W. Cleveland Street, Suite E | | Tampa | FL | 33606 |
| Counsel for AEI Fund Management, Inc | Fredrikson & Byron, P.A. | John M. Koneck | 200 South Sixth St Ste 4000 | | Minneapolis | MN | 55402-1425 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel for SFT Holdings, LLC | Macdonald Fernandez LLP | Iain A. Macdonald, Esq. & Daniel E. Vaknin, Esq. | 221 Sansome Street, Third Floor | | San Francisco | CA | 94104-2323 |
| Counsel to the Agent Under the Debtors' Prepetition Credit Facility / Counsel to the DIP Agent / Counsel to Bank of America, N.A., as Administrative Agent | Moore & Van Allen PLLC | Attn David L Eades, David S. Walls, Luis M. Lluberas, Gabriel L. Mathless | 100 N Tryon St, Suite 4700 | | Charlotte | NC | 28202 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | | Wilmington | DE | 19801 |
| Committee of Unsecured Creditors Member | SCF RC Funding L, LLC | Attn AJ Peil, Senior Vice President | 902 Carnegie Center, Suite 520 | | Princeton | NJ | 08540 |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 |
| Counsel for Gray-Bays, LLC | Solomon Ward Seidenwarum & Smith, LLP | Michael D. Breslauer, Esq. | 401 B Street, Suite 1200 | | San Diego | CA | 92101 |
| County of Tulare, California | Tulare County Tax Collector | Attn: Mayra Alcantar, Deputy Tax Collector | 221 S Mooney Blvd Room 104-E | | Visalia | CA | 93291-4593 |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Wells Fargo Bankruptcy Administration | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Bankruptcy Administration c/o Ricoh USA Program f/d/b/a IKON Financial Services | PO Box 13708 | Jennifer Susan Presnall-Harpe, Christine Etheridge | Macon | GA | 31208-3708 |
| Committee of Unsecured Creditors Member | WF PP Realty, LLC | Attn Robert G. Friedman, Owner & Manager | 510 East 80th Street | | New York | NY | 10075 |

In re Pancakes & Pies, LLC, et al.,
Case No. 19-11743

Page 1 of 1

# EXHIBIT D

**Exhibit D**
**Fee App Notice Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the DIP Agent and the Prepetition Agent | Moore & Van Allen PLLC | Attn David L Eades & Luis M. Lluberas | 100 N Tryon St, Suite 4700 | Charlotte | NC | 28202 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Wilmington | DE | 19801 |
| Debtors | Pancakes & Pies, LLC, et al. (f/k/a Perkins & Marie Callender's, LLC) | Andy Whiteley | 6075 Poplar Avenue, Suite 800 | Memphis | TN | 38119-4709 |