OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Pancakes & Pies, LLC, et al. | Bank: | Multiple (see attached) |
| Bankruptcy Number: | 19-11743 | Account Number: | Multiple (see attached) |
| Date of Confirmation: | January 14, 2020 | Account Type: | Multiple (see attached) |
| Reporting Period (month/year): | January 28, 2020 - March 31, 2020 | | |

| | |
|---|---:|
| Beginning Cash Balance: | 25,556,421 |
| All receipts received by the debtor: | |
|     Cash Collected on Behalf of Buyers: | 2,493,346 |
|     Proceeds from Sale of Debtor's Assets: | 1,483,969 |
|     Intercompany Transfers: | 19,599,525 |
|     Other Cash Receipts: | 276,745 |
|     Total of cash received: | 23,853,584 |
| Total of cash available: | 49,410,005 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | |
|     Cash Remitted to Buyers: | 3,764,958 |
|     Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 13,750,740 |
|     Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 1,686,350 |
|     Intercompany transfers: | 19,599,525 |
|     Total Disbursements | 38,801,573 |
| Ending Cash Balance | 10,608,433 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/20
Date

_Darrell P. Jolly, Plan Administrator_
Name/Title

**Pancakes & Pies, LLC, et al.**  Case No: 19-11743
**Book Balance Cash Listing**  Reporting Period: 1/28/20 - 3/31/20

**Bank Account Reconciliations and Cash Disbursement Journals**
The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.
The Debtors affirm that within its financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

| Case Number | Legal Entity | Institution | Bank Acct No (last 4 digits) | Account Description | Balance per Books | |
|---|---|---|---|---|---|---|
| 19-11743 | Pancakes & Pies, LLC | Regions | 6732 | P&MC Master Depository Account | - | (1) |
| 19-11743 | Pancakes & Pies, LLC | Regions | 584 | Perkins Foxtail AP Account | - | (1) |
| 19-11743 | Pancakes & Pies, LLC | Regions | 539 | Perkins AP Account | (23,934.19) | (2) |
| 19-11743 | Pancakes & Pies, LLC | Regions | 5371 | Perkins Professional Fees Windown | 1,269,032.00 | |
| 19-11743 | Pancakes & Pies, LLC | Regions | 5342 | P&MC Main Operating Account | 1,289,454.00 | |
| 19-11743 | Pancakes & Pies, LLC | East West Bank | 0312 | Plan Administration | 8,049,946.00 | |
| 19-11743 | Pancakes & Pies, LLC | Regions | 4674 | Debtor in Possession - Restricted Cash | - | (1) |
| 19-11743 | Pancakes & Pies, LLC | Regions | 5726 | Debtor in Possession - Utilities Adequate Assurance | - | (1) |
| 19-11745 | Pancakes & Pies Holding, LLC | U.S. Bank | 6000 | Wind Down Escrow | - | (1) |
| 19-11745 | Pancakes & Pies Holding, LLC | U.S. Bank | 7000 | Specified Adjustment Escrow | - | (1) |
| 19-11745 | Pancakes & Pies Holding, LLC | U.S. Bank | 9000 | Carve Out Escrow | - | (1) |
| 19-11745 | Pancakes & Pies Holding, LLC | U.S. Bank | 6000 | Sales Proceeds Escrow | - | (1) |
| 19-11745 | Pancakes & Pies Holding, LLC | U.S. Bank | 2000 | GUC Fixed Recovery Escrow | - | (1) |
| 19-11745 | Pancakes & Pies Holding, LLC | Regions | 1686 | Perkins & Marie Callender's Holding, LLC Account | - | (1) |
| 19-11748 | Pancakes & Pies Shop, LLC | Wells Fargo | 1150 | Marie Callender's Payroll Account | - | (1) |
| 19-11748 | Pancakes & Pies Shop, LLC | Wells Fargo | 2110 | Marie Callender's Concentration Account | - | (1) |
| 19-11748 | Pancakes & Pies Shop, LLC | Regions | 7587 | Marie Callender's AP Account | - | (1) |
| 19-11748 | Pancakes & Pies Shop, LLC | Regions | 7312 | Marie Callender's Main Operating Account | - | (1) |
| 19-11752 | Pancakes & Pies Promotions LLC | Regions | 6986 | Perkins Promotions Account | - | (1) |
| 19-11752 | Pancakes & Pies Promotions LLC | Regions | 2456 | Marie Callender's Promotions Account | - | (1) |
| | Total | | | | 10,584,497.81 | |

(1) Accounts closed during reporting period 1/28/20 - 3/22/20.
(2) To the extent that an account has a negative balance, the negative balance represents checks that have not cleared the applicable bank.

**Pancakes & Pies, LLC, et al.**  Case No: 19-11743
**Cash Disbursements Summary**  Reporting Period: 1/1/2020 - 3/31/2020

**Quarterly Fee Summary by Legal Entity**

| Debtor | Case No. | 1/28/20 - 3/31/20 Disbursments | UST Fees - based on Disbursements from 1/1/20 - 3/31/20 |
|---|---|---|---|
| Pancakes & Pies, LLC | 19-11743 | 15,447,075 | 193,500 |
| Idaho Pies, Inc | 19-11744 | - | 325 |
| Pancakes & Pies Holding, LLC | 19-11745 | - | 325 |
| Pie and Beverage, LLC | 19-11746 | - | 325 |
| Pasta & Pie, LLC | 19-11747 | - | 325 |
| Pancake & Pies Shop, LLC | 19-11748 | 15,673 | 650 |
| Pancakes & Pies Real Estate Holding, LLC | 19-11749 | - | 325 |
| Pie Wholesalers, Inc | 19-11750 | - | 325 |
| Pies & Pancakes Holding Corp. | 19-11751 | - | 325 |
| Pancakes & Pies Promotions | 19-11752 | - | 325 |
| Total Debtor Disbursements | | 15,462,748 | |
| Total Fees | | | 196,750 |