# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 28th day of July, 2020, I caused a copy of the following to be served on the attached service list in the manner indicated.

*Liquidating Trustee's Motion to Approve Stipulation Between the Liquidating Trustee and Eugene J. Daluga and Margaret Daluga Regarding Relief From the Automatic Stay and Plan Injunction*

　　　　　　　　　　　　　　　　　　　　*/s/ Peter J. Keane*
　　　　　　　　　　　　　　　　　　　　Peter J. Keane (DE Bar No. 5503)

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

Perkins & Marie Callender's
Supplemental Service List-Daluga Motion
Doc #229960
03-First Class Mail
02-Electronic Mail

**FIRST CLASS MAIL & ELECTRONIC MAIL**
(Daluga counsel)
John T. Hemminger
Law Offices of John T. Hemminger
2454 SW 9th Street
Des Moines, IA 50315
Email:  johnhemminger@hemmingerlaw.com

**FIRST CLASS MAIL & ELECTRONIC MAIL**
(Insurer counsel)
Chuck Cutler
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Email: ccutler@cutlerfirm.com

**FIRST CLASS MAIL**
AON RISK SERVICES CENTRAL INC
5600 WEST 83RD STREET
8200 TOWER SUITE 1100
MINNEAPOLIS MN 55437

Perkins & Marie Callender's
2002 Service List FCM
Case No. 19-11743 (JTD)
Document No.  224987
16 – Hand Deliveries
30 – First Class Mail

(Counsel to the Liq. Trust)
Bradford J. Sandler, Esquire
Robert Orgel, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899

**HAND DELIVERY**
Linda J. Casey, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**HAND DELIVERY**
(Local Counsel for the Debtors)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
Megan E. Kenney, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for SCF RC Funding L, LLC;
Counsel for DJ-9, Inc.)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N Market Street, 11th Floor
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for Perkins Group LLC)
Sophie E. Macon, Esquire
Bayard PA
600 N King Street, Suite 400
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for Liberty Property Limited
Partnership)
John E. Lucian, Esquire
Jose F. Bibiloni, Esquire
Blank Rome LLP
1201 N Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Bank of America, N.A., as
Administrative Agent)
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 990
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for Del Amo Associates, LLC)
William E. Chipman, Jr., Esquire
Mark D Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for Waste Management)
Brian J. McLaughlin, Esquire
Monzack Mersky Mclaughlin and Browder,
P.A.
1201 N Orange Street, Suite 400
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for Kimco Landlords; Counsel for Waste Management)
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin and Browder, P.A.
1201 N Orange Street, Suite 400
Wilmington, DE  19801

**HAND DELIVERY**
Delaware Department of Justice
Delaware Attorney General
Kathy Jennings, Esquire
Carvel State Building
820 N French Street
Wilmington, DE  19801

**HAND DELIVERY**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE  19801

**HAND DELIVERY**
David C. Weiss, Esquire
US Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for The Buntin Group)
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for David V. Lees)
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
John C. Gentile, Esquire
Benesch, Friedlander, Coplan & Aranoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for U.S. Cities Fund Operating, LP)
Stephen B. Gerald, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for WF PP Realty)
William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19802-1601

**FIRST CLASS MAIL**
(Counsel for Perkins Group LLC)
Omar J. Alaniz, Esquire
Kevin Chiu, Esquire
Baker Botts LLP
2001 Ross Avenue Suite 900
Dallas, TX  75201

**FIRST CLASS MAIL**
(Counsel for SCF RC Funding L, LLC)
Craig Solomon Ganz, Esquire
Michael DiGiacomo, Esquire
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004

**FIRST CLASS MAIL**
(Counsel for BICO Associates GP)
Russell W. Savory, Esquire
Beard & Savory, PLLC
119 South Main Street, Suite 500
Memphis, TN  38103

**FIRST CLASS MAIL**
(Counsel for AEI Fund Management, Inc.)
John M. Koneck, Esquire
Fredrikson & Byron, P.A.
200 South Sixth St, Ste 4000
Minneapolis, MN  55402-1425

**FIRST CLASS MAIL**
(Counsel for Del Amo Associates, LLC)
J. Bennett Friedman, Esquire
Friedman Law Group, P.C.
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA  90067

**FIRST CLASS MAIL**
(Counsel for National Retail Properties, Inc)
Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

**FIRST CLASS MAIL**
(Counsel for the Missouri Department of Revenue)
Sheryl L. Moreau, Esquire
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475

**FIRST CLASS MAIL**
(Counsel for Security Bank & Trust Company as Trustee of the Harold Farnes Marital Trust)
Cynthia L. Hegarty, Esquire
Morrison Sund, PLLC
5125 County Road 101, Suite 200
Minnetonka, MN  55345

**FIRST CLASS MAIL**
(Counsel for the Debtors)
Scott L. Alberino, Esquire
Joanna Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036

**FIRST CLASS MAIL**
(Counsel to Regions Bank)
E. Franklin Childress, Jr., Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 200
Memphis, TN  38103

**FIRST CLASS MAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903

**FIRST CLASS MAIL**
DE State Treasury
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE  19904

**FIRST CLASS MAIL**
Susanne Larson, Esquire
Internal Revenue Service
31 Hopkins Plz, Rm 1150
Baltimore, MD  21201

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104

**FIRST CLASS MAIL**
Claims and Noticing Agent
Andres Estrada
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA  90245

**FIRST CLASS MAIL**
G Jeffrey Boujoukos, Esquire
Securities & Exchange Commission
1617 JFK Boulevard, Ste 520
Philadelphia, PA  19103

**FIRST CLASS MAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC  20549

**FIRST CLASS MAIL**
Andrew Calamari, Esquire
Securities & Exchange Commission NY Office
Brookfield Place
200 Vesey St, Ste 400
New York, NY  10281-1022

**FIRST CLASS MAIL**
(Counsel to the Agent Under the Debtors' Prepetition Credit Facility / Counsel to the DIP Agent Counsel to Bank of America, N.A., as Administrative Agent)
David L Eades, Esquire
David S. Walls, Esquire
Luis M. Lluberas, Esquire
Gabriel L. Mathless, Esquire
Moore & Van Allen PLLC
100 N Tryon St, Suite 4700
Charlotte, NC  28202

**FIRST CLASS MAIL**
(Counsel to Mitchel Cory Family LLC)
Gerald P. Kennedy, Esquire
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA  92101

**FIRST CLASS MAIL**
 (Counsel for North Port Salford, LLC and Winter Park University 6245P, LLC)
Anthony J. D'Artiglio, Esquire
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, NJ  07424

**FIRST CLASS MAIL**
(Counsel to Wells Fargo Vendor Financial Services LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Christine R. Etheridge, Esq. Program f/d/b/a IKON Financial Services)
PO Box 13708
Macon, GA  31208-3708

**FIRST CLASS MAIL**
(Counsel to Gray-Bays, LLC
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA  92101

**FIRST CLASS MAIL**
(Counsel to U.S. Cities Fund Operating, LP)
Dennis J. Schaffer, Esquire
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD  21201

**FIRST CLASS MAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**FIRST CLASS MAIL**
(Counsel to SFT Holdings, LLC)
Daniel E. Vaknin, Esquire
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323

**FIRST CLASS MAIL**
(Counsel to WF PP Realty)
Howard J. Berman, Esquire
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105

**FIRST CLASS MAIL**
Tulare County Tax Collector
Mayra Alcantar, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA 93291-4593

**FIRST CLASS MAIL**
(Counsel for State of Ohio)
Robert L. Doty, Esquire
Assistant Attorney General
Collections Enforcement, Toledo Regional Office
One Government Center, Suite 1240
Toledo, OH 43604-2261