IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PANCAKES & PIES, LLC,[1]<br><br>          Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD)<br><br>Ref. Docket No. 733 |

**ORDER APPROVING STIPULATION BETWEEN THE LIQUIDATING TRUSTEE AND EUGENE J. DALUGA AND MARGARET DALUGA REGARDING RELIEF FROM THE AUTOMATIC STAY AND PLAN INJUNCTION**

Upon consideration of the motion (the "Motion")[2] of Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust") formed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the debtors and debtors in possession (the "Debtors"), for entry of an order (this "Order") approving the stipulation (the "Stipulation"), a copy of which is attached to this Order as **Exhibit 1**, between the Liquidating Trustee and Eugene J. Daluga and Margaret Daluga ("Plaintiffs", collectively, with the Liquidating Trustee, the "Parties"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided to the parties provided for in the Motion and no further notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon due deliberation given, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Stipulation is approved in its entirety.

3. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

4. The fourteen-day stay in Rule 4001(a) of the Federal Rules of Bankruptcy Procedure shall not apply, and this Order shall be effective immediately.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

**Dated: August 18th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:229658.2 65988/003