## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PANCAKES & PIES, LLC,[1]<br><br>  Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD)<br><br>**Re: Docket No. _____** |

**ORDER SUSTAINING**
**LIQUIDATING TRUSTEE'S THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE)**
**TO CERTAIN CLAIMS (DUPLICATE, AMENDED, AND LATE CLAIMS)**

Upon consideration of the *Liquidating Trustee's Third Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate, Amended, and Late Claims)* (the "Objection")[2] filed by Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust") formed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the debtors and debtors in possession (the "Debtors") through the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (the "Plan"), for entry of an order (this "Order") pursuant to pursuant to section 502 of the Bankruptcy Code, Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 3007–1 of the Local Rules of the Bankruptcy Court for the District of Delaware (the "Local Rules"), objecting to the claims listed on **Exhibit 1** (the "Duplicate Claims"), **Exhibit 2** (the "Amended Claims"), and **Exhibit 3** (the "Late Claims") to this Order, as more fully set forth in the Objection; and the Court having reviewed the Declaration in support of the Objection; the Court finding that it has jurisdiction to consider the Objection and the relief requested therein pursuant

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and that this Court may enter a final order consistent with Article III of the United States Constitution; and notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Each Duplicate Claim identified on **Exhibit 1** attached hereto is hereby disallowed and expunged in its entirety. The Surviving Claims identified on **Exhibit 1** will remain on the Claims Register and such claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Surviving Claims.

4. Each Amended Claim identified on **Exhibit 2** attached hereto is hereby disallowed and expunged in its entirety. The Surviving Claims identified on **Exhibit 2** will remain on the Claims Register and such claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Surviving Claims.

5. Each Late Claim identified on **Exhibit 3** attached hereto is hereby disallowed and expunged in its entirety.

6. The Liquidating Trustee is authorized to update the Claims Register to reflect the relief granted in this Order.

7. The Liquidating Trustee reserves the right to object in the future to any of the claims listed in the Objection on any ground, including, without limitation, substantive grounds, and to amend, modify and/or supplement the Objection, including, without limitation, to object to amended claims and newly-filed claims.

8. Each of the claims and the objections by the Liquidating Trustee to such claims, as addressed in the Objection and set forth on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the Claims. Any stay of this Order shall apply only to the contested matter which involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

9. The Liquidating Trustee and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2020

                                                 Honorable John T. Dorsey
                                                 United States Bankruptcy Judge

# Exhibit 1

## Duplicate Claims

**EXHIBIT 1 (DUPLICATE CLAIMS)**

**In re: Pancakes and Pies, LLC**
**Case No: 19-11743-JTD**

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection | Surviving Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A-1 Advanced Carpet Cleaning Inc<br>12100 Seminole Blvd Lot 219<br>Largo, FL33778 | 596 | 10/21/2019 | Pancakes & Pies, LLC | - | - | 1,430.00 | - | 1,430.00 | Claim Duplicative of Surviving Claim | 137 |
| 2 | Butchs Window Cleaning, Inc<br>PO Box 10612<br>Cedar Rapids, IA524100612 | 178 | 9/9/2019 | Pancakes & Pies, LLC | - | - | - | 988.10 | 988.10 | Claim Duplicative of Surviving Claim | 427 |
| 3 | Clean and Fresh<br>Marivel Lugones<br>P.O. Box 137472<br>Clermont, FL34714 | 625 | 10/23/2019 | Pancakes & Pies, LLC | - | - | - | 5,374.48 | 5,374.48 | Claim Duplicative of Surviving Claim | 85 |
| 4 | Giles Engineering Associates, Inc.<br>N8 W22350 Johnson Dr., Suite A1<br>Waukesha, WI53186 | 1,085 | 11/8/2019 | Pancakes & Pies, LLC | - | - | - | 4,575.00 | 4,575.00 | Claim Duplicative of Surviving Claim | 1087 |
| 5 | Gonzalez, Javier<br>Janeth Arias, Esq. – Blanco & Arias, APC<br>21171 S Western Avenue<br>Suite 2812<br>Torrance, CA90501 | 635 | 10/24/2019 | Pancakes & Pies Shop, LLC | - | - | - | 56,065.50 | 56,065.50 | Claim Duplicative of Surviving Claim | 633 |
| 6 | Gulf State Signs<br>1305 42nd St NW<br>Winter Haven, FL33881 | 17 | 8/13/2019 | Pancakes & Pies, LLC | - | - | - | 1,225.15 | 1,225.15 | Claim Duplicative of Surviving Claim | 673 |
| 7 | JAVIER GONZALEZ<br>JANETH ARIAS, ESQ. -- BLANCO & ARIAS, APC<br>21171 S WESTERN AVENUE<br>SUITE 2812<br>TORRANCE, CA90501 | 634 | 10/24/2019 | Pancakes & Pies Holding, LLC | - | - | - | 56,065.50 | 56,065.50 | Claim Duplicative of Surviving Claim | 633 |
| 8 | Javier Gonzalez<br>Janeth Arias - Blanco & Arias<br>21171 South Western Avenue, Suite 2812<br>Torrance, CA90501 | 668 | 10/28/2019 | Pasta & Pie, LLC | - | - | - | 56,065.50 | 56,065.50 | Claim Duplicative of Surviving Claim | 633 |
| 9 | Jose Guadalupe Tostado<br>Gutierrez Law Group, APLC<br>2447 Pacific Coast Highway, Suite 100<br>Hermosa Beach, CA90254 | 945 | 11/1/2019 | Pasta & Pie, LLC | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 10 | Jose Guadalupe Tostado<br>Gutierrez Law Group, APLC<br>2447 Pacific Coast Highway, Suite 100<br>Hermosa Beach, CA90254 | 946 | 11/1/2019 | Pies & Pancakes Holding Corp. | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 11 | Jose Guadalupe Tostado<br>Gutierrez Law Group, APLC<br>2447 Pacific Coast Highway, Suite 100<br>Hermosa Beach, CA90254 | 947 | 11/1/2019 | Pancakes & Pies Shop, LLC | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 12 | Jose Guadalupe Tostado<br>Gutierrez Law Group, APLC<br>2447 Pacific Coast Highway, Suite 100<br>Hermosa Beach, CA90254 | 949 | 11/1/2019 | Pancakes & Pies Holding, LLC | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 13 | Kissimmee Utility Authority<br>1701 W Carroll Street<br>Kissimmee, FL34741 | 1 | 8/5/2019 | Pancakes & Pies, LLC | - | - | - | 2,608.55 | 2,608.55 | Claim Duplicative of Surviving Claim | 708 |
| 14 | KURRENT ELECTRIC, INC.<br>2242 229TH PLACE<br>AMES, IA50014 | 339 | 10/8/2019 | Pancakes & Pies, LLC | - | - | - | 1,296.44 | 1,296.44 | Claim Duplicative of Surviving Claim | 380 |
| 15 | Mata, Casiano<br>Janeth Arias, Esq.<br>Blanco & Arias, APC<br>21171 S Western Avenue, Suite 2812 | 666 | 10/28/2019 | Pancakes & Pies Shop, LLC | - | - | - | 203,494.35 | 203,494.35 | Claim Duplicative of Surviving Claim | 664 |

## EXHIBIT 1 (DUPLICATE CLAIMS)

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection | Surviving Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MK SERVICES<br>112 N 2ND AVE W<br>NEWTON, IA 50208 | 594 | 10/21/2019 | Pancakes & Pies, LLC | - | - | - | 180.00 | 180.00 | Claim Duplicative of Surviving Claim | 595 |
| 17 | OPPENHEIMER COMPANIES INC DBA<br>877 W MAIN STREET, SUITE 700<br>BOISE, ID 83702 | 421 | 10/14/2019 | Pancakes & Pies, LLC | - | - | - | 768.12 | 768.12 | Claim Duplicative of Surviving Claim | 422 |
| 18 | ROCKY MOUNTAIN SEWER-JET INC.<br>14697 E EASTER AVE, SUITE D<br>CENTENNIAL, CO 80112 | 45 | 8/20/2019 | Pancakes & Pies, LLC | - | - | - | 1,875.00 | 1,875.00 | Claim Duplicative of Surviving Claim | 301 |
| 19 | ROCKY MOUNTAIN SEWER-JET INC.<br>14697 E EASTER AVE, SUITE D<br>CENTENNIAL, CO 80112 | 301 | 9/30/2019 | Pancakes & Pies, LLC | - | - | - | 1,490.00 | 1,490.00 | Claim Duplicative of Surviving Claim | 393 |
| 20 | Sharon E. McKusick<br>68 Crown Pointe Curve<br>Hudson, WI 54016 | 919 | 11/1/2019 | Pancakes & Pies, LLC | - | - | - | 5,992.00 | 5,992.00 | Claim Duplicative of Surviving Claim | 951 |
| 21 | Spotless Windows Plus Inc.<br>Attn Clinton Bergstrom<br>2440 LaForest Avenue<br>Bismarck, ND 58501-3022 | 965 | 11/3/2019 | Pancakes & Pies, LLC | - | - | - | 1,120.00 | 1,120.00 | Claim Duplicative of Surviving Claim | 1011 |
| 22 | Steampro Cleaning Services LLC<br>Steampro Cleaning Services<br>729 Westwind Ct<br>De Pere, WI 54115 | 240 | 9/13/2019 | Pancakes & Pies Holding, LLC | - | - | - | 4,776.77 | 4,776.77 | Claim Duplicative of Surviving Claim | 1079 |
| 23 | TAPCO PRODUCTS CO<br>BRAD PEPIN<br>15553 W 110TH ST<br>LENEXA, KS 66219-1394 | 76 | 8/23/2019 | Pancakes & Pies, LLC | - | - | - | 1,134.04 | 1,134.04 | Claim Duplicative of Surviving Claim | 493 |
| 24 | The Evensen Group LLC dba RLC Landscaping<br>Charlene Evensen c/o RLC<br>PO Box 915857<br>Longwood, FL 32791 | 48 | 8/21/2019 | Pancakes & Pies, LLC | - | - | - | 1,214.54 | 1,214.54 | Claim Duplicative of Surviving Claim | 74 |
| 25 | Vinyl Pro<br>785 Tucker Rd G-315<br>Tehachapi, CA 93561 | 435 | 10/15/2019 | Pancakes & Pies, LLC | - | - | - | 305.00 | 305.00 | Claim Duplicative of Surviving Claim | 204 |
| 26 | Virginia Meyer<br>3924 Palos Verdes Dr N<br>Palos Verdes Estates, CA 90274<br>Torrance, CA 90501 | 488 | 10/17/2019 | Pancakes & Pies, LLC | - | - | - | 150.00 | 150.00 | Claim Duplicative of Surviving Claim | 296 |
| | | | | | - | - | 1,430.00 | 619,432.04 | 620,862.04 | | |

# Exhibit 2

## Amended Claims

**EXHIBIT 2 (AMENDED CLAIMS)**

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Claim as Asserted ||||| Reason for Objection | Surviving Claim # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | | |
| 1 | Air Control Services Inc. 8950 Forked Creek Way Elk Grove, CA 95758 | 63 | 8/26/2019 | Pancakes & Pies, LLC | - | - | - | 5,720.46 | 5,720.46 | Claim Amended by Subsequently Filed Claim | 901 |
| 2 | Air Control Services, Inc. 10463 Grant Line Rd Suite 110 Elk Grove, CA 95624 | 343 | 10/8/2019 | Pancakes & Pies, LLC | - | - | - | 6,718.23 | 6,718.23 | Claim Amended by Subsequently Filed Claim | 901 |
| 3 | Chemtechs Inc PO Box 763 San Bernardino, CA 92402 | 27 | 8/16/2019 | Pancakes & Pies, LLC | - | - | - | 11,315.00 | 11,315.00 | Claim Amended by Subsequently Filed Claim | 71 |
| 4 | David Lees 17320 S. 4190 Road Claremore, OK 74017 | 1,022 | 11/4/2019 | Pancakes & Pies, LLC | - | - | - | 6,746.67 | 6,746.67 | Claim Amended by Subsequently Filed Claim | 1008 |
| 5 | Dirty Paws Carpet Cleaning LLC Premier Carpet Care 1515 Burnt Boat Dr Ste C #131 Bismark, ND 58503 | 24 | 8/16/2019 | Pancakes & Pies, LLC | - | - | - | 2,945.00 | 2,945.00 | Claim Amended by Subsequently Filed Claim | 1092 |
| 6 | Edina Hotel LLC dba Holiday Inn Express & Suites Holiday Inn Express & Suites Bloomington West 7770 Johnson Avenue West Bloomington, MN 55435 | 228 | 9/18/2019 | Pancakes & Pies, LLC | - | - | - | 641.34 | 641.34 | Claim Amended by Subsequently Filed Claim | 462 |
| 7 | Exim Engineering Inc. 2200 E Windston Road Anaheim, CA 92806 | 16 | 8/13/2019 | Pie Wholesalers, LLC | - | - | - | 4,148.15 | 4,148.15 | Claim Amended by Subsequently Filed Claim | 423 |
| 8 | H. Nagel + Son Co. 707 Harrison Brookville Rd Unit 220 West Harrison, IN 47060 | 91 | 8/27/2019 | Pancakes & Pies, LLC | - | - | - | 188,231.23 | 188,231.23 | Claim Amended by Subsequently Filed Claim | 1017 |
| 9 | Jamesco LLC Matt Pepple 507 25th St SW Jamestown, ND 58401 | 310 | 10/22/2019 | Pancakes & Pies, LLC | - | - | - | 890.91 | 890.91 | Claim Amended by Subsequently Filed Claim | 419 |
| 10 | Kennedy Electric Co of Punta Gorda, Inc Kennedy Electric Co PO Box 511184 Punta Gorda, FL 33951 | 265 | 9/25/2019 | Pancakes & Pies, LLC | - | - | - | 266.03 | 266.03 | Claim Amended by Subsequently Filed Claim | 404 |
| 11 | Kevin Tietz Refrigeration Service PO Box 1416 Eau Claire, WI 54702-1416 | 160 | 9/4/2019 | Pancakes & Pies, LLC | - | - | - | 1,521.49 | 1,521.49 | Claim Amended by Subsequently Filed Claim | 995 |
| 12 | Kevin Tietz Refrigeration Service PO Box 1416 Eau Claire, WI 54702-1416 | 167 | 9/6/2019 | Pancakes & Pies, LLC | - | - | - | 1,521.49 | 1,521.49 | Claim Amended by Subsequently Filed Claim | 995 |
| 13 | Missouri Department of Revenue PO Box 475 Jefferson City, MO 65105 | 1,137 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 94.10 | 94.10 | Claim Amended by Subsequently Filed Claim | 1206 |
| 14 | Missouri Department of Revenue PO Box 475 Jefferson City, MO 65105 | 1,138 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 622.71 | 622.71 | Claim Amended by Subsequently Filed Claim | 1205 |
| 15 | MURPHY OBRIEN LD REYER 11444 W OLYMPIC BLVD STE. 600 LOS ANGELES, CA 90064 | 166 | 9/6/2019 | Pancakes & Pies, LLC | - | - | - | 250.00 | 250.00 | Claim Amended by Subsequently Filed Claim | 318 |
| 16 | OPPENHEIMER COMPANIES INC dba GOLBON 877 W MAIN STREET, SUITE 700 BOISE, ID 83702 | 403 | 10/14/2019 | Pancakes & Pies, LLC | - | - | - | 768.12 | 768.12 | Claim Amended by Subsequently Filed Claim | 421 |
| 17 | Oracle America, Inc., successor in interest MICROS Shawn M. Christianson, Esq. Buchalter, a Professional Corporation | 1,224 | 2/18/2020 | Pancakes & Pies, LLC | - | - | - | W/D | - | Claim Amended by Subsequently Filed Claim | 1225 |

## EXHIBIT 2 (AMENDED CLAIMS)

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection | Surviving Claim # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Roger Rodriguez<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105 | 500 | 10/17/2019 | Pancakes & Pies, LLC | - | - | - | 25,000.00 | 25,000.00 | Claim Amended by Subsequently Filed Claim | 689 |
| 19 | SELECT SERVICE WINDOW<br>Attn Thomas J. Miletic<br>Miletic Law Group<br>2600 West Olive Avenue No 510<br>Burbank, CA 91505<br>PO BOX 697<br>PINE RIVER, MN 56474 | 246 | 9/19/2019 | Pancakes & Pies, LLC | - | - | - | 1,408.82 | 1,408.82 | Claim Amended by Subsequently Filed Claim | 1098 |
| 20 | Sensibly Clean Services Company<br>Sensibly Clean Services<br>23398 North 1525th Street<br>Chrisman, IL 61924 | 200 | 9/16/2019 | Pancakes & Pies, LLC | - | - | - | 877.04 | 877.04 | Claim Amended by Subsequently Filed Claim | 593 |
| 21 | STEFANELLI DISTRIBUTING<br>STEFANELLI DIST<br>1945 W. YALE AVE<br>FRESNO, CA 93705 | 314 | 9/30/2019 | Pancakes & Pies, LLC | - | - | - | 1,128.10 | 1,128.10 | Claim Amended by Subsequently Filed Claim | 698 |
| 22 | Trugreen Limited Partnership<br>Brenda Mathews<br>6010 Culligan Way<br>Minnetonka, MN 55345 | 324 | 2/11/2020 | Pancakes & Pies, LLC | - | - | - | 285.69 | 285.69 | Claim Duplicative of Surviving Claim | 1218 |
| 23 | Vernon Central Warehouse, Inc.<br>c/o James Boltinghouse<br>Sweetener Products Company<br>PO Box 58426<br>Vernon, CA 90058 | 82 | 8/23/2019 | Pancakes & Pies, LLC | - | - | - | 16,152.70 | 16,152.70 | Claim Duplicative of Surviving Claim | 655 |
| 22 | W. E. Sales Inc<br>Alan Wheeler<br>11025 Matthews Dr<br>Tustin, CA 92782 | 123 | 9/4/2019 | Pancakes & Pies, LLC | - | - | - | 811.93 | 811.93 | Claim Amended by Subsequently Filed Claim | 719 |
| 23 | Wells Fargo Vendor Financial Services, LLC<br>WFVFS - Bankruptcy<br>PO Box 13708<br>Macon, GA 31208 | 344 | 10/8/2019 | Pancakes & Pies, LLC | - | - | - | 2,815.62 | 2,815.62 | Claim Amended by Subsequently Filed Claim | 1231 |
| 24 | ZAEHRR RIVERSIDE, LLC<br>13570 GROVE DRIVE #366<br>MAPLE GROVE, MN 55311-4400 | 910 | 10/31/2019 | Pancakes & Pies, LLC | - | - | - | 119,732.80 | 119,732.80 | Claim Duplicative of Surviving Claim | 1044 and 1045 |
| | | | | | - | - | - | 400,613.63 | 400,613.63 | | |

**<u>Exhibit 3</u>**

**Late Claims**

**EXHIBIT 3 (LATE FILED CLAIMS)**

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A/C Doctors Inc<br>1853 SW Biltmore Street<br>Port Saint Lucie, FL 34984 | 1,202 | 1/2/2020 | Pancakes & Pies, LLC | - | - | - | 226.80 | 226.80 | Claim Filed After Bar Date |
| 2 | Actually Clean Carpets LLC<br>1250 1st St NW<br>Cedar Rapid, IA 52405 | 1,219 | 2/12/2020 | Pancakes & Pies, LLC | - | - | - | 3,714.75 | 3,714.75 | Claim Filed After Bar Date |
| 3 | AIRE MASTER OF THE MIDWEST INC<br>PO BOX 68<br>ELDORADO, WI 54932 | 1,096 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 1,953.39 | 1,953.39 | Claim Filed After Bar Date |
| 4 | All-American Carpet Cleaning<br>346 N Lindenwood Dr Unit B<br>Olathe, KS 66062 | 1,083 | 11/7/2019 | Pancakes & Pies, LLC | - | - | - | 1,500.00 | 1,500.00 | Claim Filed After Bar Date |
| 5 | Ames Municipal Utilities<br>P.O. Box 811<br>Ames, IA 50010 | 1,212 | 1/30/2020 | Pancakes & Pies, LLC | - | - | - | 5,611.23 | 5,611.23 | Claim Filed After Bar Date |
| 6 | Andrew Bateman<br>17701 Avalon Blvd Spc 262<br>Carson, CA 90746 | 1,229 | 2/23/2020 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 7 | Athens<br>PO Box 60009<br>City of Industry, CA 91716 | 1,081 | 11/7/2019 | Pancakes & Pies, LLC | - | - | - | 1,170.63 | 1,170.63 | Claim Filed After Bar Date |
| 8 | Baghouse and Industrial Sheet Metal Services, Inc.<br>1731 Pomona Road<br>Corona, CA 92880 | 1,226 | 2/20/2020 | Pancakes & Pies, LLC | - | - | - | 888.64 | 888.64 | Claim Filed After Bar Date |
| 9 | BAKER, DONELSON, BEARMAN, CALDWELL,<br>165 MADISON AVE SUITE 2000<br>MEMPHIS, TN 38103 | 1,191 | 12/20/2019 | Pancakes & Pies, LLC | - | - | - | 4,635.05 | 4,635.05 | Claim Filed After Bar Date |
| 10 | Berrys Family Cleaning Services, Inc<br>7909 Walerga Rd Suite 112<br>PMB 285<br>Antelope, CA 95843 | 1,111 | 11/14/2019 | Pancakes & Pies Shop, LLC | - | - | - | 925.00 | 925.00 | Claim Filed After Bar Date |
| 11 | BOSS PUMPING<br>PO BOX 534<br>FOREST LAKE, MN 55025 | 1,162 | 12/10/2019 | Pancakes & Pies, LLC | - | - | - | 570.00 | 570.00 | Claim Filed After Bar Date |
| 12 | CAMPUS COUPON BOOK<br>2131 W. REPUBLIC RD. #266<br>SPRINGFIELD, MO 65807 | 1,172 | 12/13/2019 | Pancakes & Pies, LLC | - | - | - | 350.00 | 350.00 | Claim Filed After Bar Date |
| 13 | Cincinnati Works, Inc.<br>Cincinnati Works<br>708 Walnut Street, Floor 2<br>Cincinnati, OH 45202 | 1,146 | 12/2/2019 | Pancakes & Pies, LLC | - | - | - | 175.00 | 175.00 | Claim Filed After Bar Date |
| 14 | CITRUS HEIGHTS POLICE DEPT<br>ATTN ALARMS UNIT<br>6315 FOUNTAIN SQUARE DR<br>CITRUS HEIGHTS, CA 95621 | 1,116 | 11/18/2019 | Pancakes & Pies, LLC | - | - | - | 225.00 | 225.00 | Claim Filed After Bar Date |
| 15 | City of Blaine MN<br>Attn Director or Officer<br>10801 Town Square Drive NE<br>Blaine, MN 55434 | 1,217 | 2/7/2020 | Pancakes & Pies, LLC | - | - | - | 1,394.95 | 1,394.95 | Claim Filed After Bar Date |
| 16 | City of Crystal, Minnesota<br>Jennifer Schneider<br>4141 Douglas Drive North | 1,232 | 3/20/2020 | Pancakes & Pies, LLC | - | - | - | 2,041.03 | 2,041.03 | Claim Filed After Bar Date |

Late Filed

**EXHIBIT 3 (LATE FILED CLAIMS)**

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Connexus Energy<br>Rod Morton<br>14601 Ramsey Blvd<br>Ramsey, MN 55303<br>Crystal, MN 55422 | 1,142 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 5,764.05 | 5,764.05 | Claim Filed After Bar Date |
| 18 | Dale Schneider<br>7240 Tree Line Ave NW<br>Albuquerque, NM 87114-4571 | 1,097 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 19 | Desiree Roberts<br>215 McKay Ave N Lot 6<br>Alexandria, MN 56308 | 1,160 | 12/10/2019 | Pasta & Pie, LLC | - | - | - | 5,000.00 | 5,000.00 | Claim Filed After Bar Date |
| 20 | Diandra Cabrera<br>Dan Newlin Injury Attorneys<br>7335 W Sand Lake Rd., Ste 300<br>Orlando, FL 32819 | 1,190 | 12/23/2019 | Pancakes & Pies, LLC | - | - | - | 150,000.00 | 150,000.00 | Claim Filed After Bar Date |
| 21 | Elaine Newman<br>13843 San Sebastian Way<br>Poway, CA 92064 | 1,199 | 12/31/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 22 | ENGLIN CONTRACTING, INC<br>20775 FIR AVE<br>CLEAR LAKE, IA 50428 | 1,134 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 307.34 | 307.34 | Claim Filed After Bar Date |
| 23 | FISH WINDOW CLEANING<br>PO BOX 7426<br>APPLETON, WI 54912 | 1,101 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 874.00 | 874.00 | Claim Filed After Bar Date |
| 24 | Ford Harrison LLP<br>Mackey Purvis<br>271 17th Street NW, Suite 1900<br>Atlanta, GA 30363 | 1,227 | 2/21/2020 | Pancakes & Pies, LLC | - | - | - | 9,078.10 | 9,078.10 | Claim Filed After Bar Date |
| 25 | Gasket Guy Inc.<br>4712 Admiralty Way #735<br>Marina Del Rey, CA 90292 | 1,115 | 11/18/2019 | Pancakes & Pies, LLC | - | - | - | 114.56 | 114.56 | Claim Filed After Bar Date |
| 26 | Giles Engineering Associates, Inc.<br>Joyce Giles<br>N8 W22350 Johnson Dr., Suite A1<br>Waukesha, WI 53186 | 1,087 | 11/8/2019 | Pancakes & Pies, LLC | - | - | - | 4,575.00 | 4,575.00 | Claim Filed After Bar Date |
| 27 | Giles Engineering Associates, Inc.<br>N8 W22350 Johnson Dr., Suite A1<br>Waukesha, WI 53186 | 1,085 | 11/8/2019 | Pancakes & Pies, LLC | - | - | - | 4,575.00 | 4,575.00 | Claim Filed After Bar Date |
| 28 | HIGH PLAINS WATER TREATMENT<br>AMBER HAVARD<br>PO BOX 538<br>VALLEY CITY, ND 58072 | 1,080 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | 78.11 | 78.11 | Claim Filed After Bar Date |
| 29 | HOOD CLEANING HEROES<br>2466 GRANDVIEW DRIVE<br>NORTH PORT, FL 34288 | 1,071 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | 730.00 | 730.00 | Claim Filed After Bar Date |
| 30 | HOODZ of Springfield Branson Joplin<br>James Boyd<br>1325 W. Sunshine Street, Ste 225<br>Springfield, MO 65807 | 1,072 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 472.50 | 472.50 | Claim Filed After Bar Date |
| 31 | Hubert Company LLC<br>Hubert Company<br>9555 Dry Fork Rd<br>Harrison, OH 45030 | 1,062 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 423.40 | 423.40 | Claim Filed After Bar Date |
| 32 | Hy-Tec Construction of Brainerd, Inc<br>PO Box 621<br>Brainerd, MN 56401 | 1,204 | 1/9/2020 | Pancakes & Pies, LLC | - | - | - | 1,111.67 | 1,111.67 | Claim Filed After Bar Date |
| 33 | ILLINOIS MECHANICAL SERVICE & DESIGN,<br>PO BOX 10494 | 1,065 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 4,440.05 | 4,440.05 | Claim Filed After Bar Date |

Late Filed

**EXHIBIT 3 (LATE FILED CLAIMS)**

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| | PEORIA, IL 61612 | | | | | | | | | |
| 34 | Indian River Services, Inc<br>712 SE Carmial Avenue<br>Port St Lucie, FL 34983 | 1,196 | 12/27/2019 | Pancakes & Pies, LLC | - | - | - | 80.25 | 80.25 | Claim Filed After Bar Date |
| 35 | Infinite Energy, Inc<br>c/o Legal Dept<br>7001 SW 24th Ave<br>Gainesville, FL 32607 | 1,144 | 11/27/2019 | Pancakes & Pies, LLC | - | - | - | 10,122.80 | 10,122.80 | Claim Filed After Bar Date |
| 36 | Interstate Gas Supply Inc.<br>IGS Energy<br>6100 Emerald Parkway<br>Dublin, OH 43016 | 1,095 | 11/12/2019 | Pancakes & Pies, LLC | - | - | - | 14,356.92 | 14,356.92 | Claim Filed After Bar Date |
| 37 | Interstate Gas Supply, Inc.<br>Weltman, Weinberg & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123 | 1,233 | 6/30/2020 | Pancakes & Pies, LLC | - | - | - | 14,706.29 | 14,706.29 | Claim Filed After Bar Date |
| 38 | J2 Cloud Services, LLC<br>6922 Hollywood Blvd, Suite 500<br>Los Angeles, CA 90028 | 1,201 | 1/3/2020 | Pancakes & Pies, LLC | - | - | - | 511.34 | 511.34 | Claim Filed After Bar Date |
| 39 | Janesville Water & Wastewater Utility<br>P.O. Box 5005<br>Janesville, WI 53547 | 1,090 | 11/11/2019 | Pancakes & Pies, LLC | - | - | - | 2,555.49 | 2,555.49 | Claim Filed After Bar Date |
| 40 | Janet Martinez<br>1435 W. Beverly Dr.<br>Anaheim, CA 92801 | 1,173 | 12/14/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 41 | JEEPERS SWEEPERS<br>812 AIRPORT RD<br>BISMARCK, ND 58504 | 1,174 | 12/16/2019 | Pancakes & Pies, LLC | - | - | - | 675.00 | 675.00 | Claim Filed After Bar Date |
| 42 | JOHNS APPL & A/C SERVICE INC<br>511 N CEDAR<br>OWATONNA, MN 55060 | 1,151 | 12/6/2019 | Pancakes & Pies, LLC | - | - | - | 3,771.35 | 3,771.35 | Claim Filed After Bar Date |
| 43 | JOHNSON, KATELYN<br>511 S 9TH ST.<br>BRAINERD, MN 56401 | 1,075 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 44 | JOSEPH, ROLAND<br>608 GLAD RD<br>WINTER HAVEN, FL 33880 | 1,153 | 12/5/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 45 | JUAN ROMERO<br>PO BOX 372<br>TORRANCE, CA 90507 | 1,140 | 11/27/2019 | Pancakes & Pies Shop, LLC | - | - | - | 900.00 | 900.00 | Claim Filed After Bar Date |
| 46 | Kathryn Cupp, as Deputized Representative of the On Behalf of the LWDA and Aggrieved Employees Law Offices of Todd M. Friedman, P. C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367 | 1,141 | 11/27/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 47 | Lamar Advertising Company<br>Credit Department<br>PO Box 66338<br>Baton Rouge, LA 70896 | 1,093 | 11/12/2019 | Pancakes & Pies, LLC | - | - | - | 65,971.28 | 65,971.28 | Claim Filed After Bar Date |
| 48 | LAMBASIO, INC<br>401 E. BERRIEN ST<br>GALESBURG, IL 61401 | 1,195 | 12/27/2019 | Pancakes & Pies, LLC | - | - | - | 463.75 | 463.75 | Claim Filed After Bar Date |
| 49 | Landon Wood<br>Nathan Maus<br>7760 France Avenue S, Ste 820<br>Bloomington, MN 55435 | 1,061 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 20,000.00 | 20,000.00 | Claim Filed After Bar Date |
| 50 | LUMBRERAS, ANA<br>6125 HILLSDALE BLV | 1,073 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |

Late Filed

**EXHIBIT 3 (LATE FILED CLAIMS)**

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | MALCORE CENTRAL VAC INC<br>3086 VOYAGER DRIVE, SUITE 2<br>GREEN BAY, WI 54311 | 1,091 | 11/11/2019 | Pancakes & Pies, LLC | - | - | - | 188.85 | 188.85 | Claim Filed After Bar Date |
| 52 | Martinez, Beatriz<br>19509 Aminta St<br>Reseda, CA 91335 | 1,067 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 53 | MASOG, MADISON<br>1081 GETTY ST<br>SAUK CENTRE, MN 56378 | 1,197 | 12/28/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 54 | Master Door Technologies<br>Joshua Robert Granzow<br>4210 Nancy Place<br>Shoreview, MN 55126 | 1,188 | 12/17/2019 | Pancakes & Pies, LLC | - | - | - | 1,373.21 | 1,373.21 | Claim Filed After Bar Date |
| 55 | Matthews International<br>Thomas Adamczyk<br>2 NorthShore Center<br>Pittsburgh, PA 15212 | 1,230 | 2/28/2020 | Pancakes & Pies, LLC | - | - | - | 9,288.46 | 9,288.46 | Claim Filed After Bar Date |
| 56 | MILLER, MARY<br>8655 CHARTER CLUB CIR #7<br>FT MYERS, FL 33919 | 1,155 | 12/9/2019 | Pancakes & Pies, LLC | - | - | - | 6,500.00 | 6,500.00 | Claim Filed After Bar Date |
| 57 | Minnesota Energy Resources<br>PO Box 19003<br>Green Bay, WI 54307-9003 | 1,214 | 1/29/2020 | Pancakes & Pies, LLC | - | - | - | 2,001.53 | 2,001.53 | Claim Filed After Bar Date |
| 58 | Mission Broadcasting, Inc.<br>Nexstar Broadcasting, Inc. - Legal Department<br>545 East John Carpenter Freeway Suite 700<br>Irving, TX 75062 | 1,213 | 1/29/2020 | Pancakes & Pies, LLC | - | - | - | 8,376.00 | 8,376.00 | Claim Filed After Bar Date |
| 59 | NATHE REFRIGERATION<br>13265 MILTONA CARLOS RD NE<br>CARLOS, MN 56319 | 1,135 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 1,112.00 | 1,112.00 | Claim Filed After Bar Date |
| 60 | NELSON, MEGAN<br>1212 HILLCREST DRIVE NE<br>WINTER HAVEN, FL 33881 | 1,114 | 11/17/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 61 | Nevada Power Company dba NV Energy<br>PO Box 10100<br>Reno, NV 89520 | 1,066 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 4,826.29 | 4,826.29 | Claim Filed After Bar Date |
| 62 | New Carbon Company, LLC<br>Joseph T. Crowley<br>50 Applied Bank Blvd<br>Glen Mills, PA 19342 | 1,127 | 11/22/2019 | Pancakes & Pies, LLC | - | - | - | 260.00 | 260.00 | Claim Filed After Bar Date |
| 63 | New Carbon Company, LLC<br>Dianne V. Green<br>50 Applied Bank Blvd<br>Glen Mills, PA 19342 | 1,163 | 12/10/2019 | Pancakes & Pies, LLC | - | - | - | 260.00 | 260.00 | Claim Filed After Bar Date |
| 64 | New Carbon Company, LLC<br>Dianne V. Green<br>50 Applied Bank Blvd<br>Glen Mills, PA 19342 | 1,165 | 12/11/2019 | Pancakes & Pies, LLC | - | - | - | 585.00 | 585.00 | Claim Filed After Bar Date |
| 65 | Olson, Barbara<br>Apartments<br>4541 Arbor Crossing<br>Office<br>Alexandria, MN 56308 | 1,109 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 200.00 | 200.00 | Claim Filed After Bar Date |
| 66 | Oracle America, Inc., successor in interest MICROS<br>Shawn M. Christianson, Esq.<br>Buchalter, a Professional Corp.<br>55 Second Street, 17th Floor<br>SACRAMENTO, CA 95842 | 1,225 | 2/18/2020 | Pancakes & Pies, LLC | - | Late Filed | - | 194,265.98 | 194,265.98 | Claim Filed After Bar Date |

**EXHIBIT 3 (LATE FILED CLAIMS)**

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | OTOOLE, PATRICIA<br>816 LAUFER STREET<br>BETHLEHEM, PA 18015 | 1,131 | 11/25/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 68 | PACIFIC GAS & ELECTRIC<br>C/O BANKRUPTCY C2HX<br>PG&E CORPORATION<br>P.O. BOX 997300<br>SACRAMENTO, CA 95899-7300 | 1,099 | 11/13/2019 | Pancakes & Pies Shop, LLC | - | - | - | 44,003.91 | 44,003.91 | Claim Filed After Bar Date |
| 69 | PacifiCorp<br>Pacific Power/ Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125 | 1,171 | 12/10/2019 | Pancakes & Pies, LLC | - | - | - | 4,596.03 | 4,596.03 | Claim Filed After Bar Date |
| 70 | PAMELA R KUSHNER<br>PAM KUSHNER<br>4225 PINE AVE<br>LONG BEACH, CA 90807 | 1,149 | 12/4/2019 | Pancakes & Pies, LLC | - | - | - | 3,300.00 | 3,300.00 | Claim Filed After Bar Date |
| 71 | PETERSON, STEFAN<br>409 ELIZABETH ST<br>RADCLIFFE, IA 50230 | 1,074 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 72 | RACHEL GRAUSAM<br>941 SADDLEBROOK TRAIL<br>CHANHASSEN, MN 55317 | 1,112 | 11/15/2019 | Pancakes & Pies, LLC | - | - | - | 45.10 | 45.10 | Claim Filed After Bar Date |
| 73 | Riverside Public Utilities, CA<br>3900 Main Street<br>Finance Dept<br>Riverside, CA 92522-0144 | 1,220 | 2/18/2020 | Pancakes & Pies Shop, LLC | - | - | - | 1,192.20 | 1,192.20 | Claim Filed After Bar Date |
| 74 | SAPPHIRE FLAVORS & FRAGRANCES<br>6 COMMERCE ROAD<br>FAIRFIELD, NJ 07004 | 1,102 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 633.50 | 633.50 | Claim Filed After Bar Date |
| 75 | Spitsbergen Window Cleaning and Pressure Washing<br>Paul Spitsbergen<br>3880 Saint Philip Drive<br>Bartlett, TN 38133 | 1,159 | 12/9/2019 | Pancakes & Pies, LLC | - | - | - | 320.00 | 320.00 | Claim Filed After Bar Date |
| 76 | Staffmark Investment LLC<br>Attn Lisa Bailey<br>201 East 4th Street, Suite 800<br>Cincinnati, OH 45202 | 1,110 | 11/14/2019 | Pancakes & Pies, LLC | - | - | - | 68,166.65 | 68,166.65 | Claim Filed After Bar Date |
| 77 | STEAM PRO CLEANING SERVICE, LLC<br>ANDREW SCHLADER<br>729 WESTWIND COURT<br>DEPERE, WI 54115 | 1,079 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 4,776.77 | 4,776.77 | Claim Filed After Bar Date |
| 78 | STREAMLINE SECURITY, LLC<br>P O BOX 708<br>ATOKA, TN 38004 | 1,193 | 12/24/2019 | Pancakes & Pies, LLC | - | - | - | 360.00 | 360.00 | Claim Filed After Bar Date |
| 79 | SUPERIOR ELECTRICAL ADVERTISING, INC.<br>DAISY HUYNH<br>1700 WEST ANAHEIM STREET<br>LONG BEACH, CA 90813-1102 | 1,189 | 12/18/2019 | Pancakes & Pies, LLC | - | - | - | 496.91 | 496.91 | Claim Filed After Bar Date |
| 80 | TOLBERT, LASHAWN<br>TAKIYA ROSS<br>2218 VERNON DRIVE SOUTH<br>MINNETONKA, MN 55305 | 1,117 | 11/18/2019 | Pancakes & Pies Holding, LLC | - | - | - | Blank | - | Claim Filed After Bar Date |
| 81 | TRI-STAR INDUSTRIAL LIGHTING I<br>PO BOX 275 | 1,060 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 988.11 | 988.11 | Claim Filed After Bar Date |

Late Filed

## EXHIBIT 3 (LATE FILED CLAIMS)

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | TWIRL SEWER SERVICE CO<br>1833 SAL STREET<br>BROOKFIELD, IL 60513 | 1,104 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 515.00 | 515.00 | Claim Filed After Bar Date |
| 83 | VANICK DIGITAL<br>5350 POPLAR AVE STE 200<br>MEMPHIS, TN 38119 | 1,139 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 5,974.61 | 5,974.61 | Claim Filed After Bar Date |
| 84 | Veritiv Operating Co. Inc.<br>Terry Denardo<br>850 N. Arlington Hts Rd.<br>Itasca, IL 60143 | 1,120 | 11/18/2019 | Pancakes & Pies, LLC | - | - | - | 56,584.67 | 56,584.67 | Claim Filed After Bar Date |
| 85 | Wells Fargo Vendor Financial Services, LLC<br>WFVFS - Bankruptcy<br>PO Box 13708<br>Macon, GA 31208 | 1,231 | 3/17/2020 | Pancakes & Pies, LLC | - | - | - | 2,711.29 | 2,711.29 | Claim Filed After Bar Date |
| 86 | Wisconsin Public Service<br>PO Box 19003<br>Green Bay, WI 54307-9003 | 1,215 | 1/29/2020 | Pancakes & Pies, LLC | - | - | - | 8,064.83 | 8,064.83 | Claim Filed After Bar Date |
| 87 | ZOLICOFFER, PARISH<br>1112 W 4TH ST<br>PEORIA, IL 61605 | 1,228 | 2/19/2020 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 88 | Zurich American Insurance Company<br>PO Box 68549<br>Schaumburg, IL 60196 | 1,068 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | - | - | Claim Filed After Bar Date |
| | | | | | - | - | - | 779,006.62 | 779,006.62 | |

Late Filed