## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Peter J. Keane, hereby certify that on the 21st day of August, 2020, I caused a

copy of the following to be served on the attached service lists in the manner indicated.

*Liquidating Trustee's Third Omnibus Objection (Non-Substantive) to Certain Claims
(Duplicate, Amended, and Late Claims)*

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

Perkins Suppl Service List- Claimants 3rd
Omnibus Objection to Claims
Case No: 19-11743-JTD
Document No. 230318
127- First Class Mail


**FIRST CLASS MAIL**

Air Control Services Inc.
8950 Forked Creek Way
Elk Grove, CA  95758

**FIRST CLASS MAIL**

Air Control Services, Inc.
10463 Grant Line Rd Suite 110
Elk Grove, CA  95624

**FIRST CLASS MAIL**

Chemtechs Inc
PO Box 763
San Bernardino, CA  92402

**FIRST CLASS MAIL**

David Lees
17320 S. 4190 Road
Claremore, OK  74017

**FIRST CLASS MAIL**

Dirty Paws Carpet Cleaning LLC
Premier Carpet Care
1515 Burnt Boat Dr Ste C #131
Bismark, ND  58503

**FIRST CLASS MAIL**

Edina Hotel LLC
dba Holiday Inn Express & Suites
Bloomington Mpls Arpt Area W
Holiday Inn Express & Suites Bloomington
West
7770 Johnson Avenue West
Bloomington, MN  55435

**FIRST CLASS MAIL**

Exim Engineering Inc.
2200 E Windston Road
Anaheim, CA  92806

**FIRST CLASS MAIL**

H. Nagel and Son Co.
707 Harrison Brookville Rd Unit 220
West Harrison, IN  47060

**FIRST CLASS MAIL**

Jamesco LLC
Matt Pepple
507 25th St SW
Jamestown, ND  58401

**FIRST CLASS MAIL**

Kennedy Electric Co of Punta Gorda, Inc.
Kennedy Electric Co
PO Box 511184
Punta Gorda, FL  33951

**FIRST CLASS MAIL**

Kevin Tietz Refrigeration Service
PO Box 1416
Eau Claire, WI  54702-1416

**FIRST CLASS MAIL**

Missouri Department of Revenue
PO Box 475
Jefferson City, MO  65105

**FIRST CLASS MAIL**

Murphy Obrien
LD Reyer
11444 W Olympic Blvd Ste. 600
Los Angeles, CA  90064

**FIRST CLASS MAIL**

Oppenheimer Companies Inc.
d/b/a Golbon
877 W Main Street, Suite 700
Boise, ID  83702

**FIRST CLASS MAIL**
Oracle America, Inc.
successor in interest MICROS System, Inc.
Shawn M. Christianson, Esq.
Buchalter, PC
55 Second Street, 17th Floor
San Francisco, CA  94105

**FIRST CLASS MAIL**
Roger Rodriguez
Attn Thomas J. Miletic
Miletic Law Group
2600 West Olive Avenue No 510
Burbank, CA  91505

**FIRST CLASS MAIL**
Select Service Window
PO Box 697
Pine River, MN  56474

**FIRST CLASS MAIL**
Sensibly Clean Services Company
Sensibly Clean Services
23398 North 1525th Street
Chrisman, IL  61924

**FIRST CLASS MAIL**
Stefanelli Distributing
Stefanelli Dist
1945 W. Yale Ave
Fresno, CA  93705

**FIRST CLASS MAIL**
Trugreen Limited Partnership
Brenda Mathews
6010 Culligan Way
Minnetonka, MN  55345

**FIRST CLASS MAIL**
Vernon Central Warehouse, Inc.
c/o James Boltinghouse
Sweetener Products Company
PO Box 58426
Vernon, CA  90058

**FIRST CLASS MAIL**
W. E. Sales Inc
Alan Wheeler
11025 Matthews Dr
Tustin, CA  92782

**FIRST CLASS MAIL**
Wells Fargo Vendor Financial Services,
LLC
WFVFS - Bankruptcy
PO Box 13708
Macon, GA  31208

**FIRST CLASS MAIL**
Zaeirr Riverside, LLC
13570 Grove Drive #366
Maple Grove, MN  55311-4400

**FIRST CLASS MAIL**
A-1 Advanced Carpet Cleaning Inc.
12100 Seminole Blvd Lot 219
Largo, FL  33778

**FIRST CLASS MAIL**
Butchs Window Cleaning, Inc.
PO Box 10612
Cedar Rapids, IA  52410-0612

**FIRST CLASS MAIL**
Clean and Fresh
Marivel Lugones
P.O. Box 137472
Clermont, FL  34714

**FIRST CLASS MAIL**
Giles Engineering Associates, Inc.
N8 W22350 Johnson Dr., Suite A1
Waukesha, WI  53186

**FIRST CLASS MAIL**
Gonzalez, Javier
Janeth Arias, Esq. --Blanco & Arias, APC
21171 S Western Avenue
Suite 2812
Torrance, CA  90501

**FIRST CLASS MAIL**
Gulf State Signs
1305 42nd St NW
Winter Haven, FL  33881

**FIRST CLASS MAIL**
Javier Gonzalez
Janeth Arias, Esq.
Blanco & Arias, APC
21171 S. Western Avenue
Suite 2812
Torrance, CA  90501

**FIRST CLASS MAIL**
Jose Guadalupe Tostado
Gutierrez Law Group, APLC
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, CA  90254

**FIRST CLASS MAIL**
Kissimmee Utility Authority
1701 W Carroll Street
Kissimmee, FL  34741

**FIRST CLASS MAIL**
Kurrent Electric, Inc.
2242 229th Place
Ames, IA  50014

**FIRST CLASS MAIL**
Mata, Casiano
Janeth Arias, Esq.
Blanco & Arias, APC
21171 S Western Avenue, Suite 2812
Torrance, CA  90501

**FIRST CLASS MAIL**
MK Services
112 N 2nd Ave W
Newton, IA  50208

**FIRST CLASS MAIL**
Rocky Mountain Sewer-Jet Inc.
14697 E Easter Ave, Suite D
Centennial, CO  80112

**FIRST CLASS MAIL**
Sharon E. McKusick
68 Crown Pointe Curve
Hudson, WI  54016

**FIRST CLASS MAIL**
Spotless Windows Plus Inc.
Attn Clinton Bergstrom
2440 LaForest Avenue
Bismarck, ND  58501-3022

**FIRST CLASS MAIL**
Tapco Products Co.
Brad Pepin
15553 W 110th Street
Lenexa, KS  66219-1394

**FIRST CLASS MAIL**
The Evensen Group LLC
d/b/a RLC Landscaping Company
Charlene Evensen c/o RLC
PO Box 915857
Longwood, FL  32791

**FIRST CLASS MAIL**
Vinyl Pro
785 Tucker Rd G-315
Tehachapi, CA  93561

**FIRST CLASS MAIL**
Virginia Meyer
3924 Palos Verdes Dr N
Palos Verdes Estates, CA  90274

**FIRST CLASS MAIL**
A/C Doctors Inc.
1853 SW Biltmore Street
Port Saint Lucie, FL  34984

**FIRST CLASS MAIL**
Actually Clean Carpets LLC
1250 1st St NW
Cedar Rapid, IA  52405

**FIRST CLASS MAIL**
Aire Master of The Midwest Inc.
PO Box 68
Eldorado, WI 54932

**FIRST CLASS MAIL**
All-American Carpet Cleaning
346 N Lindenwood Dr Unit B
Olathe, KS 66062

**FIRST CLASS MAIL**
Ames Municipal Utilities
P.O. Box 811
Ames, IA 50010

**FIRST CLASS MAIL**
Andrew Bateman
17701 Avalon Blvd Spc 262
Carson, CA 90746

**FIRST CLASS MAIL**
Athens
PO Box 60009
City of Industry, CA 91716

**FIRST CLASS MAIL**
Baghouse and Industrial Sheet Metal
Services, Inc.
1731 Pomona Road
Corona, CA 92880

**FIRST CLASS MAIL**
Baker, Donelson, Bearman, Caldwell, &
Berkowitz, Pc
165 Madison Ave Suite 2000
Memphis, TN 38103

**FIRST CLASS MAIL**
Berrys Family Cleaning Services, Inc.
7909 Walerga Rd Suite 112
PMB 285
Antelope, CA 95843

**FIRST CLASS MAIL**
Boss Pumping
PO Box 534
Forest Lake, MN 55025

**FIRST CLASS MAIL**
Campus Coupon Book
2131 W. Republic Rd. #266
Springfield, MO 65807

**FIRST CLASS MAIL**
Cincinnati Works, Inc.
Cincinnati Works
708 Walnut Street, Floor 2
Cincinnati, OH 45202

**FIRST CLASS MAIL**
Citrus Heights Police Dept
Attn Alarms Unit
6315 Fountain Square Dr
Citrus Heights, CA 95621

**FIRST CLASS MAIL**
City of Blaine MN
Attn Director or Officer
10801 Town Square Drive NE
Blaine, MN 55434

**FIRST CLASS MAIL**
City of Crystal, Minnesota
Jennifer Schneider
4141 Douglas Drive North
Crystal, MN 55422

**FIRST CLASS MAIL**
Connexus Energy
Rod Morton
14601 Ramsey Blvd
Ramsey, MN 55303

**FIRST CLASS MAIL**
Dale Schneider
7240 Tree Line Ave NW
Albuquerque, NM 87114-4571

**FIRST CLASS MAIL**
Desiree Roberts
215 McKay Ave N Lot 6
Alexandria, MN  56308

**FIRST CLASS MAIL**
Diandra Cabrera
Dan Newlin Injury Attorneys
7335 W Sand Lake Rd., Ste 300
Orlando, FL  32819

**FIRST CLASS MAIL**
Elaine Newman
13843 San Sebastian Way
Poway, CA  92064

**FIRST CLASS MAIL**
Englin Contracting, Inc.
20775 Fir Ave
Clear Lake, IA  50428

**FIRST CLASS MAIL**
Fish Window Cleaning
PO Box 7426
Appleton, WI  54912

**FIRST CLASS MAIL**
Ford Harrison LLP
Mackey Purvis
271 17th Street NW, Suite 1900
Atlanta, GA  30363

**FIRST CLASS MAIL**
Gasket Guy Inc.
4712 Admiralty Way #735
Marina Del Rey, CA  90292

**FIRST CLASS MAIL**
Giles Engineering Associates, Inc.
Joyce Giles
N8 W22350 Johnson Dr., Suite A1
Waukesha, WI  53186

**FIRST CLASS MAIL**
High Plains Water Treatment
Amber Havard
PO Box 538
Valley City, ND  58072

**FIRST CLASS MAIL**
Hood Cleaning Heroes
2466 Grandview Drive
North Port, FL  34288

**FIRST CLASS MAIL**
HOODZ of Springfield Branson Joplin
James Boyd
1325 W. Sunshine Street, Ste 225
Springfield, MO  65807

**FIRST CLASS MAIL**
Hubert Company LLC
Hubert Company
9555 Dry Fork Rd
Harrison, OH  45030

**FIRST CLASS MAIL**
Hy-Tec Construction of Brainerd, Inc.
PO Box 621
Brainerd, MN  56401

**FIRST CLASS MAIL**
Illinois Mechanical Service & Design, Inc.
PO Box 10494
Peoria, IL  61612

**FIRST CLASS MAIL**
Indian River Services, Inc.
712 SE Carnial Avenue
Port St Lucie, FL  34983

**FIRST CLASS MAIL**
Infinite Energy, Inc
c/o Legal Dept
7001 SW 24th Ave
Gainesville, FL  32607

**FIRST CLASS MAIL**
Interstate Gas Supply Inc.
IGS Energy
6100 Emerald Parkway
Dublin, OH  43016

**FIRST CLASS MAIL**
Interstate Gas Supply, Inc.
Weltman, Weinberg & Reis Co., LPA
3705 Marlane Drive
Grove City, OH  43123

**FIRST CLASS MAIL**
J2 Cloud Services, LLC
6922 Hollywood Blvd, Suite 500
Los Angeles, CA  90028

**FIRST CLASS MAIL**
Janesville Water & Wastewater Utility
P.O. Box 5005
Janesville, WI 53547

**FIRST CLASS MAIL**
Janet Martinez
1435 W. Beverly Dr.
Anaheim, CA  92801

**FIRST CLASS MAIL**
Jeepers Sweepers
812 Airport Rd
Bismarck, ND  58504

**FIRST CLASS MAIL**
Johns Appl & A/C Service Inc
511 N Cedar
Owatonna, MN  55060

**FIRST CLASS MAIL**
Johnson, Katelyn
511 S 9th St.
Brainerd, MN  56401

**FIRST CLASS MAIL**
Joseph, Roland
608 Glad Rd
Winter Haven, FL  33880

**FIRST CLASS MAIL**
Juan Romero
PO Box 372
Torrance, CA  90507

**FIRST CLASS MAIL**
Kathryn Cupp, as Deputized Representative
of the CA Labor Workforce Development
Agency
On Behalf of the LWDA and Aggrieved
Employees
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA  91367

**FIRST CLASS MAIL**
Lamar Advertising Company
Credit Department
PO Box 66338
Baton Rouge, LA  70896

**FIRST CLASS MAIL**
Lambasio, Inc.
401 E. Berrien St
Galesburg, IL  61401

**FIRST CLASS MAIL**
Landon Wood
Nathan Maus
7760 France Avenue S, Ste 820
Bloomington, MN  55435

**FIRST CLASS MAIL**
Lumbreras, Ana
6125 Hillsdale Blv
Sacramento, CA  95842

**FIRST CLASS MAIL**
Malcore Central Vac Inc.
3086 Voyager Drive, Suite 2
Green Bay, WI  54311

**FIRST CLASS MAIL**
Martinez, Beatriz
19509 Arminta St
Reseda, CA  91335

**FIRST CLASS MAIL**
Masog, Madison
1081 Getty St
Sauk Centre, MN 56378

**FIRST CLASS MAIL**
Master Door Technologies
Joshua Robert Granzow
4210 Nancy Place
Shoreview, MN  55126

**FIRST CLASS MAIL**
Matthews International
Thomas Adamczyk
2 NorthShore Center
Pittsburgh, PA  15212

**FIRST CLASS MAIL**
Miller, Mary
8655 Charter Club Cir #7
Ft Myers, FL  33919

**FIRST CLASS MAIL**
Minnesota Energy Resources
PO Box 19003
Green Bay, WI  54307-9003

**FIRST CLASS MAIL**
Mission Broadcasting, Inc.
Nexstar Broadcasting, Inc. - Legal
Department
545 East John Carpenter Freeway Suite 700
Irving, TX  75062

**FIRST CLASS MAIL**
Nathe Refrigeration
13265 Miltona Carlos Rd Ne
Carlos, MN  56319

**FIRST CLASS MAIL**
Nelson, Megan
1212 Hillcrest Drive Ne
Winter Haven, FL  33881

**FIRST CLASS MAIL**
Nevada Power Company dba NV Energy
PO Box 10100
Reno, NV  89520

**FIRST CLASS MAIL**
New Carbon Company, LLC
Joseph T. Crowley
50 Applied Bank Blvd
Glen Mills, PA  19342

**FIRST CLASS MAIL**
New Carbon Company, LLC
Dianne V. Green
50 Applied Bank Blvd
Glen Mills, PA  19342

**FIRST CLASS MAIL**
Olson, Barbara
Apartments
4541 Arbor Crossing - Office
Alexandria, MN  56308

**FIRST CLASS MAIL**
Otoole, Patricia
816 Laufer Street
Bethlehem, PA  18015

**FIRST CLASS MAIL**
Pacific Gas & Electric
C/O Bankruptcy C2HX
PG&E Corporation
P.O. Box 997300
Sacramento, CA  95899-7300

**FIRST CLASS MAIL**
PacifiCorp
Pacific Power/ Rocky Mountain Power
PO Box 25308
Salt Lake City, UT  84125

**FIRST CLASS MAIL**
Pamela R Kushner
Pam Kushner
4225 Pine Ave
Long Beach, CA 90807

**FIRST CLASS MAIL**
Peterson, Stefan
409 Elizabeth St
Radcliffe, IA 50230

**FIRST CLASS MAIL**
Rachel Grausam
941 Saddlebrook Trail
Chanhassen, MN 55317

**FIRST CLASS MAIL**
Riverside Public Utilities, CA
3900 Main Street
Finance Dept
Riverside, CA 92522-0144

**FIRST CLASS MAIL**
Sapphire Flavors & Fragrances
6 Commerce Road
Fairfield, NJ 07004

**FIRST CLASS MAIL**
Spitsbergen Window Cleaning and Pressure
Washing
Paul Spitsbergen
3880 Saint Philip Drive
Bartlett, TN 38133

**FIRST CLASS MAIL**
Staffmark Investment LLC
Attn Lisa Bailey
201 East 4th Street, Suite 800
Cincinnati, OH 45202

**FIRST CLASS MAIL**
Steam Pro Cleaning Service, LLC
Andrew Schlader
729 Westwind Court
Depere, WI 54115

**FIRST CLASS MAIL**
Streamline Security, LLC
P O Box 708
Atoka, TN 38004

**FIRST CLASS MAIL**
Superior Electrical Advertising, Inc.
Daisy Huynh
1700 West Anaheim Street
Long Beach, CA 90813-1102

**FIRST CLASS MAIL**
Tolbert, Lashawn
Takiya Ross
2218 Vernon Drive South
Minnetonka, MN 55305

**FIRST CLASS MAIL**
Tri-Star Industrial Lighting I
PO Box 275
Brookfield, IL 60513

**FIRST CLASS MAIL**
Twirl Sewer Service Co
1833 Sal Street
Green Bay, WI 54302-2113

**FIRST CLASS MAIL**
Vanick Digital
5350 Poplar Ave Ste 200
Memphis, TN 38119

**FIRST CLASS MAIL**
Veritiv Operating Co. Inc.
Terry Denardo
850 N. Arlington Hts Rd.
Itasca, IL 60143

**FIRST CLASS MAIL**
Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003

**FIRST CLASS MAIL**
Zolicoffer, Parish
1112 W 4th St
Peoria, IL  61605

**FIRST CLASS MAIL**
Zurich American Insurance Company
PO Box 68549
Schaumburg, IL  60196

Perkins & Marie Callender's
2002 Service List EMAIL
Case No. 19-11743
Document No. 230336
05 – First Class Mail
58 – Emails


(Liq Trust Counsel)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Robert Orgel, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
Email:  bsandler@pszj.com
crobinson@pszj.com
rorgel@pszj.com

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346-6787

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104

**FIRST CLASS MAIL**
(Counsel for State of Ohio)
Robert L. Doty, Esquire
Assistant Attorney General
Collections Enforcement, Toledo Regional
Office
One Government Center, Suite 1240
Toledo, OH  43604-2261

**FIRST CLASS MAIL**
Tulare County Tax Collector
Mayra Alcantar, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA  93291-4593

**FIRST CLASS MAIL**
(Counsel for Wells Fargo Vendor Financial
Services LLC fka GE Capital Information
Technology Solutions c/o A Ricoh USA
Program f/d/b/a IKON Financial Services)
Christine R. Etheridge, Esq.
PO Box 13708
Macon, GA  31208-3708

**EMAIL**
(Local Counsel for the Debtors)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
Megan E. Kenney, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email:  defranceschi@rlf.com
merchant@rlf.com
shapiro@rlf.com
haywood@rlf.com
kenney@rlf.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC;
Counsel for DJ-9, Inc.)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N Market Street, 11th Floor
Wilmington, DE  19801
Email:  heilmanl@ballardspahr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Justin R. Alberto, Esquire
Sophie E. Macon, Esquire
Bayard PA
600 N King Street, Suite 400
Wilmington, DE  19801
Email:  jalberto@bayardlaw.com;
smacon@bayardlaw.com

**EMAIL**
(Counsel for Liberty Property Limited
Partnership)
John E. Lucian, Esquire
Jose F. Bibiloni, Esquire
Blank Rome LLP
1201 N Market Street, Suite 800
Wilmington, DE  19801
Email:  lucian@blankrome.com;
jbibiloni@blankrome.com

**EMAIL**
(Counsel to Bank of America, N.A., as
Administrative Agent)
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 990
Wilmington, DE  19801
Email:  mary.caloway@bipc.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
William E. Chipman, Jr., Esquire
Mark D Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, DE  19801-6101
Email:  chipman@chipmanbrown.com;
olivere@chipmanbrown.com

**EMAIL**
(Counsel for Waste Management)
Brian J. McLaughlin, Esquire
Monzack Mersky Mclaughlin and Browder,
P.A.
1201 N Orange Street, Suite 400
Wilmington, DE  19801
Email:  bmclaughlin@monlaw.com

**EMAIL**
(Counsel for Kimco Landlords; Counsel for
Waste Management)
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin and Browder,
P.A.
1201 N Orange Street, Suite 400
Wilmington, DE  19801
Email:  rmersky@monlaw.com

**EMAIL**
Delaware Department of Justice
Delaware Attorney General
Kathy Jennings, Esquire
Carvel State Building
820 N French Street
Wilmington, DE  19801
Email:  attorney.general@state.de.us

**EMAIL**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE  19801
Email:  attorney.general@state.de.us

**EMAIL**
Linda J. Casey, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801
Email:  Linda.Casey@usdoj.gov

**EMAIL**
David C. Weiss, Esquire
US Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
Email: usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel for WF PP Realty, LLC)
William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801-6101
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

**EMAIL**
(Counsel for The Buntin Group)
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Email: jfalgowski@burr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Kevin Chiu, Esquire
Baker Botts LLP
2001 Ross Avenue Suite 900
Dallas, TX 75201
Email: kevin.chiu@bakerbotts.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC)
Craig Solomon Ganz, Esquire
Michael DiGiacomo, Esquire
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Email: ganzc@ballardspahr.com;
digiacomom@ballardspahr.com

**EMAIL**
(Counsel for BICO Associates GP)
Russell W. Savory, Esquire
Beard & Savory, PLLC
119 South Main Street, Suite 500
Memphis, TN 38103
Email: russ@bsavory.com

**EMAIL**
(Counsel for AEI Fund Management, Inc.)
John M. Koneck, Esquire
Fredrikson & Byron, P.A.
200 South Sixth St, Ste 4000
Minneapolis, MN 55402-1425
Email: jkoneck@fredlaw.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
J. Bennett Friedman, Esquire
Friedman Law Group, P.C.
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Email: jfriedman@flg-law.com

**EMAIL**
(Counsel for National Retail Properties, Inc)
Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
Email: KDWBankruptcyDepartment@
kelleydrye.com; rlehane@kelleydrye.com;
jraviele@kelleydrye.com

**EMAIL**
(Counsel for the Missouri Department of
Revenue)
Sheryl L. Moreau, Esquire
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475
Email: deecf@dor.mo.gov

**EMAIL**
(Counsel for Security Bank & Trust
Company as Trustee of the Harold Farnes
Marital Trust)
Cynthia L. Hegarty, Esquire
Morrison Sund, PLLC
5125 County Road 101, Suite 200
Minnetonka, MN  55345
Email:  chegarty@morrisonsund.com

**EMAIL**
(Proposed Counsel for the Debtors)
Scott L. Alberino, Esquire
Joanna Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Email:  salberino@akingump.com
jnewdeck@akingump.com

**EMAIL**
(Counsel to Regions Bank)
E. Franklin Childress, Jr., Esquire
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Avenue, Suite 200
Memphis, TN  38103
Email:  fchildress@bakerdonelson.com

**EMAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903
Email:  dosdoc_bankruptcy@state.de.us

**EMAIL**
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE  19904
Email:  statetreasurer@state.de.us

**EMAIL**
Susanne Larson, Esquire
Internal Revenue Service
31 Hopkins Plz, Rm 1150
Baltimore, MD  21201
Email:  SBSE.Insolvency.Balt@irs.gov

**EMAIL**
Claims and Noticing Agent
Andres Estrada
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA  90245
Email:  PMCIinfo@kccllc.com

**EMAIL**
G Jeffrey Boujoukos, Esquire
Securities & Exchange Commission
1617 JFK Boulevard, Ste 520
Philadelphia, PA  19103
Email:  philadelphia@sec.gov

**EMAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC  20549
Email:  SECBankruptcy-OGC-
ADO@SEC.GOV

**EMAIL**
Andrew Calamari, Esquire
Securities & Exchange Commission NY
Office
Brookfield Place
200 Vesey St, Ste 400
New York, NY  10281-1022
Email:  bankruptcynoticeschr@sec.gov

**EMAIL**
(Counsel to the Agent Under the Debtors'
Prepetition Credit Facility / Counsel to the
DIP Agent Counsel to Bank of America,
N.A., as Administrative Agent)
David L Eades, Esquire
David S. Walls, Esquire
Luis M. Lluberas, Esquire
Gabriel L. Mathless, Esquire
Moore & Van Allen PLLC
100 N Tryon St, Suite 4700
Charlotte, NC  28202
Email:  davideades@mvalaw.com;
luislluberas@mvalaw.com;
davidwalls@mvalaw.com;
gabrielmathless@mvalaw.com

**EMAIL**
(Counsel to Mitchel Cory Family LLC)
Gerald P. Kennedy, Esquire
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA  92101
Email:  Gerald.kennedy@procopio.com

**EMAIL**
(Counsel for WF PP Realty, LLC)
Howard J. Berman, Esquire
Ellenoff Grossman & Schole LLP
1345 Avenue of the  Americas, 11th Floor
New York, NY  10105
Email:  hberman@egsllp.com

**EMAIL**
(Counsel for North Port Salford, LLC and
Winter Park University 6245P, LLC)
Anthony J. D'Artiglio, Esquire
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, NJ  07424
Email:  ajd@ansellgrimm.com

**EMAIL**
(Counsel for The Buntin Group)
David W. Houston, IV, Esquire
J. Patrick Warfield, Esquire
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN  37201
Email:  dhouston@burr.com;
pwarfield@burr.com

**EMAIL**
(Counsel for David V. Lees)
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
John C. Gentile, Esquire
Benesch, Friedlander, Coplan & Aranoff
LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Email:  jhoover@beneschlaw.com;
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com

**EMAIL**
(Counsel to Gray-Bays, LLC)
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA  92101
Email:  mbreslauer@swsslaw.com;
wyones@swsslaw.com

**EMAIL**
(Counsel to SFT Holdings, LLC)
Daniel E. Vaknin, Esquire
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA  94104-2323
Email:  daniel@macfern.com

**EMAIL**
(Counsel for U.S. Cities Fund Operating,
LP)
Stephen B. Gerald, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801
Email:  sgerald@wtplaw.com

**EMAIL**
(Counsel to U.S. Cities Fund Operating, LP)
Dennis J. Schaffer, Esquire
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD  21201
Email:  dschaffer@wtplaw.com

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
Email:  schristianson@buchalter.com