IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Pancakes & Pies, LLC.[1] | ) ) ) ) | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 27, 2020 AT 2:00 P.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS
BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**I.   ADJOURNED/RESOLVED MATTERS:**

1. Motion of The Coca-Cola Company and Coca-Cola North America to Require Debtors' Post-Petition Compliance with the Beverage Marketing Agreement Pursuant to Section 365(d)(5) and for Allowance and Payment of Administrative Expenses [Docket No. 406; filed November 5, 2019]

    Response/Objection Deadline:   November 19, 2019 at 4:00 p.m. (ET); extended to December 12, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:   None at this time

    Status: The hearing on this matter is adjourned to a date to be determined.

2. First Omnibus Motion of Debtors for an Order Authorizing Rejection of Certain Contracts *Nunc Pro Tunc* to the Rejection Date [Docket No. 427; filed November 12, 2019]

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

    Response/Objection Deadline:    November 19, 2019 at 4:00 p.m. (ET); extended to December 12, 2019 at 4:00 p.m. (ET) for The Coca-Cola Company and Coca-Cola North America (collectively, "**Coca-Cola**")

    Responses/Objections Received:

    A.    Informal comments from Coca-Cola

    Related Documents:

    i.    Notice of Erratum Regarding Schedule 1 of the First Omnibus Motion of Debtors for an Order Authorizing Rejection of Certain Contracts *Nunc Pro Tunc* to the Rejection Date [Docket No. 429; filed November 13, 2019]

    ii.    Omnibus Order Authorizing Rejection of Certain Contracts *Nunc Pro Tunc* to the Rejection Date [Docket No. 452; entered November 22, 2019]

    Status: On November 22, 2019, the Court entered an order with respect to the remaining contracts in connection with this matter. The hearing regarding the Coca-Cola contract is adjourned to a date to be determined.

3.    Fourth Omnibus Objection (Substantive) of Post-Effective Date Debtor to Certain (I) No Liability Claims, (II) Misclassified Claims, and (III) Overstated and Misclassified Claims [Docket No. 730; filed July 17, 2020]

    Response/Objection Deadline:    August 7, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.    Response to Objection to Claim filed by David W. Vought (A-1 Advanced Carpet Cleaning, Inc.) [Docket No. 734; filed July 29, 2020]

    B.    Response to Objection to Claim filed by Drita Ramadani [Docket No. 735; filed August 7, 2020]

    Related Documents:

    i.    Notice of Submission of Copies of Proofs of Claim Regarding Fourth Omnibus Objection (Substantive) of Post-Effective Date Debtor to Certain (I) No Liability Claims, (II) Misclassified Claims, and (III) Overstated and Misclassified Claims [Docket No. 738; filed August 13, 2020]

    ii.    Certification of Counsel Regarding Order Sustaining Fourth Omnibus Objection (Substantive) of Post-Effective Date Debtor to Certain (I) No Liability Claims, (II) Misclassified Claims, and (III) Overstated and Misclassified Claims [Docket No. 739; filed August 13, 2020]

    iii.    Order Sustaining Fourth Omnibus Objection (Substantive) of Post-Effective Date Debtor to Certain (I) No Liability Claims, (II) Misclassified Claims, and (III) Overstated and Misclassified Claims [Docket No. 745; entered August 24, 2020]

    <u>Status</u>: On August 24, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

4.    Third Motion of the Post-Effective Date Debtor for the Entry of an Order Extending the Deadline to Object to Certain Claims [Docket No. 732; filed July 24, 2020]

    <u>Response/Objection Deadline</u>:    August 7, 2020 at 4:00 p.m. (ET)

    <u>Responses/Objections Received</u>:    None

    <u>Related Documents</u>:

    i.    Certificate of No Objection Regarding Third Motion of the Post-Effective Date Debtor for the Entry of an Order Extending the Deadline to Object to Certain Claims [Docket No. 736; filed August 10, 2020]

    ii.    Third Order Extending the Deadline to Object to Certain Claims [Docket No. 737; entered August 11, 2020]

    <u>Status</u>: On August 11, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

5.    Liquidating Trustee's Motion to Approve Stipulation Between the Liquidating Trustee and Eugene J. Daluga and Margaret Daluga Regarding Relief from the Automatic Stay and Plan Injunction [Docket No. 733; filed July 28, 2020]

    <u>Response/Objection Deadline</u>:    August 11, 2020 at 4:00 p.m. (ET)

    <u>Responses/Objections Received</u>:    None

    <u>Related Documents</u>:

    i.    Certification of No Objection Regarding Liquidating Trustee's Motion to Approve Stipulation Between the Liquidating Trustee and Eugene J. Daluga and Margaret Daluga Regarding Relief from the Automatic Stay and Plan Injunction [Docket No. 740; filed August 14, 2020]

ii. Order Approving Stipulation Between the Liquidating Trustee and Eugene J. Daluga and Margaret Daluga Regarding Relief from the Automatic Stay and Plan Injunction [Docket No. 741; entered August 18, 2020]

Status: On August 18, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

Dated: August 25, 2020
Wilmington, Delaware

/s/ Megan E. Kenney
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Post-Effective Date Debtor*