# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pancakes & Pies, LLC.[1]<br><br>    Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD)<br><br>**Re: Docket No. 747** |

## FOURTH ORDER EXTENDING THE DEADLINE
## TO OBJECT TO CERTAIN CLAIMS

Upon the motion (the "**Motion**")[2] of the Post-Effective Date Debtor seeking entry of an order (this "**Order**"), extending the Administrative Claims Objection Deadline and the Non-GUC Claims Objection Deadline by approximately one-hundred and eighty (180) days to March 1, 2021, all as set forth more fully in the Motion; the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at the hearing (if any) before the Court (the "**Hearing**"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, and paragraph 25 of the Confirmation Order, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Motion and Hearing was sufficient under the circumstances; and this Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief requested;

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Administrative Claims Objection Deadline and the Non-GUC Claims Objection Deadline are hereby extended through and including March 1, 2021.

3. This Order is without prejudice to the Post-Effective Date Debtor's right to request additional extensions of the Claims Objection Deadlines.

4. Nothing herein shall impose a deadline on or otherwise limit the Post-Effective Date Debtor's rights to object, settle, or otherwise resolve the *Motion of the Coca-Cola Company and Coca-Cola North America to Require Debtors' Post-Petition Compliance with the Beverage Marketing Agreement Pursuant to Section 365(d)(5) and for Allowance and Payment of Administrative Expenses* [Docket No. 406], which shall continue to be governed by the parties' agreement or as may be separately ordered by the Court.

5. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: September 16th, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

RLF1 24001364v.1