## Exhibit 1

**Duplicate Claims**

# EXHIBIT 1 (DUPLICATE CLAIMS)

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| # | Name of Claimant | Claim No. / Soled Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection | Surviving Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A-1 Advanced Carpet Cleaning Inc / 12100 Seminole Blvd Lot 219 / Largo, FL 33778 | 596 | 10/21/2019 | Pancakes & Pies, LLC | - | - | 1,430.00 | - | 1,430.00 | Claim Duplicative of Surviving Claim | 137 |
| 2 | Bochs Window Cleaning, Inc / PO Box 10612 / Cedar Rapids, IA52410-0612 | 178 | 9/9/2019 | Pancakes & Pies, LLC | - | - | - | 988.10 | 988.10 | Claim Duplicative of Surviving Claim | 427 |
| 3 | Cheran and Fresh / Marivel Logrono / P.O. Box 137472 / Clermont, FL 34714 | 625 | 10/23/2019 | Pancakes & Pies, LLC | - | - | - | 5,374.48 | 5,374.48 | Claim Duplicative of Surviving Claim | 85 |
| 4 | Giles Engineering Associates, Inc / N8 W22350 Johnson Dr, Suite A1 / Waukesha, WI53186 | 1,085 | 11/8/2019 | Pancakes & Pies, LLC | - | - | - | 4,575.00 | 4,575.00 | Claim Duplicative of Surviving Claim | 1087 |
| 5 | Gonzalez, Javier / Janeth Arias, Esq --Blanco & Arias, APC / 21171 S Western Avenue / Suite 2812 / Torrance, CA90501 | 635 | 10/24/2019 | Pancakes & Pies Shop, LLC | - | - | - | 56,065.50 | 56,065.50 | Claim Duplicative of Surviving Claim | 633 |
| 6 | Gulf State Signs / 1305 42nd St NW / Winter Haven, TX 33881 | 17 | 8/13/2019 | Pancakes & Pies, LLC | - | - | - | 1,225.15 | 1,225.15 | Claim Duplicative of Surviving Claim | 673 |
| 7 | JAVIER GONZALEZ / JANETH ARIAS, ESQ -- BLANCO & ARIAS, APC / 21171 S WESTERN AVENUE / SUITE 2812 / TORRANCE, CA90501 | 634 | 10/24/2019 | Pies & Pancakes Holding, LLC | - | - | - | 56,065.50 | 56,065.50 | Claim Duplicative of Surviving Claim | 633 |
| 8 | Javier Gonzalez / Janeth Arias - Blanco & Arias / 21171 South Western Avenue, Suite 2812 / Torrance, CA90501 | 668 | 10/28/2019 | Pasta & Pie, LLC | - | - | - | 56,065.50 | 56,065.50 | Claim Duplicative of Surviving Claim | 633 |
| 9 | Jose Guadalupe Tostado / Gutierrez Law Group, APLC / 2447 Pacific Coast Highway, Suite 100 / Hermosa Beach, CA90254 | 945 | 11/1/2019 | Pasta & Pie, LLC | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 10 | Jose Guadalupe Tostado / Gutierrez Law Group, APLC / 2447 Pacific Coast Highway, Suite 100 / Hermosa Beach, CA90254 | 946 | 11/1/2019 | Pies & Pancakes Holding Corp. | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 11 | Jose Guadalupe Tostado / Gutierrez Law Group, APLC / 2447 Pacific Coast Highway, Suite 100 / Hermosa Beach, CA90254 | 947 | 11/1/2019 | Pancakes & Pies Shop, LLC | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 12 | Jose Guadalupe Tostado / Gutierrez Law Group, APLC / 2447 Pacific Coast Highway, Suite 100 / Hermosa Beach, CA90254 | 949 | 11/1/2019 | Pancakes & Pies Holding, LLC | - | - | - | 53,167.00 | 53,167.00 | Claim Duplicative of Surviving Claim | 948 |
| 13 | Kissimmee Utility Authority / 1701 W Carroll Street / Kissimmee, FL34741 | 1 | 8/5/2019 | Pancakes & Pies, LLC | - | - | - | 2,608.55 | 2,608.55 | Claim Duplicative of Surviving Claim | 708 |
| 14 | KURRENT ELECTRIC, INC / 2242 22PH PLACE / AMES, IA50014 | 339 | 10/8/2019 | Pancakes & Pies, LLC | - | - | - | 1,296.64 | 1,296.64 | Claim Duplicative of Surviving Claim | 380 |
| 15 | Mata, Casiano / Janeth Arias, Esq / Blanco & Arias, APC / 21171 S Western Avenue, Suite 2812 / Torrance, CA90501 | 666 | 10/28/2019 | Pancakes & Pies Shop, LLC | - | - | - | 203,494.35 | 203,494.35 | Claim Duplicative of Surviving Claim | 664 |
| 16 | MK SERVICES / 112 N 2ND AVE W / NEWTON, IA50208 | 594 | 10/21/2019 | Pancakes & Pies, LLC | - | - | - | 180.00 | 180.00 | Claim Duplicative of Surviving Claim | 595 |
| 17 | OPPENHEIMER COMPANIES INC DBA / 877 W MAIN STREET, SUITE 700 / BOISE, ID83702 | 421 | 10/14/2019 | Pancakes & Pies, LLC | - | - | - | 768.12 | 768.12 | Claim Duplicative of Surviving Claim | 422 |
| 18 | ROCKY MOUNTAIN SEWER-JET INC / 14697 E EASTER AVE, SUITE D / CENTENNIAL, CO80112 | 45 | 8/20/2019 | Pancakes & Pies, LLC | - | - | - | 1,875.00 | 1,875.00 | Claim Duplicative of Surviving Claim | 301 |
| 19 | ROCKY MOUNTAIN SEWER-JET INC / 14697 E EASTER AVE, SUITE D / CENTENNIAL, CO80112 | 301 | 9/30/2019 | Pancakes & Pies, LLC | - | - | - | 1,490.00 | 1,490.00 | Claim Duplicative of Surviving Claim | 393 |
| 20 | Sharon E McKeever / 88 Crooks Hollow Curve / Hudson, WI54016 | 919 | 11/1/2019 | Pancakes & Pies, LLC | - | - | - | 5,992.00 | 5,992.00 | Claim Duplicative of Surviving Claim | 951 |
| 21 | Spotless Windows Plus Inc. / Attn Clinton Bergstrom | 965 | 11/3/2019 | Pancakes & Pies, LLC | - | - | - | 1,120.00 | 1,120.00 | Claim Duplicative of Surviving Claim | 1011 |

# EXHIBIT 1 (DUPLICATE CLAIMS)

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Claim as Asserted | | | | | Reason for Objection | Surviving Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | | |
| 2440 LaForest Avenue<br>Bismarck, ND58501-3022 | | | | | | | | | | |
| Starstaps Cleaning Services LLC<br>Starstaps Cleaning Services<br>729 Westwind Ct<br>De Pere, WI54115 | 240 | 9/13/2019 | Pancakes & Pies Holding, LLC | - | - | - | 4,776.77 | 4,776.77 | Claim Duplicative of Surviving Claim | 1079 |
| TAPCOPRODUCTS CO<br>BRAD PEPIN<br>15553 W 110TH ST<br>LENEXA, KS66219-1394 | 76 | 8/23/2019 | Pancakes & Pies, LLC | - | - | - | 1,134.04 | 1,134.04 | Claim Duplicative of Surviving Claim | 493 |
| The Everson Group LLC dba BLC Landscaping<br>Charline Everson c/o BLC<br>PO Box 931857<br>Longwood, FL 32791 | 48 | 8/21/2019 | Pancakes & Pies, LLC | - | - | - | 1,214.54 | 1,214.54 | Claim Duplicative of Surviving Claim | 74 |
| Vinyl Pro<br>785 Tucker Rd161-315<br>Tehachapi, CAV3561 | 435 | 10/15/2019 | Pancakes & Pies, LLC | - | - | - | 305.00 | 305.00 | Claim Duplicative of Surviving Claim | 204 |
| Virginia Meyer<br>3924 Palos Verdes Dr N<br>Palos Verdes Estates, CA90274 | 488 | 10/17/2019 | Pancakes & Pies, LLC | - | - | - | 150.00 | 150.00 | Claim Duplicative of Surviving Claim | 296 |
| | | | | - | - | 1,430.00 | 619,432.04 | 620,862.04 | | |