# Exhibit 2

## Amended Claims

**EXHIBIT 2 (AMENDED CLAIMS)**

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| # | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection | Surviving Claim # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Air Control Services Inc. 8950 Forked Creek Way Elk Grove, CA 95758 | 63 | 8/26/2019 | Pancakes & Pies, LLC | - | - | - | 5,720.46 | 5,720.46 | Claim Amended by Subsequently Filed Claim | 901 |
| 2 | Air Control Services, Inc. 10463 Grant Line Rd Suite 110 Elk Grove, CA 95624 | 343 | 10/8/2019 | Pancakes & Pies, LLC | - | - | - | 6,718.23 | 6,718.23 | Claim Amended by Subsequently Filed Claim | 901 |
| 3 | Chemtechs Inc PO Box 763 San Bernardino, CA 92402 | 27 | 8/16/2019 | Pancakes & Pies, LLC | - | - | - | 11,315.00 | 11,315.00 | Claim Amended by Subsequently Filed Claim | 71 |
| 4 | David Lees 17320 S. 4190 Road Claremore, OK 74017 | 1,022 | 11/4/2019 | Pancakes & Pies, LLC | - | - | - | 6,746.67 | 6,746.67 | Claim Amended by Subsequently Filed Claim | 1008 |
| 5 | Dirty Paws Carpet Cleaning LLC Premier Carpet Care 1515 Burnt Boat Dr Ste C #131 Bismark, ND 58503 | 24 | 8/16/2019 | Pancakes & Pies, LLC | - | - | - | 2,945.00 | 2,945.00 | Claim Amended by Subsequently Filed Claim | 1092 |
| 6 | Edina Hotel LLC dba Holiday Inn Express & Suites Holiday Inn Express & Suites Bloomington West 7770 Johnson Avenue West Bloomington, MN 55435 | 228 | 9/18/2019 | Pancakes & Pies, LLC | - | - | - | 641.34 | 641.34 | Claim Amended by Subsequently Filed Claim | 462 |
| 7 | Exim Engineering Inc. 2200 E Windston Road Anaheim, CA 92806 | 16 | 8/13/2019 | Pie Wholesalers, LLC | - | - | - | 4,148.15 | 4,148.15 | Claim Amended by Subsequently Filed Claim | 423 |
| 8 | H. Nagel + Son Co. 707 Harrison Brookville Rd Unit 220 West Harrison, IN 47060 | 91 | 8/27/2019 | Pancakes & Pies, LLC | - | - | - | 188,231.23 | 188,231.23 | Claim Amended by Subsequently Filed Claim | 1017 |
| 9 | Jamesco LLC Matt Pepple 507 25th St SW Jamestown, ND 58401 | 310 | 10/2/2019 | Pancakes & Pies, LLC | - | - | - | 890.91 | 890.91 | Claim Amended by Subsequently Filed Claim | 419 |
| 10 | Kennedy Electric Co of Punta Gorda, Inc Kennedy Electric Co PO Box 511184 Punta Gorda, FL 33951 | 265 | 9/25/2019 | Pancakes & Pies, LLC | - | - | - | 266.03 | 266.03 | Claim Amended by Subsequently Filed Claim | 404 |
| 11 | Kevin Tietz Refrigeration Service PO Box 475 Eau Claire, WI 54702-1416 | 160 | 9/4/2019 | Pancakes & Pies, LLC | - | - | - | 1,521.49 | 1,521.49 | Claim Amended by Subsequently Filed Claim | 995 |
| 12 | Kevin Tietz Refrigeration Service PO Box 1416 Eau Claire, WI 54702-1416 | 167 | 9/6/2019 | Pancakes & Pies, LLC | - | - | - | 1,521.49 | 1,521.49 | Claim Amended by Subsequently Filed Claim | 995 |
| 13 | Missouri Department of Revenue PO Box 475 Jefferson City, MO 65105 | 1,137 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 94.10 | 94.10 | Claim Amended by Subsequently Filed Claim | 1206 |
| 14 | Missouri Department of Revenue PO Box 475 Jefferson City, MO 65105 | 1,138 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 622.71 | 622.71 | Claim Amended by Subsequently Filed Claim | 1205 |
| 15 | MURPHY O'BRIEN LD REYER 11444 W OLYMPIC BLVD STE. 600 LOS ANGELES, CA 90064 | 166 | 9/6/2019 | Pancakes & Pies, LLC | - | - | - | 250.00 | 250.00 | Claim Amended by Subsequently Filed Claim | 318 |
| 16 | OPPENHEIMER COMPANIES INC dba GOLBON 877 W MAIN STREET, SUITE 700 BOISE, ID 83702 | 403 | 10/14/2019 | Pancakes & Pies, LLC | - | - | - | 768.12 | 768.12 | Claim Amended by Subsequently Filed Claim | 421 |
| 17 | Oracle America, Inc., successor in interest MICROS Shawn M. Christianson, Esq. Buchalter, a Professional Corporation 55 Second Street, 17th Floor San Francisco, CA 94105 | 1,224 | 2/18/2020 | Pancakes & Pies, LLC | - | - | - | W/D | - | Claim Amended by Subsequently Filed Claim | 1225 |
| 18 | Roger Rodriguez Attn Thomas J. Miletic Miletic Law Group 2600 West Olive Avenue No 510 Burbank, CA 91505 | 500 | 10/17/2019 | Pancakes & Pies, LLC | - | - | - | 25,000.00 | 25,000.00 | Claim Amended by Subsequently Filed Claim | 689 |
| 19 | SELECT SERVICE WINDOW PO BOX 697 PINE RIVER, MN 56474 | 246 | 9/19/2019 | Pancakes & Pies, LLC | - | - | - | 1,408.82 | 1,408.82 | Claim Amended by Subsequently Filed Claim | 1098 |
| 20 | Sensibly Clean Services Company Sensibly Clean Services 23398 North 1525th Street Chrisman, IL 61924 | 200 | 9/16/2019 | Pancakes & Pies, LLC | - | - | - | 877.04 | 877.04 | Claim Amended by Subsequently Filed Claim | 593 |
| 21 | STEFANELLI DISTRIBUTING STEFANELLI DIST 1945 W. YALE AVE FRESNO, CA 93705 | 314 | 9/30/2019 | Pancakes & Pies, LLC | - | - | - | 1,128.10 | 1,128.10 | Claim Amended by Subsequently Filed Claim | 698 |
| 22 | Trugreen Limited Partnership | 324 | 2/11/2020 | Pancakes & Pies, LLC | - | - | - | 285.69 | 285.69 | Claim Duplicative of Surviving Claim | 1218 |

**EXHIBIT 2 (AMENDED CLAIMS)**

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| | Name of Claimant | Claim No. / Sched Ref | Date Filed/ Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Claim as Asserted — Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection | Surviving Claim # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Brenda Mathews<br>6010 Culligan Way<br>Minnetonka, MN 55345 | | | | | | | | | | |
| 23 | Vernon Central Warehouse, Inc.<br>c/o James Bolinghouse<br>Sweetener Products Company<br>PO Box 58426<br>Vernon, CA 90058 | 82 | 8/23/2019 | Pancakes & Pies, LLC | - | - | - | 16,152.70 | 16,152.70 | Claim Duplicative of Surviving Claim | 655 |
| 24 | W. E. Sales Inc<br>Alan Wheeler<br>11025 Mathews Dr<br>Tustin, CA 92782 | 123 | 9/4/2019 | Pancakes & Pies, LLC | - | - | - | 811.93 | 811.93 | Claim Amended by Subsequently Filed Claim | 431 |
| 25 | Wells Fargo Vendor Financial Services, LLC<br>WFVFS - Bankruptcy<br>PO Box 13708<br>Macon, GA 31208 | 344 | 10/8/2019 | Pancakes & Pies, LLC | - | - | - | 2,815.62 | 2,815.62 | Claim Amended by Subsequently Filed Claim | 1231 |
| | | | | | - | - | - | 280,880.83 | 280,880.83 | | |