**Exhibit 3**

**Late Claims**

# EXHIBIT 3 (LATE FILED CLAIMS)

**In re: Pancakes and Pies, LLC**
**Case No: 19-11743-JTD**

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A/C Doctors Inc<br>1853 SW Biltmore Street<br>Port Saint Lucie, FL 34984 | 1,202 | 1/2/2020 | Pancakes & Pies, LLC | - | - | - | 226.80 | 226.80 | Claim Filed After Bar Date |
| 2 | Actually Clean Carpets LLC<br>1250 1st St NW<br>Cedar Rapid, IA 52405 | 1,219 | 2/12/2020 | Pancakes & Pies, LLC | - | - | - | 3,714.75 | 3,714.75 | Claim Filed After Bar Date |
| 3 | AIRE MASTER OF THE MIDWEST INC<br>PO BOX 68<br>ELDORADO, WI 54932 | 1,096 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 1,953.39 | 1,953.39 | Claim Filed After Bar Date |
| 4 | All-American Carpet Cleaning<br>346 N Lindenwood Dr Unit B<br>Olathe, KS 66062 | 1,083 | 11/7/2019 | Pancakes & Pies, LLC | - | - | - | 1,500.00 | 1,500.00 | Claim Filed After Bar Date |
| 5 | Ames Municipal Utilities<br>P.O. Box 811<br>Ames, IA 50010 | 1,212 | 1/30/2020 | Pancakes & Pies, LLC | - | - | - | 5,611.23 | 5,611.23 | Claim Filed After Bar Date |
| 6 | Andrew Bateman<br>17701 Avalon Blvd Spc 262<br>Carson, CA 90746 | 1,229 | 2/23/2020 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 7 | Athens<br>PO Box 60009<br>City of Industry, CA 91716 | 1,081 | 11/7/2019 | Pancakes & Pies, LLC | - | - | - | 1,170.63 | 1,170.63 | Claim Filed After Bar Date |
| 8 | Baghouse and Industrial Sheet Metal Services, Inc.<br>1731 Pomona Road<br>Corona, CA 92880 | 1,226 | 2/20/2020 | Pancakes & Pies, LLC | - | - | - | 888.64 | 888.64 | Claim Filed After Bar Date |
| 9 | BAKER, DONELSON, BEARMAN, CALDWELL, &<br>165 MADISON AVE SUITE 2000<br>MEMPHIS, TN 38103 | 1,191 | 12/20/2019 | Pancakes & Pies, LLC | - | - | - | 4,635.05 | 4,635.05 | Claim Filed After Bar Date |
| 10 | Berrys Family Cleaning Services, Inc<br>7909 Walerga Rd Suite 112<br>PMB 285<br>Antelope, CA 95843 | 1,111 | 11/14/2019 | Pancakes & Pies Shop, LLC | - | - | - | 925.00 | 925.00 | Claim Filed After Bar Date |
| 11 | BOSS PUMPING<br>PO BOX 534<br>FOREST LAKE, MN 55025 | 1,162 | 12/10/2019 | Pancakes & Pies, LLC | - | - | - | 570.00 | 570.00 | Claim Filed After Bar Date |
| 12 | CAMPUS COUPON BOOK<br>2131 W. REPUBLIC RD. #266<br>SPRINGFIELD, MO 65807 | 1,172 | 12/13/2019 | Pancakes & Pies, LLC | - | - | - | 350.00 | 350.00 | Claim Filed After Bar Date |
| 13 | Cincinnati Works, Inc.<br>Cincinnati Works<br>708 Walnut Street, Floor 2<br>Cincinnati, OH 45202 | 1,146 | 12/2/2019 | Pancakes & Pies, LLC | - | - | - | 175.00 | 175.00 | Claim Filed After Bar Date |
| 14 | CITRUS HEIGHTS POLICE DEPT<br>ATTN ALARMS UNIT<br>6315 FOUNTAIN SQUARE DR<br>CITRUS HEIGHTS, CA 95621 | 1,116 | 11/18/2019 | Pancakes & Pies, LLC | - | - | - | 225.00 | 225.00 | Claim Filed After Bar Date |
| 15 | City of Blaine MN<br>Attn Director or Officer<br>10801 Town Square Drive NE<br>Blaine, MN 55434 | 1,217 | 2/7/2020 | Pancakes & Pies, LLC | - | - | - | 1,394.95 | 1,394.95 | Claim Filed After Bar Date |
| 16 | City of Crystal, Minnesota<br>Jennifer Schneider<br>4141 Douglas Drive North<br>Crystal, MN 55422 | 1,232 | 3/20/2020 | Pancakes & Pies, LLC | - | - | - | 2,041.03 | 2,041.03 | Claim Filed After Bar Date |
| 17 | Connexus Energy<br>Rod Morton<br>14601 Ramsey Blvd<br>Ramsey, MN 55303 | 1,142 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 5,764.05 | 5,764.05 | Claim Filed After Bar Date |
| 18 | Dale Schneider<br>7240 Tree Line Ave NW<br>Albuquerque, NM 87114-4571 | 1,097 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 19 | Desiree Roberts<br>215 McKay Ave N Lot 6<br>Alexandria, MN 56308 | 1,160 | 12/10/2019 | Pasta & Pie, LLC | - | - | - | 5,000.00 | 5,000.00 | Claim Filed After Bar Date |
| 20 | Diandra Cabrera<br>Dan Newlin Injury Attorneys<br>7335 W Sand Lake Rd., Ste 300<br>Orlando, FL 32819 | 1,190 | 12/23/2019 | Pancakes & Pies, LLC | - | - | - | 150,000.00 | 150,000.00 | Claim Filed After Bar Date |
| 21 | Elaine Newman<br>13843 San Sebastian Way<br>Poway, CA 92064 | 1,199 | 12/31/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 22 | ENGLIN CONTRACTING, INC<br>20775 FIR AVE<br>CLEAR LAKE, IA 50428 | 1,134 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 307.34 | 307.34 | Claim Filed After Bar Date |

Late Filed

**EXHIBIT 3 (LATE FILED CLAIMS)**

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | FISH WINDOW CLEANING<br>PO BOX 7426<br>APPLETON, WI 54912 | 1,101 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 874.00 | 874.00 | Claim Filed After Bar Date |
| 24 | Ford Harrison LLP<br>Mackey Purvis<br>271 17th Street NW, Suite 1900<br>Atlanta, GA 30363 | 1,227 | 2/21/2020 | Pancakes & Pies, LLC | - | - | - | 9,078.10 | 9,078.10 | Claim Filed After Bar Date |
| 25 | Gasket Guy Inc.<br>4712 Admiralty Way #735<br>Marina Del Rey, CA 90292 | 1,115 | 11/18/2019 | Pancakes & Pies, LLC | - | - | - | 114.56 | 114.56 | Claim Filed After Bar Date |
| 26 | Giles Engineering Associates, Inc.<br>Joyce Giles<br>N8 W22350 Johnson Dr., Suite A1<br>Waukesha, WI 53186 | 1,087 | 11/8/2019 | Pancakes & Pies, LLC | - | - | - | 4,575.00 | 4,575.00 | Claim Filed After Bar Date |
| 27 | Giles Engineering Associates, Inc.<br>N8 W22350 Johnson Dr., Suite A1<br>Waukesha, WI 53186 | 1,085 | 11/8/2019 | Pancakes & Pies, LLC | - | - | - | 4,575.00 | 4,575.00 | Claim Filed After Bar Date |
| 28 | HIGH PLAINS WATER TREATMENT<br>AMBER HAVARD<br>PO BOX 538<br>VALLEY CITY, ND 58072 | 1,080 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | 78.11 | 78.11 | Claim Filed After Bar Date |
| 29 | HOOD CLEANING HEROES<br>2466 GRANDVIEW DRIVE<br>NORTH PORT, FL 34288 | 1,071 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | 730.00 | 730.00 | Claim Filed After Bar Date |
| 30 | HOODZ of Springfield Branson Joplin<br>James Boyd<br>1325 W. Sunshine Street, Ste 225<br>Springfield, MO 65807 | 1,072 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 472.50 | 472.50 | Claim Filed After Bar Date |
| 31 | Hubert Company LLC<br>Hubert Company<br>9555 Dry Fork Rd<br>Harrison, OH 45030 | 1,062 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 423.40 | 423.40 | Claim Filed After Bar Date |
| 32 | Hy-Tec Construction of Brainerd, Inc<br>PO Box 621<br>Brainerd, MN 56401 | 1,204 | 1/9/2020 | Pancakes & Pies, LLC | - | - | - | 1,111.67 | 1,111.67 | Claim Filed After Bar Date |
| 33 | ILLINOIS MECHANICAL SERVICE & DESIGN,<br>PO BOX 10494<br>PEORIA, IL 61612 | 1,065 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 4,440.05 | 4,440.05 | Claim Filed After Bar Date |
| 34 | Indian River Services, Inc<br>712 SE Carnival Avenue<br>Port St Lucie, FL 34983 | 1,196 | 12/27/2019 | Pancakes & Pies, LLC | - | - | - | 80.25 | 80.25 | Claim Filed After Bar Date |
| 35 | Infinite Energy, Inc<br>c/o Legal Dept<br>7001 SW 24th Ave<br>Gainesville, FL 32607 | 1,144 | 11/27/2019 | Pancakes & Pies, LLC | - | - | - | 10,122.80 | 10,122.80 | Claim Filed After Bar Date |
| 36 | Interstate Gas Supply Inc.<br>IGS Energy<br>6100 Emerald Parkway<br>Dublin, OH 43016 | 1,095 | 11/12/2019 | Pancakes & Pies, LLC | - | - | - | 14,356.92 | 14,356.92 | Claim Filed After Bar Date |
| 37 | Interstate Gas Supply, Inc.<br>Weltman, Weinberg & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123 | 1,233 | 6/30/2020 | Pancakes & Pies, LLC | - | - | - | 14,706.29 | 14,706.29 | Claim Filed After Bar Date |
| 38 | J2 Cloud Services, LLC<br>6922 Hollywood Blvd, Suite 500<br>Los Angeles, CA 90028 | 1,201 | 1/3/2020 | Pancakes & Pies, LLC | - | - | - | 511.34 | 511.34 | Claim Filed After Bar Date |
| 39 | Janesville Water & Wastewater Utility<br>P.O. Box 5005<br>Janesville, WI 53547 | 1,090 | 11/11/2019 | Pancakes & Pies, LLC | - | - | - | 2,555.49 | 2,555.49 | Claim Filed After Bar Date |
| 40 | Janet Martinez<br>1435 W. Beverly Dr.<br>Anaheim, CA 92801 | 1,173 | 12/14/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 41 | JEEPERS SWEEPERS<br>812 AIRPORT RD<br>BISMARCK, ND 58504 | 1,174 | 12/16/2019 | Pancakes & Pies, LLC | - | - | - | 675.00 | 675.00 | Claim Filed After Bar Date |
| 42 | JOHNS APPL & A/C SERVICE INC<br>511 N CEDAR<br>OWATONNA, MN 55060 | 1,151 | 12/6/2019 | Pancakes & Pies, LLC | - | - | - | 3,771.35 | 3,771.35 | Claim Filed After Bar Date |
| 43 | JOHNSON, KATELYN<br>511 S 9TH ST<br>BRAINERD, MN 56401 | 1,075 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 44 | JOSEPH, ROLAND<br>608 GLAD RD | 1,153 | 12/5/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |

Late Filed

# EXHIBIT 3 (LATE FILED CLAIMS)

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | JUAN ROMERO<br>PO BOX 372<br>TORRANCE, CA 90507<br>WINTER HAVEN, FL 33880 | 1,140 | 11/27/2019 | Pancakes & Pies Shop, LLC | - | - | - | 900.00 | 900.00 | Claim Filed After Bar Date |
| 46 | Kathryn Cupp, as Deputized Representative of the CA On Behalf of the LWDA and Aggrieved Employees<br>Law Offices of Todd M. Friedman, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367 | 1,141 | 11/27/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 47 | Lamar Advertising Company<br>Credit Department<br>PO Box 66338<br>Baton Rouge, LA 70896 | 1,093 | 11/12/2019 | Pancakes & Pies, LLC | - | - | - | 65,971.28 | 65,971.28 | Claim Filed After Bar Date |
| 48 | LAMBASIO, INC<br>401 E. BERRIEN ST<br>GALESBURG, IL 61401 | 1,195 | 12/27/2019 | Pancakes & Pies, LLC | - | - | - | 463.75 | 463.75 | Claim Filed After Bar Date |
| 49 | Landon Wood | 1,061 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 20,000.00 | 20,000.00 | Claim Filed After Bar Date |
| 50 | Nathan Maus<br>7760 France Avenue S, Ste 820<br>Bloomington, MN 55435 | 1,073 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 51 | LUMBRERAS, ANA<br>6125 HILLSDALE BLV<br>SACRAMENTO, CA 95842 | 1,091 | 11/11/2019 | Pancakes & Pies, LLC | - | - | - | 188.85 | 188.85 | Claim Filed After Bar Date |
| 52 | MALCORE CENTRAL VAC INC<br>3086 VOYAGER DRIVE, SUITE 2<br>GREEN BAY, WI 54311 | 1,067 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 53 | Martinez, Beatriz<br>19509 Arminta St<br>Reseda, CA 91335 | 1,197 | 12/28/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 54 | MASOG, MADISON<br>1081 GETTY ST<br>SAUK CENTRE, MN 56378 | 1,188 | 12/17/2019 | Pancakes & Pies, LLC | - | - | - | 1,373.21 | 1,373.21 | Claim Filed After Bar Date |
| 55 | Master Door Technologies<br>Joshua Robert Granzow<br>4210 Nancy Place<br>Shoreview, MN 55126 | 1,230 | 2/28/2020 | Pancakes & Pies, LLC | - | - | - | 9,288.46 | 9,288.46 | Claim Filed After Bar Date |
| 56 | Matthews International<br>Thomas Adamczyk<br>2 NorthShore Center<br>Pittsburgh, PA 15212 | 1,155 | 12/9/2019 | Pancakes & Pies, LLC | - | - | - | 6,500.00 | 6,500.00 | Claim Filed After Bar Date |
| 57 | MILLER, MARY<br>8655 CHARTER CLUB CIR #7<br>FT MYERS, FL 33919 | 1,214 | 1/29/2020 | Pancakes & Pies, LLC | - | - | - | 2,001.53 | 2,001.53 | Claim Filed After Bar Date |
| 58 | Minnesota Energy Resources<br>PO Box 19003<br>Green Bay, WI 54307-9003 | 1,213 | 1/29/2020 | Pancakes & Pies, LLC | - | - | - | 8,376.00 | 8,376.00 | Claim Filed After Bar Date |
| 59 | Mission Broadcasting, Inc.<br>Nexstar Broadcasting, Inc. - Legal Department<br>545 East John Carpenter Freeway Suite 700<br>Irving, TX 75062 | 1,135 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 1,112.00 | 1,112.00 | Claim Filed After Bar Date |
| 60 | NATHE REFRIGERATION<br>13265 MILTONA CARLOS RD NE<br>CARLOS, MN 56319 | 1,114 | 11/17/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 61 | NELSON, MEGAN<br>1212 HILLCREST DRIVE NE<br>WINTER HAVEN, FL 33881 | 1,066 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 4,826.29 | 4,826.29 | Claim Filed After Bar Date |
| 62 | Nevada Power Company dba NV Energy<br>PO Box 10100<br>Reno, NV 89520 | 1,127 | 11/22/2019 | Pancakes & Pies, LLC | - | - | - | 260.00 | 260.00 | Claim Filed After Bar Date |
| 63 | New Carbon Company, LLC<br>Joseph T. Crowley<br>50 Applied Bank Blvd<br>Glen Mills, PA 19342 | 1,163 | 12/10/2019 | Pancakes & Pies, LLC | - | - | - | 260.00 | 260.00 | Claim Filed After Bar Date |
| 64 | New Carbon Company, LLC<br>Dianne V. Green<br>50 Applied Bank Blvd<br>Glen Mills, PA 19342 | 1,165 | 12/11/2019 | Pancakes & Pies, LLC | - | - | - | 585.00 | 585.00 | Claim Filed After Bar Date |
| 65 | Olson, Barbara Apartments | 1,109 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 200.00 | 200.00 | Claim Filed After Bar Date |

Late Filed

**EXHIBIT 3 (LATE FILED CLAIMS)**

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| # | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 66 | OTOOLE, PATRICIA<br>816 LAUFER STREET<br>BETHLEHEM, PA 18015 | 1,131 | 11/25/2019 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 67 | PACIFIC GAS & ELECTRIC<br>C/O BANKRUPTCY C2HX<br>PG&E CORPORATION<br>P.O. BOX 997300<br>SACRAMENTO, CA 95899-7300 | 1,099 | 11/13/2019 | Pancakes & Pies Shop, LLC | - | - | - | 44,003.91 | 44,003.91 | Claim Filed After Bar Date |
| 68 | PacifiCorp<br>Pacific Power/ Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125 | 1,171 | 12/10/2019 | Pancakes & Pies, LLC | - | - | - | 4,596.03 | 4,596.03 | Claim Filed After Bar Date |
| 69 | PAMELA R KUSHNER<br>PAM KUSHNER<br>4225 PINE AVE<br>LONG BEACH, CA 90807 | 1,149 | 12/4/2019 | Pancakes & Pies, LLC | - | - | - | 3,300.00 | 3,300.00 | Claim Filed After Bar Date |
| 70 | PETERSON, STEFAN<br>409 ELIZABETH ST<br>RADCLIFFE, IA 50230 | 1,074 | 11/6/2019 | Pancakes & Pies, LLC | - | - | - | UNLIQUIDATED | - | Claim Filed After Bar Date |
| 71 | RACHEL GRAUSAM<br>941 SADDLEBROOK TRAIL<br>CHANHASSEN, MN 55317 | 1,112 | 11/15/2019 | Pancakes & Pies, LLC | - | - | - | 45.10 | 45.10 | Claim Filed After Bar Date |
| 72 | SAPPHIRE FLAVORS & FRAGRANCES<br>6 COMMERCE ROAD<br>FAIRFIELD, NJ 07004 | 1,102 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 633.50 | 633.50 | Claim Filed After Bar Date |
| 73 | Spitsbergen Window Cleaning and Pressure Washing<br>Paul Spitsbergen<br>3880 Saint Philip Drive<br>Bartlett, TN 38133 | 1,159 | 12/9/2019 | Pancakes & Pies, LLC | - | - | - | 320.00 | 320.00 | Claim Filed After Bar Date |
| 74 | Staffmark Investment LLC<br>Attn Lisa Bailey<br>201 East 4th Street, Suite 800<br>Cincinnati, OH 45202 | 1,110 | 11/14/2019 | Pancakes & Pies, LLC | - | - | - | 68,166.65 | 68,166.65 | Claim Filed After Bar Date |
| 75 | STEAM PRO CLEANING SERVICE,LLC<br>ANDREW SCHLADER<br>729 WESTWIND COURT<br>DEPERE, WI 54115 | 1,079 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 4,776.77 | 4,776.77 | Claim Filed After Bar Date |
| 76 | STREAMLINE SECURITY, LLC<br>P O BOX 708<br>ATOKA, TN 38004 | 1,193 | 12/24/2019 | Pancakes & Pies, LLC | - | - | - | 360.00 | 360.00 | Claim Filed After Bar Date |
| 77 | SUPERIOR ELECTRICAL ADVERTISING, INC.<br>DAISY HUYNH<br>1700 WEST ANAHEIM STREET<br>LONG BEACH, CA 90813-1102 | 1,189 | 12/18/2019 | Pancakes & Pies, LLC | - | - | - | 496.91 | 496.91 | Claim Filed After Bar Date |
| 78 | TOLBERT, LASHAWN<br>TAKIYA ROSS<br>2218 VERNON DRIVE SOUTH<br>MINNETONKA, MN 55305 | 1,117 | 11/18/2019 | Pancakes & Pies Holding, LLC | - | - | - | Blank | - | Claim Filed After Bar Date |
| 79 | TRI-STAR INDUSTRIAL LIGHTING 1<br>PO BOX 275<br>BROOKFIELD, IL 60513 | 1,060 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | 988.11 | 988.11 | Claim Filed After Bar Date |
| 80 | TWIRL SEWER SERVICE CO<br>1833 SAL STREET<br>GREEN BAY, WI 54302-2113 | 1,104 | 11/13/2019 | Pancakes & Pies, LLC | - | - | - | 515.00 | 515.00 | Claim Filed After Bar Date |
| 81 | VANICK DIGITAL<br>5350 POPLAR AVE STE 200<br>MEMPHIS, TN 38119 | 1,139 | 11/26/2019 | Pancakes & Pies, LLC | - | - | - | 5,974.61 | 5,974.61 | Claim Filed After Bar Date |
| 82 | Vertiv Operating Co. Inc.<br>Terry Denardo<br>850 N. Arlington Hts Rd.<br>Itasca, IL 60143 | 1,120 | 11/18/2019 | Pancakes & Pies, LLC | - | - | - | 56,584.67 | 56,584.67 | Claim Filed After Bar Date |
| 83 | Wells Fargo Vendor Financial Services, LLC<br>WFVFS - Bankruptcy<br>PO Box 13708<br>Macon, GA 31208 | 1,231 | 3/17/2020 | Pancakes & Pies, LLC | - | - | - | 2,711.29 | 2,711.29 | Claim Filed After Bar Date |
| 84 | Wisconsin Public Service<br>PO Box 19003 | 1,215 | 1/29/2020 | Pancakes & Pies, LLC | - | - | - | 8,064.83 | 8,064.83 | Claim Filed After Bar Date |

Late Filed

**EXHIBIT 3 (LATE FILED CLAIMS)**

In re: Pancakes and Pies, LLC
Case No: 19-11743-JTD

| | Name of Claimant | Claim No. / Sched Ref | Date Filed / Scheduled | Debtor | Asserted Secured Claim | Asserted Administrative Claim | Asserted Priority Claim | Asserted Unsecured Claim | Total Asserted Claim | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | ZOLICOFFER, PARISH<br>1112 W 4TH ST<br>PEORIA, IL 61605<br>Green Bay, WI 54307-9003 | 1,228 | 2/19/2020 | Pancakes & Pies, LLC | - | - | - | BLANK | - | Claim Filed After Bar Date |
| 86 | Zurich American Insurance Company<br>PO Box 68549<br>Schaumburg, IL 60196 | 1,068 | 11/5/2019 | Pancakes & Pies, LLC | - | - | - | - | - | Claim Filed After Bar Date |
| | | | | | - | - | - | 583,548.44 | 583,548.44 | |

Late Filed