IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Pancakes & Pies, LLC.[1] | ) ) ) | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | ) ) ) |  |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON OCTOBER 15, 2020 AT 3:00 P.M. (ET)

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I. **RESOLVED MATTERS:**

1. Motion of The Coca-Cola Company and Coca-Cola North America to Require Debtors' Post-Petition Compliance with the Beverage Marketing Agreement Pursuant to Section 365(d)(5) and for Allowance and Payment of Administrative Expenses [Docket No. 406; filed November 5, 2019]

   Response/Objection Deadline: November 19, 2019 at 4:00 p.m. (ET); extended to December 12, 2019 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents:

   i. Certification of Counsel Regarding Order Approving Stipulation by and Between the Post-Effective Date Debtor and the Coca-Cola Company and Coca-Cola North America and Resolving (I) the Alleged Administrative Expense Claim and the Related Administrative Claim Motion [D.I. 406]; and (II) Certain Related Matters [Docket No. 766; filed October 5, 2020]

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2] **Amended agenda items appear in bold.**

    ii.    Order Approving Stipulation by and Between the Post-Effective Date Debtor and the Coca-Cola Company and Coca-Cola North America and Resolving (I) the Alleged Administrative Expense Claim and the Related Administrative Claim Motion [D.I. 406]; and (II) Certain Related Matters [Docket No. 768; entered October 6, 2020]

    <u>Status</u>: On October 6, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

2. First Omnibus Motion of Debtors for an Order Authorizing Rejection of Certain Contracts *Nunc Pro Tunc* to the Rejection Date [Docket No. 427; filed November 12, 2019]

    <u>Response/Objection Deadline</u>:    November 19, 2019 at 4:00 p.m. (ET); extended to December 12, 2019 at 4:00 p.m. (ET) for The Coca-Cola Company and Coca-Cola North America (collectively, "**Coca-Cola**")

    <u>Responses/Objections Received</u>:

    A.    Informal comments from Coca-Cola

    <u>Related Documents</u>:

    i.    Notice of Erratum Regarding Schedule 1 of the First Omnibus Motion of Debtors for an Order Authorizing Rejection of Certain Contracts *Nunc Pro Tunc* to the Rejection Date [Docket No. 429; filed November 13, 2019]

    ii.    Omnibus Order Authorizing Rejection of Certain Contracts *Nunc Pro Tunc* to the Rejection Date [Docket No. 452; entered November 22, 2019]

    iii.    Certification of Counsel Regarding Order Approving Stipulation by and Between the Post-Effective Date Debtor and the Coca-Cola Company and Coca-Cola North America and Resolving (I) the Alleged Administrative Expense Claim and the Related Administrative Claim Motion [D.I. 406]; and (II) Certain Related Matters [Docket No. 766; filed October 5, 2020]

    iv.    Order Approving Stipulation by and Between the Post-Effective Date Debtor and the Coca-Cola Company and Coca-Cola North America and Resolving (I) the Alleged Administrative Expense Claim and the Related Administrative Claim Motion [D.I. 406]; and (II) Certain Related Matters [Docket No. 768; entered October 6, 2020]

      Status: On November 22, 2019, the Court entered an order with respect to the remaining contracts in connection with this matter. On October 6, 2020, the Court entered an order with respect to the Coca-Cola Company and Coca-Cola North America contracts in connection with this matter. Accordingly, a hearing regarding this matter is not required.

3. Fourth Motion of the Post-Effective Date Debtor for the Entry of an Order Extending the Deadline to Object to Certain Claims [Docket No. 747; filed August 31, 2020]

    Response/Objection Deadline:    September 14, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Documents:

    i. Certificate of No Objection Regarding Fourth Motion of the Post-Effective Date Debtor for the Entry of an Order Extending the Deadline to Object to Certain Claims [Docket No. 752; filed September 15, 2020]

    ii. Fourth Order Extending the Deadline to Object to Certain Claims [Docket No. 753; entered September 16, 2020]

    Status: On September 16, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

## II.   MATTER FILED UNDER CERTIFICATION:

4. Liquidating Trustee's Third Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate, Amended, and Late Claims) [Docket No. 744; filed August 21, 2020]

    Response/Objection Deadline:    September 11, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A. Response to Liquidating Trustee's Third Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate, Amended, and Late Claims) filed by City of Riverside Public Utilities [Docket No. 754; filed September 16, 2020]

    B. Informal comments from Oracle America, Inc.

    C. Informal comments from ZAEIRR

RLF1 24151169v.1

Related Documents:

i. Notice of Submission of Proofs of Claim in Connection with the Liquidating Trustee's Third Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate, Amended, and Late Claims) [Docket No. 761; filed October 1, 2020]

ii. Certification of Counsel Regarding Liquidating Trustee's Third Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate, Amended, and Late Claims) [Docket No. 765; filed October 5, 2020]

iii. **Order Sustaining Liquidating Trustee's Third Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate, Amended, and Late Claims) [Docket No. 774; entered October 14, 2020]**

Status: **On October 14, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.**

Dated: October 14, 2020
Wilmington, Delaware

/s/ Brett M. Haywood
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Post-Effective Date Debtor*

RLF1 24151169v.1