# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PERKINS & MARIE CALLENDER'S, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>No. 19-11743 (KG)<br>Jointly Administered<br><br>**RE: D.I. 777**<br><br>Hearing date: **1/21/2021 at 2 P.M. (ET)**<br>Objection Deadline: **1/14/2021 at 4:00 P.M. (ET)** |

## NOTICE OF MOTION

TO:   (I) COUNSEL TO THE DEBTORS (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (IV) COUNSEL TO THE BUYER UNDER THE SALE ORDER; AND (V) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE that Liberty Property Limited Partnership ("**Liberty**"), has filed a motion for allowance and payment of administrative expenses in the amount of $151,949.78.

**PLEASE TAKE FURTHER NOTICE** that any objections to the motion must be filed on or before **January 14, 2021 at 4:00 P.M. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JANUARY 21, 2021 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE JOHN DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Perkins & Marie Callender's, LLC (2435); Perkins & Marie Callender's Holding, LLC (3381); Marie Callender Pie Shops, LLC (1620); MC Wholesalers, LLC (2420); PMCI Promotions LLC (7308); MCID, Inc. (2015); Wilshire Beverage, Inc. (5887); FIV, LLC (9288); P&MC's Real Estate Holding LLC (8553); and P&MC's Holding Corp. (2225).

4829-6856-6741.1

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

　　　*/s/ Cheneise V. Wright*　　　
Cheneise V. Wright (No. 6597)
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
Tel.: 302.985.6007
Cheneise.Wright@lewisbrisbois.com

Dated:  December 28, 2020

4829-6856-6741.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of December, 2020, a copy of the foregoing document was served upon counsel of record via CM/ECF.

>*/s/ Cheneise V. Wright*
>Cheneise V. Wright
>Del. Bar No. 6597

4829-6856-6741.1