**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| _____ ) | | |
| In re: | ) | Chapter 11 |
| | ) | |
| Pancakes & Pies, LLC.[1] | ) | Case No. 19-11743 (JTD) |
| | ) | |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| _____ ) | | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 21, 2021 AT 2:00 P.M. (ET)**

---

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS**
**BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

---

## I.    ADJOURNED MATTER:

1.    Motion of Liberty Property Limited Partnership for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A) and 11 U.S.C. § 503(b)(9) [Docket No. 777; filed December 23, 2020]

> Response/Objection Deadline:    January 14, 2021 at 4:00 p.m. (ET); extended to February 23, 2021 at 4:00 p.m. (ET)

> Responses/Objections Received:    None at this time.

> Related Documents:

> i.    Notice of Motion [Docket No. 778; filed December 28, 2020]

> Status: The hearing on this matter has been adjourned to the hearing scheduled for March 2, 2021 at 11:00 a.m. (ET).  Accordingly, a hearing on this matter is not necessary at this time.

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435).  The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

Dated:  January 19, 2021
         Wilmington, Delaware

/s/ Brett M. Haywood
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Post-Effective Date Debtor*