# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | **Objection Deadline: February 4, 2021 at 4:00 p.m. ET**<br>**Hearing Date: March 2, 2021, at 11:00 a.m. ET** |

## NOTICE OF LIQUIDATING TRUSTEE'S SECOND MOTION TO EXTEND CLAIMS OBJECTION DEADLINE FOR GENERAL UNSECURED CLAIMS

**PLEASE TAKE NOTICE** that on January 21, 2021, Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust"), filed the *Liquidating Trustee's Second Motion to Extend Claims Objection Deadline for General Unsecured Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Court and be served upon the undersigned so as to be received no later than **February 4, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **MARCH 2, 2021 AT 11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: January 21, 2021 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Shirley S. Cho (*admitted pro hac vice*)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  bsandler@pszjlaw.com<br>            scho@pszjlaw.com<br>            crobinson@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>*Counsel for the Liquidating Trustee* |