## Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | Ref. Docket No. ____ |

## ORDER GRANTING LIQUIDATING TRUSTEE'S SECOND MOTION TO EXTEND CLAIMS OBJECTION DEADLINE FOR GENERAL UNSECURED CLAIMS

Upon consideration of the motion (the "Motion")[2] of Alfred T. Giuliano, as liquidating trustee (the "Trustee") on behalf of the Liquidating Trust (the "Trust") formed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the debtors and debtors in possession (the "Debtors"), for entry of an order (this "Order"), pursuant to, *inter alia*, section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-2 extending the Claims Objection Deadline for General Unsecured Claims, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court finding that it may enter a final order consistent with Article III of the United States Constitution; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

interests of the Trust, the Debtors' estates, creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The Claims Objection Deadline for General Unsecured Claims is extended through and including the later of: (a) July 21, 2021, or (b) one hundred eighty (180) days following the date that a General Unsecured Claim is filed or amended.

4. This Order shall be without prejudice to the Trustee's right to seek a further extension or extensions of the Claims Objection Deadline for General Unsecured Claims.