# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pancakes & Pies, LLC.[1] | : | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | : | Re: Docket No. 793 |
| | : | |

## FIFTH ORDER EXTENDING THE DEADLINE
## TO OBJECT TO CERTAIN CLAIMS

Upon the motion (the "**Motion**")[2] of the Post-Effective Date Debtor seeking entry of an order (this "**Order**"), extending the Administrative Claims Objection Deadline and the Non-GUC Claims Objection Deadline by approximately one-hundred and eighty (260) days to November 16, 2021, all as set forth more fully in the Motion; the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at the hearing (if any) before the Court (the "**Hearing**"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, and paragraph 25 of the Confirmation Order, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Motion and Hearing was sufficient under the circumstances; and this Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief requested;

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Administrative Claims Objection Deadline and the Non-GUC Claims Objection Deadline are hereby extended through and including November 16, 2021.

3. This Order is without prejudice to the Post-Effective Date Debtor's right to request additional extensions of the Claims Objection Deadlines.

4. Nothing herein shall impose a deadline on or otherwise limit the Post-Effective Date Debtor's rights to object, settle, or otherwise resolve the *Motion of Liberty Property Limited Partnership for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(A) and 11 U.S.C. § 503(b)(9)* [Docket No. 777].

5. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 16th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

RLF1 24962419v.1