IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Pancakes & Pies, LLC.[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 31, 2021 AT 11:00 A.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I. **ADJOURNED/RESOLVED MATTERS:**

1. Motion of Liberty Property Limited Partnership for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A) and 11 U.S.C. § 503(b)(9) [Docket No. 777; filed December 23, 2020]

    Response/Objection Deadline: January 14, 2021 at 4:00 p.m. (ET); extended to February 23, 2021 at 4:00 p.m. (ET); extended to March 24, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received: None at this time.

    Related Documents:

    i. Notice of Motion [Docket No. 778; filed December 28, 2020]

    Status: The hearing on this matter has been adjourned to the hearing scheduled for May 26, 2021 at 10:00 a.m. (ET). Accordingly, a hearing on this matter is not necessary at this time.

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

RLF1 25011671v.1

2. Fifth Motion of the Post-Effective Date Debtor for the Entry of an Order Extending the Deadline to Object to Certain Claims [Docket No. 793; filed March 1, 2021]

   Response/Objection Deadline:   March 15, 2021 at 4:00 p.m. (ET)

   Responses/Objections Received:   None.

   Related Documents:

   i. Certificate of No Objection Regarding Fifth Motion of the Post-Effective Date Debtor for the Entry of an Order Extending the Deadline to Object to Certain Claims [Docket No. 795; filed March 16, 2021]

   ii. Fifth Order Extending the Deadline to Object to Certain Claims [Docket No. 796; entered March 16, 2021]

   Status: On March 16, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: March 29, 2021
Wilmington, Delaware

/s/  Megan E. Kenney
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Post-Effective Date Debtor*