## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PANCAKES & PIES, LLC, <br><br>       Post-Effective Date Debtor. | Chapter 11 <br><br> Case No. 19-11743 (JTD) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| July 22, 2021 | 10:00 a.m. (Eastern Time) (Omnibus Hearing) |

**Dated: June 1st, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**