> **PARTIES RECEIVING THIS OMNIBUS OBJECTION TO CLAIMS SHOULD LOCATE THEIR NAMES AND CLAIM(S) ON EXHIBIT 1 AND/OR EXHIBIT 2 TO EXHIBIT A, ATTACHED TO THIS OMNIBUS OBJECTION.**
>
> ---
>
> **YOUR RIGHTS MAY BE AFFECTED BY THIS OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION THAT MAY BE FILED AGAINST YOUR CLAIM(S).**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | Objection Deadline: June 28, 2021, at 4:00 p.m. ET<br>Hearing Date: July 22, 2021, at 10:00 a.m. ET |

**NOTICE OF LIQUIDATING TRUSTEE'S FOURTH OMNIBUS**
**OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS**
**(NO LIABILITY CLAIMS AND OVERSTATED CLAIMS)**

**PLEASE TAKE NOTICE** that on June 11, 2021, Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust"), filed the *Liquidating Trustee's Fourth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims and Overstated Claims)* (the "Objection") with the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Objection is attached hereto.

**Your claim(s) may be modified or disallowed as a result of the Objection. Therefore, you should read the attached Objection carefully.**

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION**

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

**THAT MAY BE FILED BY THE TRUST OR OTHERWISE. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE TRUST'S RIGHTS TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE** that if the holder of a claim that is the subject of the Objection wishes to respond to the Objection, the holder must file a written response with: (i) Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; and (ii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899 (Attn: Peter J. Keane, Esq., email: pkeane@pszjlaw.com) so as to be <u>received</u> on or before **June 28, 2021, at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that responses to the Objection must contain, at minimum, the following: (a) a caption setting forth the name of the Bankruptcy Court, the above-referenced case number, and the title of the Objection to which the Response is directed; (b) the name of the claimant, his/her/its claim number, and a description of the basis for the classification and amount of the claim; (c) the specific factual basis and supporting legal argument upon which the claimant will rely in opposing this Objection; (d) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the clerk or claims agent, upon which the claimant will rely to support the basis for classification and amounts asserted in the proof of claim; and (e) the name, address, email address, telephone number, and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Trust should communicate with respect to the claim or the Objection and who

possesses authority to reconcile, settle, or otherwise resolve the Objection to the disputed claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that if no response to the Objection is timely filed and received in accordance with the above procedures, an order may be entered sustaining the Objection without further notice or a hearing. If a response is properly filed, served and received in accordance with the above procedures and such response is not resolved, a hearing to consider such response and the Objection will be held before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **July 22, 2021, at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"). Only a response made in writing and timely filed and received will be considered by the Bankruptcy Court at the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  June 11, 2021               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Bradford J. Sandler (DE Bar No. 4142)
Shirley S. Cho (*admitted pro hac vice*)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
    scho@pszjlaw.com
    mseidl@pszjlaw.com
    crobinson@pszjlaw.com
    pkeane@pszjlaw.com

*Counsel for the Liquidating Trustee*