## Exhibit B

## Declaration

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PANCAKES & PIES, LLC,[1]<br><br>　　　　Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD) |

### DECLARATION OF MICHAEL G. INFANTI IN SUPPORT OF LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (NO LIABILITY CLAIMS AND OVERSTATED CLAIMS)

I, Michael G. Infanti declare under penalty of perjury as follows:

1.  I am a CPA, CFE, CIRA at Giuliano Miller & Company LLC ("GMCO") with offices at 2301 E Evesham Road, 800 Pavilion, Suite 210, Voorhees, NJ 08043. GMCO is the financial advisor to Alfred T. Giuliano, the liquidating trustee (the "Liquidating Trustee") for the Liquidating Trust (the "Trust") formed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the debtors and debtors in possession (the "Debtors") through the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (the "Plan").

2.  I submit this declaration (the "Declaration") in support of the *Liquidating Trustee's Fourth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims and Overstated Claims)* (the "Objection").[2]

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

2

3. Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein or have gained knowledge of such matters from my review of the relevant documents, or from information provided to me.

4. I make this Declaration based on my review of the No Liability Claims and the Overstated Claims referenced in the Objection, together with any supporting or related documentation.

5. I and the appropriate personnel, in conjunction with the Liquidating Trustee's professionals, diligently reviewed and analyzed in good faith the No Liability Claims and the Overstated Claims identified in the Objection.

6. I have familiarity with the claims review process and the related objection process. In that capacity, I have reviewed the No Liability Claims and the Overstated Claims referenced in the Objection and am directly familiar with the information contained therein. Additionally, I read the Objection and the Proposed Order with respect to the Objection. Some of the bases for the Objection contained herein relate to matters within the knowledge of other agents of the Debtors and are based on information I received from them.

7. Each of the No Liability Claims listed on **Exhibit 1** to the Proposed should be disallowed because, after review of each respective No Liability Claim and all supporting information and documentation provided therewith, and after reasonable efforts to research each such claim in the Debtor's books and records, I have determined that each of the No Liability Claims asserts a liability that is not reflected in the Debtors' books and records or that has otherwise been satisfied. For this reason as well as any supplemental explanation shown in the "Reason for Disallowance" column on **Exhibit 1**, there is no liability for the No Liability Claims. I and other of the Liquidating Trustee's professionals reviewed the No

2

Liability Claims and determined that the No Liability Claims should be disallowed and expunged from the Claims Register as indicated on **Exhibit 1**.

8. Each of the Overstated Claims listed on **Exhibit 2** to the Proposed Order is a claim that asserts an incorrect amount according to the Debtors' books and records. I have reviewed the Overstated Claims and all supporting information and documentation provided therewith and made reasonable efforts to research the claims in the Debtors' books and records. For this reason as well as the supplemental explanation shown in the "Reason for Modification" column on **Exhibit 2** to the Proposed Order, the Overstated Claims should be reduced as shown on **Exhibit 2** to the Proposed Order. I and other of the Liquidating Trustee's professionals reviewed the Overstated Claims and determined that the Overstated Claims should be reduced as indicated on **Exhibit 2**.

9. Accordingly, based upon my review of the No Liability Claims and the Overstated Claims subject to the Objection, I believe that the relief sought in the Objection is in the best interests of the Liquidating Trust.

Dated: June 11, 2021

*/s/ Michael G. Infanti*
Michael G. Infanti

3