# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | |

## CERTIFICATE OF SERVICE

I, Michael R. Seidl, hereby certify that on the 11th day of June, 2021, I caused a copy of the following to be served on the attached service lists in the manner indicated.

- *Notice of Liquidating Trustee's Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1);*
- *Liquidating Trustee's Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1;*
- *Exhibit A (Proposed Order with Exhibit 1);*
- *Exhibit B (Declaration)*

        */s/ Michael R. Seidl*
        Michael R. Seidl (DE Bar No. 3889)

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

Pancakes & Pies (Perkins)
Claimant Service List-5th Omnibus
Doc #234645
18-First Class Mail

FIRST CLASS MAIL
Ballard, Robin L.
2240 E. Wisconsin Avenue
Kaukauna, WI 54130

FIRST CLASS MAIL
Butcher, Kelly
PO Box 128
Plymouth, FL 32768

FIRST CLASS MAIL
Chapman, Marvel A.
The Winjum Law Firm
1220 Sunset Drive, Suite 103
Norwalk, IA 50211

FIRST CLASS MAIL
Dunham, Edgar D.
4410 Orange Tree Court
St. Joseph, MO 64506

FIRST CLASS MAIL
Friedman, Vicki
c/o Marc I. Simon, Esquire
Simon and Simon, P.C.
707 Grant Street, Suite 1200
Pittsburgh, PA 15219

FIRST CLASS MAIL
Gonzalez, Javier
c/o Janeth Arias, Esq.
Blanco & Arias, APC
21171 S Western Avenue, Suite 2812
Torrance, CA 90501

FIRST CLASS MAIL
Israel, Mark, and Esther Wolfe
c/o Michael M. Marzban
16000 Ventura Blvd., Suite 700
Encino, CA 91436

FIRST CLASS MAIL
Jackson, Larry
1865 Jellison Street
Lakewood, CO 80215

FIRST CLASS MAIL
Mata, Casiano
c/o Janeth Arias, Esq.
Blanco & Arias, APC
21171 S Western Avenue, Suite 2812
Torrance, CA 90501

FIRST CLASS MAIL
Michael, Peggy
c/o Marc I. Simon, Esquire
Simon & Simon, P.C.
707 Grant Street, Suite 1200
Pittsburgh, PA 15219

FIRST CLASS MAIL
Rachel, Latoria
1101 McNamee St.
Leesburg, FL 34748

FIRST CLASS MAIL
Reynolds, Bonita
c/o Will Sutor
5401 Gamble Drive, Ste 101
St Louis Park, MN 55416

FIRST CLASS MAIL
Rodriguez, Roger
c/o Thomas J. Miletic
Miletic Law Group
2600 West Olive Avenue, No 510
Burbank, CA 91505

FIRST CLASS MAIL
Sanitary District # 1
Town of Brockway
P.O. Box 484
Black River Falls, WI 54615

FIRST CLASS MAIL
Schwartz, Ingrid
c/o Law Offices of Gerald L. Marcus

24025 Park Sorrento, Ste 430
Calabasas, CA 91302

FIRST CLASS MAIL
Stevenson, Jimmie L.
c/o Scott Jackson
1324 E. Grand Avenue
PO Box 2403
Ponca City, OK 74602

FIRST CLASS MAIL
Wagner, Christa
c/o Mary Hoefer, Esq.
332 S Linn St., Suite 300
Iowa City, IA 52240

Perkins & Marie Callender's
2002 Service List EMAIL
Case No. 19-11743
Document No. 230336
05 – First Class Mail
57 – Emails

(Liq Trust Counsel)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
Email:  bsandler@pszj.com
crobinson@pszj.com
pkeane@pszjlaw.com

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346-6787

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104

**FIRST CLASS MAIL**
(Counsel for State of Ohio)
Robert L. Doty, Esquire
Assistant Attorney General
Collections Enforcement, Toledo Regional Office
One Government Center, Suite 1240
Toledo, OH  43604-2261

**FIRST CLASS MAIL**
Tulare County Tax Collector
Mayra Alcantar, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA  93291-4593

**FIRST CLASS MAIL**
(Counsel for Wells Fargo Vendor Financial Services LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services)
Christine R. Etheridge, Esq.
PO Box 13708
Macon, GA  31208-3708

**EMAIL**
(Local Counsel for the Debtors)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
Megan E. Kenney, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email:  defranceschi@rlf.com
merchant@rlf.com
shapiro@rlf.com
haywood@rlf.com
kenney@rlf.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC; Counsel for DJ-9, Inc.)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N Market Street, 11th Floor
Wilmington, DE  19801
Email:  heilmanl@ballardspahr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Erin R. Fay, Esquire
Evan Miller, Esquire
Bayard PA
600 N King Street, Suite 400
Wilmington, DE  19801
Email:  efay@bayardlaw.com;
emiller@bayardlaw.com

**EMAIL**
(Counsel for Liberty Property Limited Partnership)
John E. Lucian, Esquire
Jose F. Bibiloni, Esquire
Blank Rome LLP
1201 N Market Street, Suite 800
Wilmington, DE  19801
Email:  lucian@blankrome.com;
jbibiloni@blankrome.com

**EMAIL**
(Counsel to Bank of America, N.A., as Administrative Agent)
Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 990
Wilmington, DE  19801
Email:  mark.pfeiffer@bipc.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
William E. Chipman, Jr., Esquire
Mark D Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, DE  19801-6101
Email:  chipman@chipmanbrown.com;
olivere@chipmanbrown.com

**EMAIL**
(Counsel for Kimco Landlords; Counsel for Waste Management)
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin and Browder, P.A.
1201 N Orange Street, Suite 400
Wilmington, DE  19801
Email:  rmersky@monlaw.com

**EMAIL**
Delaware Department of Justice
Delaware Attorney General
Kathy Jennings, Esquire
Carvel State Building
820 N French Street
Wilmington, DE  19801
Email:  attorney.general@state.de.us

**EMAIL**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE  19801
Email:  attorney.general@state.de.us

**EMAIL**
Linda J. Casey, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801
Email:  Linda.Casey@usdoj.gov

**EMAIL**
David C. Weiss, Esquire
US Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE  19801
Email:  usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel for WF PP Realty, LLC)
William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801-6101
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

**EMAIL**
(Counsel for The Buntin Group)
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Email: jfalgowski@burr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Kevin Chiu, Esquire
Baker Botts LLP
2001 Ross Avenue Suite 900
Dallas, TX 75201
Email: kevin.chiu@bakerbotts.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC)
Craig Solomon Ganz, Esquire
Michael DiGiacomo, Esquire
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Email: ganzc@ballardspahr.com;
digiacomom@ballardspahr.com

**EMAIL**
(Counsel for BICO Associates GP)
Russell W. Savory, Esquire
Beard & Savory, PLLC
119 South Main Street, Suite 500
Memphis, TN 38103
Email: Russell.savory@gmail.com

**EMAIL**
(Counsel for AEI Fund Management, Inc.)
John M. Koneck, Esquire
Fredrikson & Byron, P.A.
200 South Sixth St, Ste 4000
Minneapolis, MN 55402-1425
Email: jkoneck@fredlaw.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
J. Bennett Friedman, Esquire
Friedman Law Group, P.C.
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Email: jfriedman@flg-law.com

**EMAIL**
(Counsel for National Retail Properties, Inc)
Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178
Email: KDWBankruptcyDepartment@
kelleydrye.com; rlehane@kelleydrye.com;
jraviele@kelleydrye.com

**EMAIL**
(Counsel for the Missouri Department of Revenue)
Sheryl L. Moreau, Esquire
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475
Email: deecf@dor.mo.gov

**EMAIL**
(Proposed Counsel for the Debtors)
Scott L. Alberino, Esquire
Joanna Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Email: salberino@akingump.com
jnewdeck@akingump.com

**EMAIL**
(Counsel to Regions Bank)
E. Franklin Childress, Jr., Esquire
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Avenue, Suite 200
Memphis, TN  38103
Email:  fchildress@bakerdonelson.com

**EMAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903
Email: dosdoc_bankruptcy@state.de.us

**EMAIL**
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE  19904
Email:  statetreasurer@state.de.us

**EMAIL**
Susanne Larson, Esquire
Internal Revenue Service
31 Hopkins Plz, Rm 1150
Baltimore, MD  21201
Email: SBSE.Insolvency.Balt@irs.gov

**EMAIL**
Claims and Noticing Agent
Andres Estrada
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA  90245
Email:  PMCIinfo@kccllc.com

**EMAIL**
G Jeffrey Boujoukos, Esquire
Securities & Exchange Commission
1617 JFK Boulevard, Ste 520
Philadelphia, PA  19103
Email:  philadelphia@sec.gov

**EMAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC  20549
Email:  SECBankruptcy-OGC-ADO@SEC.GOV

**EMAIL**
Andrew Calamari, Esquire
Securities & Exchange Commission NY Office
Brookfield Place
200 Vesey St, Ste 400
New York, NY  10281-1022
Email:  bankruptcynoticeschr@sec.gov

**EMAIL**
(Counsel to the Agent Under the Debtors' Prepetition Credit Facility / Counsel to the DIP Agent Counsel to Bank of America, N.A., as Administrative Agent)
David L Eades, Esquire
David S. Walls, Esquire
Luis M. Lluberas, Esquire
Gabriel L. Mathless, Esquire
Moore & Van Allen PLLC
100 N Tryon St, Suite 4700
Charlotte, NC  28202
Email:  davideades@mvalaw.com;
luislluberas@mvalaw.com;
davidwalls@mvalaw.com;
gabrielmathless@mvalaw.com

**EMAIL**
(Counsel to Mitchel Cory Family LLC)
Gerald P. Kennedy, Esquire
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA  92101
Email:  Gerald.kennedy@procopio.com

**EMAIL**
(Counsel for WF PP Realty, LLC)
Howard J. Berman, Esquire
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Email: hberman@egsllp.com

**EMAIL**
(Counsel for North Port Salford, LLC and Winter Park University 6245P, LLC)
Anthony J. D'Artiglio, Esquire
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, NJ 07424
Email: ajd@ansellgrimm.com

**EMAIL**
(Counsel for The Buntin Group)
David W. Houston, IV, Esquire
J. Patrick Warfield, Esquire
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Email: dhouston@burr.com;
pwarfield@burr.com

**EMAIL**
(Counsel for David V. Lees)
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
John C. Gentile, Esquire
Benesch, Friedlander, Coplan & Aranoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Email: jhoover@beneschlaw.com;
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com

**EMAIL**
(Counsel to Gray-Bays, LLC)
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Email: mbreslauer@swsslaw.com;
wyones@swsslaw.com

**EMAIL**
(Counsel to SFT Holdings, LLC)
Daniel E. Vaknin, Esquire
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Email: daniel@macfern.com

**EMAIL**
(Counsel for U.S. Cities Fund Operating, LP)
Stephen B. Gerald, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Email: sgerald@wtplaw.com

**EMAIL**
(Counsel to U.S. Cities Fund Operating, LP)
Dennis J. Schaffer, Esquire
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD 21201
Email: dschaffer@wtplaw.com

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com