## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Michael R. Seidl, hereby certify that on the 11th day of June, 2021, I caused a

copy of the following to be served on the attached service lists in the manner indicated.

- ***Notice of Liquidating Trustee's Sixth Omnibus Objection (Non-Substantive) to Certain Claims (Late Claims, Stock Claims, and No Support Claims);***
- ***Liquidating Trustee's Sixth Omnibus Objection (Non-Substantive) to Certain Claims***
- ***(Late Claims, Stock Claims, and No Support Claims);***
- ***Exhibit A (Proposed Order with Exhibits, 1, 2, 3)***
- ***Exhibit B (Declaration)***

*/s/ Michael R. Seidl*
Michael R. Seidl (DE Bar No. 3889)

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

Pancakes & Pies (Perkins)
Claimant Service List-6th Omnibus
Doc #234643
39-First Class Mail

FIRST CLASS MAIL
Association of Marie Callenders Franchisees, Inc.
Robert Fischer
220 S. Atlantic Blvd
Monterrey Park, CA 91754

FIRST CLASS MAIL
Nexstar Broadcasting, Inc.
Legal Department
545 East John Carpenter Fwy
Suite 700
Irving, TX 75062

FIRST CLASS MAIL
Servpro of Citrus Heights, Roseville and Carmichael
701 Del Paso Road
Sacramento, CA 95834

FIRST CLASS MAIL
Abrams, Lee N.
2315 Meadow Drive South
Wilmette, IL 60091

FIRST CLASS MAIL
BTIG, LLC
Attention Alexia Petrou, Legal
65 East 55th Street
New York, NY 10022

FIRST CLASS MAIL
McKee, Ruth W.
1085 Dale St. SW # 126
Hutchinson, MN 55350

FIRST CLASS MAIL
Alvarado, Wynne
10911 Paramount Blvd
Downey, CA 90241

FIRST CLASS MAIL
Andrews, Carissa

6429 Bridge Rd, Apt 102
Madison, WI 53713

FIRST CLASS MAIL
Barnes, Bryce
3697 Kershaw Camden Hwy
Jefferson, SC 29718

FIRST CLASS MAIL
Barrios, Christopher
1282 East Sequoia
Tulare, CA 93274

FIRST CLASS MAIL
Best, Shaunae
2524 Strawberry Terrace
Northport, FL 34286

FIRST CLASS MAIL
Cabrera, Melissa
1426 E Larkwood St
West Covina, CA 91791

FIRST CLASS MAIL
Caudillo, Adriana
2446 250th St.
Lomita, CA 90717

FIRST CLASS MAIL
Ceja-Rodriguez, Rafael
7551 Franklin Street 3
Buena Park, CA 90621

FIRST CLASS MAIL
Chapman, Nancy
c/o Kevin M. Hanratty, Esq.
1815 Village Center Circle, Ste. 140
Las Vegas, NV 89134

FIRST CLASS MAIL
Cook, Channie
5168 Zenith Parkway #3
Machesney, IL 61115

FIRST CLASS MAIL
Daniels, Taylor

1245 S. Petit Avenue
#308
Ventura, CA 93004

FIRST CLASS MAIL
Deloreto, Michael
2201 81 St
Saint Petersburg, FL 33710

FIRST CLASS MAIL
Donnelly, Sheila
3155 South 2000 E, Apt A
Salt Lake City, UT 84109

FIRST CLASS MAIL
Draheim, Bryan
517 S Washington Ave
Mason City, IA 50401

FIRST CLASS MAIL
Duffee, Christopher
2335 Stewart Ave Apt 311
Saint Paul, MN 55116-3062

FIRST CLASS MAIL
Galassos Bakery
MaryAnn Sclifo
10820 San Sevaine Way
Mira Loma, CA 91752

FIRST CLASS MAIL
General Parts, L.L.C.
Attn Connie Bauman
11311 Hampshire Avenue South
Bloomington, MN 55438

FIRST CLASS MAIL
Goodreau, Robert
2818 N Nebraska Ave
Tampa, FL 33602

FIRST CLASS MAIL
Gordon, Angela
2320 Washington Street
Burlington, IA 52601

FIRST CLASS MAIL
Grandinetti, Maria
306 Maine Pl
Lehigh Acres, FL 33936-4946

FIRST CLASS MAIL
Haag, Marilynn
9100 Northwood Pkwy
New Hope, MN 55427

FIRST CLASS MAIL
Holm, Angel
304 Court Dr
New Salem, ND 58563

FIRST CLASS MAIL
Kuyat, Leila
6655 Palm Ave.
#95
Riverside, CA 92506

FIRST CLASS MAIL
Modesto Irrigation District
1231 11th Street
Modesto, CA 95354

FIRST CLASS MAIL
Moore, Taylor
431 South 4th Ave West
Newton, IA 50208

FIRST CLASS MAIL
Phiffer, Vincent
905 Liberty Ave
Beloit, WI 53511

FIRST CLASS MAIL
Price, Lauren
1207 Oak Drive
Leesburg, FL 34748

FIRST CLASS MAIL
Radford, Jason
600 Ravenshill Way
Deland, FL 32724

FIRST CLASS MAIL
Rambo, Rose
1151 166th St
Dresser, WI 54009

FIRST CLASS MAIL
Register Tape Unlimited
1445 Langham Creek Drive
Houston, TX 77084

FIRST CLASS MAIL
Rios, Marcos
3544 Easton Avenue
Bethlehem, PA 18020

FIRST CLASS MAIL
Serrato, Mario
403 S Sheridan St.
Corona, CA 92882

Perkins & Marie Callender's
2002 Service List EMAIL
Case No. 19-11743
Document No. 230336
05 – First Class Mail
57 – Emails


(Liq Trust Counsel)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
Email:  bsandler@pszj.com
crobinson@pszj.com
pkeane@pszjlaw.com

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346-6787

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104

**FIRST CLASS MAIL**
(Counsel for State of Ohio)
Robert L. Doty, Esquire
Assistant Attorney General
Collections Enforcement, Toledo Regional
Office
One Government Center, Suite 1240
Toledo, OH  43604-2261

**FIRST CLASS MAIL**
Tulare County Tax Collector
Mayra Alcantar, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA  93291-4593

**FIRST CLASS MAIL**
(Counsel for Wells Fargo Vendor Financial
Services LLC fka GE Capital Information
Technology Solutions c/o A Ricoh USA
Program f/d/b/a IKON Financial Services)
Christine R. Etheridge, Esq.
PO Box 13708
Macon, GA  31208-3708

**EMAIL**
(Local Counsel for the Debtors)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
Megan E. Kenney, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email:  defranceschi@rlf.com
merchant@rlf.com
shapiro@rlf.com
haywood@rlf.com
kenney@rlf.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC;
Counsel for DJ-9, Inc.)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N Market Street, 11th Floor
Wilmington, DE  19801
Email:  heilmanl@ballardspahr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Erin R. Fay, Esquire
Evan Miller, Esquire
Bayard PA
600 N King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com;
emiller@bayardlaw.com

**EMAIL**
(Counsel for Liberty Property Limited
Partnership)
John E. Lucian, Esquire
Jose F. Bibiloni, Esquire
Blank Rome LLP
1201 N Market Street, Suite 800
Wilmington, DE 19801
Email: lucian@blankrome.com;
jbibiloni@blankrome.com

**EMAIL**
(Counsel to Bank of America, N.A., as
Administrative Agent)
Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 990
Wilmington, DE 19801
Email: mark.pfeiffer@bipc.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
William E. Chipman, Jr., Esquire
Mark D Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, DE 19801-6101
Email: chipman@chipmanbrown.com;
olivere@chipmanbrown.com

**EMAIL**
(Counsel for Kimco Landlords; Counsel for
Waste Management)
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin and Browder,
P.A.
1201 N Orange Street, Suite 400
Wilmington, DE 19801
Email: rmersky@monlaw.com

**EMAIL**
Delaware Department of Justice
Delaware Attorney General
Kathy Jennings, Esquire
Carvel State Building
820 N French Street
Wilmington, DE 19801
Email: attorney.general@state.de.us

**EMAIL**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE 19801
Email: attorney.general@state.de.us

**EMAIL**
Linda J. Casey, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Linda.Casey@usdoj.gov

**EMAIL**
David C. Weiss, Esquire
US Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
Email: usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel for WF PP Realty, LLC)
William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801-6101
Email:  chipman@chipmanbrown.com
olivere@chipmanbrown.com

**EMAIL**
(Counsel for The Buntin Group)
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
Email:  jfalgowski@burr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Kevin Chiu, Esquire
Baker Botts LLP
2001 Ross Avenue Suite 900
Dallas, TX  75201
Email: kevin.chiu@bakerbotts.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC)
Craig Solomon Ganz, Esquire
Michael DiGiacomo, Esquire
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004
Email:  ganzc@ballardspahr.com;
digiacomom@ballardspahr.com

**EMAIL**
(Counsel for BICO Associates GP)
Russell W. Savory, Esquire
Beard & Savory, PLLC
119 South Main Street, Suite 500
Memphis, TN  38103
Email:  Russell.savory@gmail.com

**EMAIL**
(Counsel for AEI Fund Management, Inc.)
John M. Koneck, Esquire
Fredrikson & Byron, P.A.
200 South Sixth St, Ste 4000
Minneapolis, MN  55402-1425
Email:  jkoneck@fredlaw.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
J. Bennett Friedman, Esquire
Friedman Law Group, P.C.
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA  90067
Email:  jfriedman@flg-law.com

**EMAIL**
(Counsel for National Retail Properties, Inc)
Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178
Email:  KDWBankruptcyDepartment@
kelleydrye.com; rlehane@kelleydrye.com;
jraviele@kelleydrye.com

**EMAIL**
(Counsel for the Missouri Department of
Revenue)
Sheryl L. Moreau, Esquire
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475
Email:  deecf@dor.mo.gov

**EMAIL**
(Proposed Counsel for the Debtors)
Scott L. Alberino, Esquire
Joanna Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Email:  salberino@akingump.com
jnewdeck@akingump.com

**EMAIL**
(Counsel to Regions Bank)
E. Franklin Childress, Jr., Esquire
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Avenue, Suite 200
Memphis, TN  38103
Email:  fchildress@bakerdonelson.com

**EMAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903
Email:  dosdoc_bankruptcy@state.de.us

**EMAIL**
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE  19904
Email:  statetreasurer@state.de.us

**EMAIL**
Susanne Larson, Esquire
Internal Revenue Service
31 Hopkins Plz, Rm 1150
Baltimore, MD  21201
Email:  SBSE.Insolvency.Balt@irs.gov

**EMAIL**
Claims and Noticing Agent
Andres Estrada
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA  90245
Email:  PMCIinfo@kccllc.com

**EMAIL**
G Jeffrey Boujoukos, Esquire
Securities & Exchange Commission
1617 JFK Boulevard, Ste 520
Philadelphia, PA  19103
Email:  philadelphia@sec.gov

**EMAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC  20549
Email:  SECBankruptcy-OGC-
ADO@SEC.GOV

**EMAIL**
Andrew Calamari, Esquire
Securities & Exchange Commission NY
Office
Brookfield Place
200 Vesey St, Ste 400
New York, NY  10281-1022
Email:  bankruptcynoticeschr@sec.gov

**EMAIL**
(Counsel to the Agent Under the Debtors'
Prepetition Credit Facility / Counsel to the
DIP Agent Counsel to Bank of America,
N.A., as Administrative Agent)
David L Eades, Esquire
David S. Walls, Esquire
Luis M. Lluberas, Esquire
Gabriel L. Mathless, Esquire
Moore & Van Allen PLLC
100 N Tryon St, Suite 4700
Charlotte, NC  28202
Email:  davideades@mvalaw.com;
luislluberas@mvalaw.com;
davidwalls@mvalaw.com;
gabrielmathless@mvalaw.com

**EMAIL**
(Counsel to Mitchel Cory Family LLC)
Gerald P. Kennedy, Esquire
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA  92101
Email:  Gerald.kennedy@procopio.com

**EMAIL**
(Counsel for WF PP Realty, LLC)
Howard J. Berman, Esquire
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Email: hberman@egsllp.com

**EMAIL**
(Counsel for North Port Salford, LLC and
Winter Park University 6245P, LLC)
Anthony J. D'Artiglio, Esquire
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, NJ 07424
Email: ajd@ansellgrimm.com

**EMAIL**
(Counsel for The Buntin Group)
David W. Houston, IV, Esquire
J. Patrick Warfield, Esquire
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Email: dhouston@burr.com;
pwarfield@burr.com

**EMAIL**
(Counsel for David V. Lees)
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
John C. Gentile, Esquire
Benesch, Friedlander, Coplan & Aranoff
LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Email: jhoover@beneschlaw.com;
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com

**EMAIL**
(Counsel to Gray-Bays, LLC)
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Email: mbreslauer@swsslaw.com;
wyones@swsslaw.com

**EMAIL**
(Counsel to SFT Holdings, LLC)
Daniel E. Vaknin, Esquire
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Email: daniel@macfern.com

**EMAIL**
(Counsel for U.S. Cities Fund Operating,
LP)
Stephen B. Gerald, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Email: sgerald@wtplaw.com

**EMAIL**
(Counsel to U.S. Cities Fund Operating, LP)
Dennis J. Schaffer, Esquire
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD 21201
Email: dschaffer@wtplaw.com

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com