IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Pancakes & Pies, LLC.[1] | ) ) ) | Case No. 19-11743 (JTD) |
|  Post-Effective Date Debtor. | ) ) ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 30, 2021 AT 11:00 A.M. (ET)**

> **AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**I.     RESOLVED MATTER:**

1. Liquidating Trustee's Motion to Approve Stipulation with Stanley Leese Regarding Relief from Plan Injunction [Docket No. 807; filed May 25, 2021]

    Response/Objection Deadline:    June 8, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

    i.  Certification of No Objection Regarding Liquidating Trustee's Motion to Approve Stipulation with Stanley Leese Regarding Relief from Plan Injunction [Docket No. 811; filed June 9, 2021]

    ii. Order Approving Stipulation with Stanley Leese Regarding Relief from Plan Injunction [Docket No. 812; entered June 9, 2021]

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435).  The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

2

      <u>Status</u>: On June 9, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated:  June 28, 2021
       Wilmington, Delaware

                                          */s/  Megan E. Kenney*
                                          **RICHARDS, LAYTON & FINGER, P.A.**
                                          Daniel J. DeFranceschi (No. 2732)
                                          Michael J. Merchant (No. 3854)
                                          Zachary I. Shapiro (No. 5103)
                                          Brett M. Haywood (No. 6166)
                                          Megan E. Kenney (No. 6426)
                                          Sarah E. Silveira (No. 6580)
                                          One Rodney Square
                                          920 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 651-7700
                                          Facsimile: (302) 651-7701

                                          *Counsel to the Post-Effective Date Debtor*