**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | Ref. Docket No. 813 |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (NO LIABILITY CLAIMS AND OVERSTATED CLAIMS)**

**PLEASE TAKE NOTICE** that on June 11, 2021, Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust"), filed the *Liquidating Trustee's Fourth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims and Overstated Claims)* [Docket No. 813] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A hearing on the Omnibus Objection is scheduled for July 22, 2021, at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been submitted to Chambers of the Honorable John T. Dorsey (with all attachments) together with a copy of the Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Liquidating Trustee.

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

| | |
|---|---|
| Dated:  July 8, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Michael R. Seidl* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Shirley S. Cho (*admitted pro hac vice*) |
| | Michael R. Seidl (DE Bar No. 3889) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P O Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | scho@pszjlaw.com |
| | mseidl@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel for the Liquidating Trustee* |