## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PANCAKES & PIES, LLC,[1]<br><br>      Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD)<br><br>**Ref. Docket No. 815** |

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE LIQUIDATING TRUSTEE'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS (LATE CLAIMS, STOCK CLAIMS, AND NO SUPPORT CLAIMS)

**PLEASE TAKE NOTICE** that on June 11, 2021, Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust"), filed the *Liquidating Trustee's Sixth Omnibus Objection (Non-Substantive) to Certain Claims (Late Claims, Stock Claims, and No Support Claims)* [Docket No. 815] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A hearing on the Omnibus Objection is scheduled for July 22, 2021, at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been submitted to Chambers of the Honorable John T. Dorsey (with all attachments) together with a copy of the Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Liquidating Trustee.

Dated: July 8, 2021                                                        PACHULSKI STANG ZIEHL & JONES LLP

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

        */s/ Michael R. Seidl*
        Bradford J. Sandler (DE Bar No. 4142)
        Shirley S. Cho (*admitted pro hac vice*)
        Michael R. Seidl (DE Bar No. 3889)
        Colin R. Robinson (DE Bar No. 5524)
        Peter J. Keane (DE Bar No. 5503)
        919 N. Market Street, 17th Floor
        P O Box 8705
        Wilmington, DE 19899 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:   (302) 652-4400
        Email:  bsandler@pszjlaw.com
            scho@pszjlaw.com
            mseidl@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

        *Counsel for the Liquidating Trustee*