IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PANCAKES & PIES, LLC,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**  **TIME**

August 25, 2021   10:00 a.m. (Eastern Time) (Omnibus Hearing)

**Dated: July 16th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**