## **EXHIBIT A**

| Claim # | Creditor Schedule # | Creditor Number | Creditor | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Zip +4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3202817 | 3202817 | 2554301 ONTARIO INC | | 1097-1099 KINGSTON RD | UNIT #1 | | PICKERING | ON | L1V1B5 | Canada |
| 163 | | 163 | ACCOUNTEMPS | ROBERT HALF | RECOVERY DEPT | PO BOX 5024 | | SAN RAMON | CA | 94583 | |
| | 3202844 | 3202844 | ACCOUNTEMPS INC | | 12400 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 | |
| | 3202865 | 3202865 | ALAN SZAFLARSKI | | 416 COLONIAL DR. | | | GRAND ISLAND | NY | 14072 | |
| | 3202892 | 3202892 | AMERICAN CARPET CLEANING INC. | | 12330 ECLIPSE CT. | | | NEW PORT RICHEY | FL | 34654 | |
| 1,063 | 3202926 | 1063 | ASPEN CREEK PLUMBING & HEATING LLC | | 20271 STATE HWY 18 | | | BRAINERD | MN | 56401 | |
| | 3202928 | 3202928 | ATLAS ELECTRIC MOTOR SERVICE | | 76 CUMMINGS DRIVE | | | WALTON | KY | 41094 | |
| | 3202947 | 3202947 | BAUGH SUPPLY CHAIN COOPERATIVE | | 1390 ENCLAVE PARKWAY #A1004 | | | HOUSTON | TX | 77077 | |
| 982 | | 982 | BELLSOUTH TELECOMMUNICATIONS, INC. | KAREN CAVAGNARO, ESQ. | C/O ATT SERVICES, INC. | ONE ATT WAY, ROOM 3A104 | | BEDMINSTER | NJ | 07921 | |
| 511 | | 511 | BISHOP CONTRACTING, INC. DBA BISHOP AIR SERVICE | | 850 S BOULDER HIGHWAY #190 | | | HENDERSON | NV | 89015 | |
| | 3204039 | 3204039 | BLUE HERON ENTERPRISES | | PO BOX 2817 | | | RICHMOND HILL | GA | 31324 | |
| | 3202972 | 3202972 | BOB DAVIS | | 1365 CRESTOVER COURT | | | DAVIS | IL | 61019 | |
| | 3203005 | 3203005 | CALIFORNIA CORPORATIONS COMM | DEPT CORPORATIONS | 320 WEST FOURTH STREET #750 | | | LOS ANGELES | CA | 90013 | |
| | 3204288 | 3204288 | CALIFORNIA STATE DISBURSEMENT | | P.O. BOX 989067 | | | WEST SACRAMENTO | CA | 95798 | |
| | 3203016 | 3203016 | CAREERBUILDER, LLC | | 13047 COLLECTION CENTER DRIVE | | | CHICAGO | IL | 60693-0130 | |
| | 3203028 | 3203028 | CCH INCORPORATED | | PO BOX 4307 | | | CAROL STREAM | IL | 60197-4307 | |
| | 3203030 | 3203030 | CEDAR RAPIDS POLICE DEPT. | | 505 1ST STREET S.W. | | | CEDAR RAPIDS | IA | 52404 | |
| 270 | | 270 | CENTERPOINT ENERGY | | PO BOX 1700 | | | HOUSTON | TX | 77251 | |
| | 3203032 | 3203032 | CENTRAL CHILD SUPPORT RECEIPT | | PO BOX 305200 | | | NASHVILLE | TN | 37229 | |
| 33 | | 33 | CHERRY CENTRAL COOPERATIVE, INC. | CHERRY CENTRAL | 1771 N US 31 S | PO BOX 988 | | TRAVERSE CITY | MI | 49685 | |
| | 3203066 | 3203066 | CINCINNATI BELTING & TRANS INC | | 7152 SOLUTION CENTER | | | CHICAGO | IL | 60677 | |
| 440 | | 440 | CIT BANK NA | C/O BANKRUPTCY PROCESSING SOLUTIONS | PO BOX 593007 | | | SAN ANTONIO | TX | 78259 | |
| 685 | 3204704 | 685 | CITY OF ANAHEIM, CA | CREDIT AND COLLECTIONS | PO BOX 3069 | | | ANAHEIM | CA | 92803-3069 | |
| 679 | | 679 | CITY OF LA CROSSE WATER UTILITY | | 400 LA CROSSE STREET | | | LA CROSSE | WI | 54601 | |
| 515 | | 515 | CITY OF NEENAH | JULIE ROSENAU | 211 WALNUT ST | PO BOX 426 | | NEENAH | WI | 54957 | |
| 1,177 | | 1177 | CITY OF ORANGE | ATTN JESSICA BORCHARDT | PO BOX 11024 | | | ORANGE | CA | 92856-8124 | |
| 932 | | 932 | CITY OF PORT ST. LUCIE UTILITY SYSTEMS DEVELOPMENT | | 121 SW PORT ST. LUCIE BLVD | | | PORT ST. LUCIE | FL | 34984 | |
| 1,076 | | 1076 | CITY OF TAMPA UTILITIES | | 315 E. KENNEDY BLVD, 5TH FLOOR | | | TAMPA | FL | 33602 | |
| 494 | | 494 | CITY TREASURER MADISON - WI | MADISON WATER UTILITY | 119 E. OLIN AVENUE | | | MADISON | WI | 53713 | |
| | 3204418 | 3204418 | CLASSIC DIST & BEV GROUP | | PO BOX 60397 | | | LOS ANGELES | CA | 90060 | |
| 85 | | 85 | CLEAN AND FRESH | | P.O. BOX 137471 | | | CLERMONT | FL | 34714 | |
| 134 | | 134 | CLEAN IOWA, INC. | | 1450 NE 69TH PL, SUITE 50 | | | ANKENY | IA | 50021 | |
| | 3202807 | 3202807 | COLORADO STATE TREASURER | | PO BOX 46541 | | | DENVER | CO | 80201-6541 | |
| | 3202662 | 3202662 | COMMERCIAL GASKETS OF CENT. FL | | ATTN GARY STRATTON | 757 N. HWY. 17-92 #101 | | LONGWOOD | FL | 32750 | |
| | 3202665 | 3202665 | CTV MEDIA INC. | | 1490 MANNING PARKWAY | ATTN LIZ HOLBERT | | POWELL | OH | 43065 | |
| 921 | | 921 | DAVACO, INC | JASON MELVIN | 4050 VALLEY VIEW LANE, SUITE 150 | | | IRVING | TX | 75038 | |
| | 3203171 | 3203171 | DAVID BLOUIN | | 2124 KIRKLAND | | | AUBURNDALE | FL | 33823 | |
| | 3203179 | 3203179 | DEAN FOODS NORTH CENTRAL, INC. | | P.O. BOX 1450, NW 8318 | | | MINNEAPOLIS | MN | 55485-8318 | |
| | 3203188 | 3203188 | DEPARTMENT OF EDUCATION AWG | | P O BOX 790356 | | | ST LOUIS | MO | 63179-0356 | |
| 617 | | 617 | DEPARTMENT OF WATER AND POWER, CITY OF LOS ANGELES | ATTN BANKRUPTCY | PO BOX 51111 | | | LOS ANGELES | CA | 90051-5700 | |
| | 3203195 | 3203195 | DESTINYS CATERING | | 10 ENFIELD STREET | | | GREENHILLS | OH | 45218 | |
| 607 | | 607 | DIRECT ENERGY BUSINESS | BRIAN KEOGH - ACCOUNTS RECEIVABLE | 194 WOOD AVENUE SOUTH - 2ND FLOOR | FRONT FOYER | | ISELIN | NJ | 08830 | |
| | 3203206 | 3203206 | DIVERSIFIED COLLECTION SERVICE | | P O BOX 9055 | | | PLEASANTON | CA | 94566-9055 | |
| | 3203214 | 3203214 | DOUGS CHEM-DRY CARPET CARE | | 810 RABBIT RUN RD. | | | JEFFERSON CITY | MO | 65109-3224 | |
| 704 | 3203219 | 704 | DUNSTAN & SON PLUMBING CO INC | | 1127 W MAIN STREET | | | LEESBURG | FL | 34748 | |
| 624 | | 624 | ERACLIDES, GELMAN, HALL, INDEK, PA | REBECCA OKEEFE | 2030 BEE RIDGE ROAD | | | SARASOTA, | FL | 34239 | |
| | 3203248 | 3203248 | ERNST FLUID POWER CO INC | | P.O. BOX 13267 | | | DAYTON | OH | 45413 | |
| 701 | | 701 | EVANS ENTERPRISES | | 206-A SOUTH LOOP 336W #287 | | | CONROE | TX | 77304 | |
| | 3203251 | 3203251 | FAIRMONT FIRE SYSTEMS INC | | 209 DOWNTOWN PLAZA | | | FAIRMONT | MN | 56031 | |
| | 3204043 | 3204043 | FILLE INC | | 401 W ROUTE 38 | | | MOORESTOWN | NJ | 08057-3235 | |
| 862 | | 862 | FIRE SERVICE CORP. | | 25132 TASMAN RD | | | LAGUNA HILLS | CA | 92653 | |
| | 3203270 | 3203270 | FIREMASTER | | DEPT 1019 | PO BOX 121019 | | DALLAS | TX | 75312-1019 | |
| 483 | | 483 | FLORIDA HANDLING SYSTEMS, INC | | 2651 STATE ROAD 60 WEST | | | BARTOW | FL | 33830 | |
| | 3203295 | 3203295 | FLORIDA ST DISBURSEMENT UNIT | | P O BOX 8500 | | | TALLAHASSEE | FL | 32314-8500 | |
| | 3204468 | 3204468 | FRANKLIN MACHINE PRODUCTS, INC. | | PO BOX 74007311 | | | CHICAGO | IL | 60674-7311 | |
| 83 | 3202785 | 83 | FRONTIER LIGHTING INC | | 2090 PALMETTO STREET | | | CLEARWATER | FL | 33765 | |
| | 3203320 | 3203320 | FULLERS LAWN CARE | PRESSURE WASHING INC | P O BOX 160908 | | | ALTAMONTE | FL | 32716 | |
| | 3204473 | 3204473 | GAMEDAY MEDIA | | P.O. BOX 2269 | | | LAKE OSWEGO | OR | 97035 | |
| | 3202789 | 3202789 | GILBERT FOODSERVICE INC | | 4005 STUART ANDREW BLVD | | | CHARLOTTE | NC | 28217 | |
| 564 | | 564 | GOLDEN STATE WATER CO. | ATTN SHELLY PASALO | PO BOX 9016 | | | SAN DIMAS | CA | 91773-9016 | |
| | 3203373 | 3203373 | H & O DISTRIBUTION INC. | | 325 OSBORNE DRIVE | | | FAIRFIELD | OH | 45014 | |
| | 3203396 | 3203396 | HERSHEY FOODS USA INC | | PO BOX 640227 | | | PITTSBURGH | PA | 15264 | |
| | 3203401 | 3203401 | HINDS BOCK INC | | 2122 - 222ND ST. SE | | | BOTHELL | WA | 98021-4430 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 940 | | 940 | ILLINOIS AMERICAN WATER | AMERICAN WATER | PO BOX 578 | | | ALTON | IL | 62002 |
| | 3203424 | 3203424 | ILLINOIS STATE DISBURSE UNIT | | PO BOX 5400 | | | CAROL STREAM | IL | 60197-5400 |
| | 3203439 | 3203439 | INTERNATIONAL MOLASSES CORP | | 88 MARKET STREET | PO BOX 898 | | SADDLE BROOK | NJ | 07663 |
| 245 | | 245 | INTERNATIONAL MOLASSES CORP LTD. | ANTHONY FERRARO | PO BOX 898 | | | SADDLE BROOK | NJ | 07663 |
| | 3203447 | 3203447 | IOWA STATE DISBURSEMENT UNIT | | P.O. BOX 9125 | | | DES MOINES | IA | 50306-9125 |
| | 3204055 | 3204055 | JDK MANAGEMENT CO., INC. | | 1388 STATE ROUTE 487 | | | BLOOMSBURG | PA | 17815-8905 |
| | 3203472 | 3203472 | JOEL BRITZMAN | | 492 WINDING CREEK PLACE | | | LONGWOOD | FL | 32779 |
| 604 | | 604 | JOHNSON COUNTY WASTEWATER | CUSTOMER SERVICE | 11811 S. SUNSET DRIVE, SUITE 2500 | | | OLATHE | KS | 66061 |
| | 3202614 | 3202614 | JOY POWERS | | 9936 KENDAL DR | | | ORLANDO | FL | 32817 |
| | 3203517 | 3203517 | KUPERS KAKES, INC. | | 2604 W 41ST STREET | | | SIOUX FALLS | SD | 57105-6101 |
| 978 | 3204138 | 978 | LCEC- LEE COUNTY ELECTRIC COOPERATIVE | | PO BOX 3455 | | | NORTH FORT MYERS | FL | 33918-3455 |
| | 3203547 | 3203547 | LINN COUNTY SHERIFF | ATTN FINANCIAL DIVISION | P.O. BOX 669 | | | CEDAR RAPIDS | IA | 52406-0669 |
| | 3204307 | 3204307 | LOS ANGELES COUNTY SHERIFF | | P O BOX 843580 | | | LOS ANGELES | CA | 90084-3580 |
| | 3202790 | 3202790 | MAIL FINANCE | | DEPT 3682 | PO BOX 123682 | | DALLAS | TX | 75312-3682 |
| 632 | | 632 | MARKET SQUARE SERVICES INC. | | 24586 GARRETT HWY SUITE 100B | | | MCHENRY | MD | 21541 |
| | 3203571 | 3203571 | MARYLAND OFF OF ATTORNEY GENER | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 |
| | 3204659 | 3204659 | MC WHOLESALERS | | 6075 POPLAR AVENUE | SUITE 800 | | MEMPHIS | TN | 38119-4709 |
| 224 | | 224 | MCMASTER-CARR SUPPLY CO | | 9630 NORWALK BLVD | | | SANTA FE SPRINGS | CA | 90670 |
| 186 | | 186 | MEMPHIS LIGHT GAS AND WATER | | PO BOX 430 | | | MEMPHIS | TN | 38101 |
| 38 | | 38 | MERCHANT-LINK, LLC | ATTN LEGAL | 8401 COLESVILLE RD, STE 750 | | | SILVER SPRING | MD | 20910 |
| | 3203602 | 3203602 | MINNESOTA CHILD SUPPORT PAY CT | | P.O. Box 64306 | | | ST. PAUL | MN | 55164 |
| 177 | | 177 | MONTANA DAKOTA UTILITIES | | PO BOX 5600 | | | BISMARCK | ND | 58503 |
| 39 | | 39 | NEI ELECTRIC, INC | | 3233 LOUIS AVE | | | EAU CLAIRE | WI | 54703 |
| 255 | | 255 | NEW CARBON COMPANY, LLC | JOSEPH T. CROWLEY | 50 APPLIED BANK BLVD | | | GLEN MILLS | PA | 19342 |
| | 3202781 | 3202781 | NEW JERSEY LOGOS LLC | | 1230 PARKWAY AVE SUITE 100 | | | WEST TRENTON | NJ | 08628-3018 |
| | 3203635 | 3203635 | NEW YORK DEPT OF LAW | | 120 BROADWAY | 23RD FLOOR | | NEW YORK | NY | 10271 |
| | 3203644 | 3203644 | NORTH DAKOTA STATE DISB. UNIT | | P.O. BOX 7280 | | | BISMARCK | ND | 58507-7280 |
| 441 | 3204214 | 441 | NORTH PORT UTILITIES, FL | | 4970 CITY HALL BLVD | | | NORTH PORT | FL | 34286 |
| 46 | | 46 | NUCO2, LLC | | 2800 SE MARKET PLACE | | | STUART | FL | 34997 |
| 162 | | 162 | OFFICETEAM | ROBERT HALF | RECOVERY DEPT | PO BOX 5024 | | SAN RAMON | CA | 94583 |
| 253 | | 253 | ONTARIO MUNICIPAL UTILITIES COMPANY | | 1333 S BON VIEW AV | | | ONTARIO | CA | 91761 |
| 1,028 | 3203666 | 1028 | OSBORNE TRUCKING COMPANY, INC. | | 325 OSBORNE DRIVE | | | FAIRFIELD | OH | 45014 |
| 291 | | 291 | PARK OUTDOOR ADVERTISING OF NY INC | | 11 ASCOT PLACE | | | ITHACA | NY | 14850 |
| | 3203684 | 3203684 | PERFORMANT NATIONAL PMT CTR | | PO BOX 205789 | | | DALLAS | TX | 75320 |
| | 3202780 | 3202780 | PERKINS RESTAURANT & BAKERY | | PO BOX 158 | | | MCHENRY | MD | 21541 |
| 716 | | 716 | PK PAVILIONS PLACE LP | C/O SUSAN MASONE | 500 NORTH BROADWAY, SUITE 201 | | | JERICHO | NY | 11753 |
| | 3203712 | 3203712 | PRO SWEEP | | 794 WEST MAIN AVE STE B | | | WEST FARGO | ND | 58078 |
| 281 | | 281 | REPUBLIC SERVICES LLC DIV 798 | JESSICA R HEDRICK | 11563 MOSTELLER RD | | | CINCINNATI | OH | 45241 |
| 393 | 3203775 | 393 | ROCKY MOUNTAIN SEWER-JET INC. | | 14697 E EASTER AVE, SUITE D | | | CENTENNIAL | CO | 80112 |
| 428 | 3203781 | 428 | RONS REFRIGERATION & AIR CONDITIONING, LLC | | 2431 49TH ST. SOUTH | | | WISCONSIN RAPIDS | WI | 54494 |
| | 3203824 | 3203824 | SHAMROCK GROUP INC. | | 2900 5TH AVENUE SOUTH | | | MINNEAPOLIS | MN | 55408 |
| | 3202795 | 3202795 | SHRED IT | | 23166 NETWORK PLACE | | | CHICAGO | IL | 60673-1252 |
| 62 | | 62 | SMUD | ATTN A255 | PO BOX 15830 | | | SACRAMENTO | CA | 95852 |
| | 3203845 | 3203845 | SOUTHEASTERN PROTECTION SV INC | | 1681 E E WILLIAMSON RD STE1001 | | | LONGWOOD | FL | 32779 |
| | 3203847 | 3203847 | SOUTHERN WINE & SPIRITS OF FLA | | PO BOX 864921 | | | ORLANDO | FL | 32886-4921 |
| | 3204602 | 3204602 | SOUTHERN WINE & SPIRITS/NC | | PO BOX 742313 | | | LOS ANGELES | CA | 90074-2313 |
| 370 | 3203876 | 370 | STACI ADAMS | | 1601 E OKLAHOMA | | | PONCA CITY | OK | 74601 |
| | 3203868 | 3203868 | STATUS HOSPITALITY MGMT, LLC | | 933 E 910 S. SUITE 102 | | | PROVO | UT | 84606 |
| | 3203874 | 3203874 | STEPHANIE WEIL | | 2391 HUMMINBIRD LN | | | HEBRON | KY | 41048 |
| | 3203894 | 3203894 | SUSAN M KRUSE | | 18854 WYNNFIELD ROAD | | | EDEN PRAIRIE | MN | 55347 |
| | 3204622 | 3204622 | SYSCO | | P.O. BOX 27638 | | | SALT LAKE CITY | UT | 84127-0638 |
| 335 | | 335 | THE DAVID W. UPHAM TRUST OF 2018, MADELINE RUCIRETA, MARY LYNN TATHAM, MARJORY BRADY, ANDREW J. SINDONI, MICHAEL F. SINDONI | MARY LYNN TATHAM | 1205 N. CHRISTINE ST. | | | ORANGE | CA | 92869 |
| | 3203958 | 3203958 | TYLERS LOCK & KEY SER INC | | 821 JEFFERSON ST. | | | JEFFERSON CITY | MO | 65101 |
| | 3202813 | 3202813 | UNUM LIFE INSURANCE | | P.O. BOX 740591 | | | ATLANTA | GA | 30374-0591 |
| | 3203972 | 3203972 | US DEPARTMENT OF EDUCATION AWG | | PO BOX 790356 | | | ST.LOUIS | MO | 63179-0356 |
| | 3203984 | 3203984 | US-FOODSERVICE-MEMPHIS | TOM MCLAUGHLIN | BANK OF AMERICA | LOCK BOX 281834 | 6000 FELDWOOD ROAD, 5TH FLR. | COLLEGE PARK | GA | 30349 |
| | 3203998 | 3203998 | VIDEO JET TECHN. | | 12113 COLLECTION CENTER DR. | | | CHICAGO | IL | 60693 |
| | 3203999 | 3203999 | VIKING AUTOMATIC SPRINKLER INC | | PO BOX 74008409 | | | CHICAGO | IL | 60674-8409 |
| | 3204005 | 3204005 | WALKER-J-WALKER INC. | | PO BOX 971264 | | | DALLAS | TX | 75397 |
| | 3204017 | 3204017 | WENCL PLUMBING & HTG INC | | 1082 SE 38TH ST | | | OWATONNA | MN | 55060 |
| | 3204028 | 3204028 | WISCONSIN SCTF | | P.O. BOX 74400 | | | MILWAUKEE | WI | 53274-0400 |