**Exhibit 1**

**No Liability Claims**

**EXHIBIT 1**

**No Liability or Basis Per the Debtors Books and Records**

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Association of Marie Callenders Franchisees, Inc. Robert Fischer 220 S. Atlantic Blvd Monterry Park, CA 91754 | 1209 | $204,648.03 | General Unsecured | No basis per the Debtors' books and records. The related franchise contracts assumed by the Purchasers. The Debtors have no liability to franchisee. |
| 2. | C S Joint Venture II Arthur W. Jorgensen III 9614 Hill Creek Drive Suite 301 Verona, WI 53593 | 1198 | $0.00 | General Unsecured | Claim filed is an amended claim related to an assumed / assigned lease. Debtors' records indicate that cure amount was paid. Claim filed at $0.00. |
| 3. | Hearst Television Inc KCCI 888 9th St Des Moines, IA 50309 | 326 | $14,705.85 | General Unsecured | No basis per the Debtors' books and records. Claim is for advertising services performed by KCCI, and billed to the Bunting Group, for advertising performed on behalf of the Debtors. The Bunting Group contract was assumed by the Purchasers. The Debtors have no liability. |

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 4. | Pedram Minoofar<br>Yadegar, Minoofar &<br>Soleymani LLP<br>1875 Century Park East,<br>Suite 1240<br>Los Angeles, CA 90067 | 1023 | $810,193.40 | General Unsecured | No basis per the Debtors' books and records. |
| 5. | Missouri Department of<br>Revenue<br>PO Box 475<br>Jefferson City, MO 65105 | 1205 | $0.00 | General Unsecured | Claim amends previously filed claim. Claim filed at $0.00. |
| 6. | Missouri Department of<br>Revenue<br>PO Box 475<br>Jefferson City, MO 65105 | 1206 | $0.00 | General Unsecured | Claim amends previously filed claim. Claim filed at $0.00. |
| 7. | Nexstar Broadcasting, Inc.<br>Legal Department<br>545 East John Carpenter<br>Fwy<br>Suite 700<br>Irving, TX 75062 | 1211 | $161,051.60 | General Unsecured | No basis per the Debtors' books and records. Claim is for advertising services billed to the Bunting Group for advertising performed on behalf of the Debtors. The Bunting Group contract was assumed by the Purchasers. The Debtors have no liability. |
| 8. | Southern Glazers Wine and<br>Spirits, LLC<br>Helene Nicholson<br>14911 Quorum Drive, Suite<br>150<br>Dallas, TX 75254 | 316 | $13,281.62 | General Unsecured | No basis per the Debtors' books and records; claim satisfied as 503(b)(9) claim with respect to claim 211. |

2