**<u>Exhibit 2</u>**

**Overstated Claims**

**EXHIBIT 2**

**Overstated Claims to Be Modified**

| | Claimant Name/Address | Claim Number | Claim Amount and Priority | Modified Claim Amount and Priority | Reason for Modification |
|---|---|---|---|---|---|
| 1. | Accent Marketing<br>Gina Thibodeaux<br>4109 Williams Blvd<br>Kenner, LA 70065 | 558 | $2,030.94<br>General<br>Unsecured | $2,224.75<br>General<br>Unsecured | Claim filed for "approx."<br>$2,030.94. Claim scheduled for<br>$2,224.75. |
| 2. | CMYK Printing &<br>Graphics, Inc.<br>1947 Vanderhorn Drive<br>Memphis, TN 38134 | 15 | Blank<br>General<br>Unsecured | $23,925.07<br>General<br>Unsecured | Attachments support a general<br>unsecured claim of $23,925.07. |
| 3. | Crosby, Thomas H.<br>Tony Chen<br>Candet Properties<br>430 S. Garfield Avenue<br>Suite 338<br>Alhambra, CA 91801 | 165 | $53,281.27<br>General<br>Unsecured | $23,593.29<br>General<br>Unsecured | 11 U.S.C. § 502(b)(6) limits a<br>landlord's rejection damages claim<br>to "rent reserved . . . for the greater<br>of one year, or 15 percent, not to<br>exceed three years, of the<br>remaining term." Claim is for<br>lease rejection damages in excess<br>of limits under 502(b)(6). One<br>year limit should be $23,593.29. |
| 4. | Eichenauer Services Inc.<br>2465 North 22nd Street<br>Decatur, IL 62526 | 121 | Blank<br>General<br>Unsecured | $1,546.35<br>General<br>Unsecured | Attachments support a general<br>unsecured claim of $1,546.35. |

| | Claimant Name/Address | Claim Number | Claim Amount and Priority | Modified Claim Amount and Priority | Reason for Modification |
|---|---|---|---|---|---|
| 5. | Hanley, Edward B. and Karen D., Trustees of the Edward B. and Karen D. Hanley Family Living Trust Dated 12/12/2000 and Ronald P. Beard Trustee, of the Ronald P. Beard Trust dated 2/23/1984 Edward B. and Karen D. Hanley 106 Panorama Coto de Caza, CA 92679 | 639 | $125,222.00 General Unsecured | $51,816.00 General Unsecured | 11 U.S.C. § 502(b)(6) limits a landlord's rejection damages claim to "rent reserved . . . for the greater of one year, or 15 percent, not to exceed three years, of the remaining term." Claim is for lease rejection damages in excess of limits under 502(b)(6). Annual rent of $51,816.00 is the larger of the two alternatives and the maximum allowable. |
| 6. | M.L. Coleman, LLC John N. White Williams Barrett & Wilkowski LLP, Attorneys at Law 600 North Emerson Avenue Greenwood, IN 46142 | 506 | $133,792.57 General Unsecured | $102,725.00 General Unsecured | 11 U.S.C. § 502(b)(6) limits a landlord's rejection damages claim to "rent reserved . . . for the greater of one year, or 15 percent, not to exceed three years, of the remaining term." Claim is for lease rejection damages in excess of limits under 502(b)(6). Support provided indicates annual rent of $88,050, plus prepetition rent of $14,675. |

| | Claimant Name/Address | Claim Number | Claim Amount and Priority | Modified Claim Amount and Priority | Reason for Modification |
|---|---|---|---|---|---|
| 7. | Northridge Corner, LLC, A Delaware Limited Liability Company Law Office of Brad S. Sures 10803 Gloria Avenue Granada Hills, CA 91344 | 252 | $893,000.00 General Unsecured | $393,923.12 General Unsecured | 11 U.S.C. § 502(b)(6) limits a landlord's rejection damages claim to "rent reserved . . . for the greater of one year, or 15 percent, not to exceed three years, of the remaining term." Claim is for lease rejection damages in excess of limits under 502(b)(6). Claim should be limited to annual base rent of $363,629, plus pre-petition balance due of $30,294.12. |
| 8. | Segura Investors VIII, LLC and Segura Investors IX, LLC Dennis Gura 1112 Montana Avenue, Suite 722 Santa Monica, CA 90403 | 1113 | $211,125.10 General Unsecured | $169,232.76 General Unsecured | 11 U.S.C. § 502(b)(6) limits a landlord's rejection damages claim to "rent reserved . . . for the greater of one year, or 15 percent, not to exceed three years, of the remaining term." Claim is for lease rejection damages in excess of limits under 502(b)(6). Claim is for more than one year's rent. In addition, claim includes prepetition rent; per Debtors' records, cure amount of $9,225 was paid. |
| 9. | Ultagreen, LLC Irrigation P O Box 857 Janesville, WI 53547-0857 | 1041 | Blank General Unsecured | $15,566.87 General Unsecured | Claim total filed is left blank; attached invoices support a claim for $15,566.87. |