**Exhibit 1**

**Disputed Claims**

## EXHIBIT 1

## Disputed, Contingent, and Unliquidated Claims

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Ballard, Robin L. 2240 E. Wisconsin Avenue Kaukauna, WI 54130 | 81 | $13,177.70 | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 2. | Butcher, Kelly PO Box 128 Plymouth, FL 32768 | 381 | $10,000.00 | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 3. | Chapman, Marvel A. The Winjum Law Firm 1220 Sunset Drive Suite 103 Norwalk, IA 50211 | 257 | $90,000.00 | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 4. | Dunham, Edgar D. 4410 Orange Tree Court St. Joseph, MO 64506 | 272 | Unliquidated | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 5. | Friedman, Vicki Marc I. Simon, Esquire -- Simon and Simon, P.C. 707 Grant Street, Suite 1200 Pittsburgh, PA 15219 | 1025 | Unliquidated | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 6. | Israel, Mark, and Esther Wolfe c/o Michael M. Marzban 16000 Ventura Blvd. Suite 700 Encino, CA 91436 | 914 | $13,100,000 | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 7. | Jackson, Larry 1865 Jellison Street Lakewood, CO 80215 | 922 | Unliquidated | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |

2

DOCS_DE:234607.2 65988/003

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 8. | Michael, Peggy<br>Marc I. Simon, Esquire<br>Simon & Simon, P.C.<br>707 Grant Street<br>Suite 1200<br>Pittsburgh, PA 15219 | 1007 | Unliquidated | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 9. | Rachel, Latoria<br>1101 McNamee St.<br>Leesburg, FL 34748 | 1032 | $20,000.00 | General Unsecured | Alleged wrongful termination claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. No support appended to claim. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 10. | Reynolds, Bonita<br>Will Sutor<br>5401 Gamble Drive<br>Ste 101<br>St Louis Park, MN 55416 | 1004 | $30,000.00 | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 11. | Rodriguez, Roger<br>Attn Thomas J. Miletic<br>Miletic Law Group<br>2600 West Olive Avenue<br>No 510<br>Burbank, CA 91505 | 689 | $25,000.00 | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |

DOCS_DE:234607.2 65988/003

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 12. | Sanitary District # 1 Town of Brockway<br>P.O. Box 484<br>Black River Falls, WI 54615 | 697 | Unliquidated | General Unsecured | Claim identifies claim as "$2,331.86 continually added every quarter with penalties" for "sewer water usage." It's unclear from the claim what claim is or will be asserted. Claim attaches no supporting documents. Claim has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full |
| 13. | Schwartz, Ingrid<br>Law Offices of Gerald L. Marcus<br>24025 Park Sorrento Ste 430<br>Calabasas, CA 91302 | 1009 | $100,000.00 | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |
| 14. | Stevenson, Jimmie L.<br>Scott Jackson<br>1324 E. Grand Avenue<br>PO Box 2403<br>Ponca City, OK 74602 | 970 | Unliquidated | General Unsecured | Alleged personal injury claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |

| Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|
| 15. Wagner, Christa<br>C/O Mary Hoefer, Attorney<br>332 S Linn St., Suite 300<br>Iowa City, IA 52240 | 709 | Unliquidated | General Unsecured | Alleged workers' compensation claim is disputed, contingent, unliquidated, and has no basis in the Debtors' books and records. Claim should be estimated at $0.00 for distribution purposes from the Trust and disallowed in full. |

DOCS_DE:234607.2 65988/003