# Exhibit 1

## Late Claims

EXHIBIT 1

Late Claims

| | Claimant Name/Address | Date Claim Filed | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1. | Association of Marie Callenders Franchisees, Inc. Robert Fischer 220 S. Atlantic Blvd Monterrey Park, CA 91754 | 1/22/2020 | 1209 | $204,648.03 | General Unsecured | Claim filed after bar date. |
| 2. | Nexstar Broadcasting, Inc. Legal Department 545 East John Carpenter Fwy Suite 700 Irving, TX 75062 | 1/29/2020 | 1211 | $161,051.60 | General Unsecured | Claim filed after bar date. |
| 3. | Servpro of Citrus Heights, Roseville and Carmichael 701 Del Paso Road Sacramento, CA 95834 | 1/12/2021 | 1234 | $3,006.81 | General Unsecured | Claim filed after bar date. |