## Exhibit 2

## Stock Claims

**EXHIBIT 2**

**Stock Claims**

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Abrams, Lee N. 2315 Meadow Drive South Wilmette, IL 60091 | 989 | $300,000 / Unliquidated | General Unsecured | Claim based upon ownership of stock; stockholders are entitled to no recovery under the Plan. |
| 2. | BTIG, LLC Attention Alexia Petrou, Legal 65 East 55th Street New York, NY 10022 | 972 | Unliquidated | General Unsecured | Claim based upon ownership of stock; stockholders are entitled to no recovery under the Plan. |
| 3. | McKee, Ruth W. 1085 Dale St. SW # 126 Hutchinson, MN 55350 | 958 | $10,000 | General Unsecured | Claim based upon ownership of stock; stockholders are entitled to no recovery under the Plan. |