2

## Exhibit 3

## No Support Claims

DOCS_DE:234084.2 65988/003

**EXHIBIT 3**

**No Support Claims**

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Alvarado, Wynne<br>10911 Paramount Blvd<br>Downey, CA 90241 | 489 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 2. | Andrews, Carissa<br>6429 Bridge Rd, Apt 102<br>Madison, WI 53713 | 387 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 3. | Barnes, Bryce<br>3697 Kershaw Camden Hwy<br>Jefferson, SC 29718 | 433 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 4. | Barrios, Christopher<br>1282 East Sequoia<br>Tulare, CA 93274 | 384 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 5. | Best, Shaunae<br>2524 Strawberry Terrace<br>Northport, FL 34286 | 382 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 6. | Cabrera, Melissa<br>1426 E Larkwood St<br>West Covina, CA 91791 | 378 | $500,000.00 | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 7. | Caudillo, Adriana<br>2446 250th St..<br>Lomita, CA 90717 | 505 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 8. | Ceja-Rodriguez, Rafael<br>7551 Franklin Street 3<br>Buena Park, CA 90621 | 465 | $20,000,00 | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 9. | Chapman, Nancy<br>c/o Kevin M. Hanratty, Esq.<br>1815 Village Center Circle, Ste. 140<br>Las Vegas, NV 89134 | 623 | $50,000.00 | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 10. | Cook, Channie<br>5168 Zenith Parkway #3<br>Machesney, IL 61115 | 991 | $30,000.00 | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 11. | Daniels, Taylor<br>1245 S. Petit Avenue 308<br>Ventura, CA 93004 | 627 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 12. | Deloreto, Michael<br>2201 81 St<br>Saint Petersburg, FL 33710 | 613 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 13. | Donnelly, Sheila<br>3155 South 2000 E, Apt A<br>Salt Lake City, UT 84109 | 1019 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 14. | Draheim, Bryan<br>517 S Washington Ave<br>Mason City, IA 50401 | 390 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 15. | Duffee, Christopher<br>2335 Stewart Ave Apt 311<br>Saint Paul, MN 55116-3062 | 477 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 16. | Galassos Bakery<br>MaryAnn Sclifo<br>10820 San Sevaine Way<br>Mira Loma, CA 91752 | 286 | $29,981.41 | General Unsecured | No supporting evidence attached to proof of claim. Scheduled claim of $28,747.45 will be allowed. |
| 17. | General Parts, L.L.C.<br>Attn Connie Bauman<br>11311 Hampshire Avenue South<br>Bloomington, MN 55438 | 430 | $12,938.59 | General Unsecured | No supporting evidence attached to proof of claim. Scheduled claim of $9,593.61 will be allowed. |
| 18. | Goodreau, Robert<br>2818 N Nebraska Ave<br>Tampa, FL 33602 | 565 | Unliquidated | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |

| | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
|---|---|---|---|---|---|
| 19. | Gordon, Angela<br>2320 Washington Street<br>Burlington, IA 52601 | 398 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 20. | Grandinetti, Maria<br>306 Maine Pl<br>Lehigh Acres, FL 33936-4946 | 902 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 21. | Haag, Marilynn<br>9100 Northwood Pkwy<br>New Hope, MN 55427 | 983 | $1,000+ | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 22. | Holm, Angel<br>304 Court Dr<br>New Salem, ND 58563 | 395 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 23. | Kuyat, Leila<br>6655 Palm Ave.<br>95<br>Riverside, CA 92506 | 870 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 24. | Modesto Irrigation District<br>1231 11th Street<br>Modesto, CA 95354 | 713 | $12,128.04 | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 25. | Moore, Taylor<br>431 South 4th Ave West<br>Newton, IA 50208 | 401 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 26. | Phiffer, Vincent<br>905 Liberty Ave<br>Beloit, WI 53511 | 661 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 27. | Price, Lauren<br>1207 Oak Drive<br>Leesburg, FL 34748 | 710 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |

|     | Claimant Name/Address | Claim Number | Claim Amount | Claim Priority | Reason for Disallowance |
| --- | --- | --- | --- | --- | --- |
| 28. | Radford, Jason<br>600 Ravenshill Way<br>Deland, FL 32724 | 602 | $65,354.82<br><br>$9,645.18 | General Unsecured<br><br>Priority | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. The priority component was previously addressed by an objection by the Debtors and is not at issue in this objection. |
| 29. | Rambo, Rose<br>1151 166th St<br>Dresser, WI 54009 | 385 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 30. | Register Tape Unlimited<br>1445 Langham Creek Drive<br>Houston, TX 77084 | 569 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 31. | Rios, Marcos<br>3544 Easton Avenue<br>Bethlehem, PA 18020 | 696 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |
| 32. | Serrato, Mario<br>403 S Sheridan St.<br>Corona, CA 92882 | 714 | Blank | General Unsecured | No basis per the Debtors' books and records and no supporting evidence attached to proof of claim. |