IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PANCAKES & PIES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective October 4, 2021, the address of the Wilmington, Delaware office of Buchanan Ingersoll & Rooney PC, counsel for Bank of America, N.A., has changed as follows:

> Buchanan Ingersoll & Rooney PC
> 500 Delaware Avenue
> Suite 720
> Wilmington, DE 19801-7407

**PLEASE TAKE FURTHER NOTICE** that the telephone numbers, facsimile number and e-mail addresses of the Firm and its attorneys' have not been affected by this change.

Dated: October 11, 2021  **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (No. 4711)
500 Delaware Avenue, Ste. 720
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
geoffrey.grivner@bipc.com

*Attorneys for Bank of America, N.A.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC, | Case No. 19-11743 (JTD) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on this 11th day of October, 2021, a copy of the Notice of Change of Address was served via the court's ECF notification.

Dated:  October 11, 2021          **BUCHANAN INGERSOLL & ROONEY PC**

                                           */s/ Geoffrey G. Grivner*
                                           Geoffrey G. Grivner (No. 4711)
                                           500 Delaware Avenue, Ste. 720
                                           Wilmington, Delaware 19801
                                           (302) 552-4200 (telephone)
                                           (302) 552-4295 (facsimile)
                                           geoffrey.grivner@bipc.com

                                           *Attorneys for Bank of America, N.A.*