## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | **Objection Deadline:  Nov. 1, 2021 at 4:00 p.m. ET**<br>**Hearing Date:  Nov. 10, 2021 at 1:00 p.m. ET** |

## NOTICE OF LIQUIDATING TRUSTEE'S MOTION TO APPROVE (I) FINAL DISTRIBUTION TO CLASS 4 GENERAL UNSECURED CLAIMS AND CONDITIONAL TERMINATION OF LIQUIDATING TRUST AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on October 18, 2021, Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust"), filed the *Liquidating Trustee's Motion to Approve (I) Final Distribution to Class 4 General Unsecured Claims and Conditional Termination of Liquidating Trust and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Court and be served upon the undersigned so as to be received no later than **November 1, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER

THE RELIEF SOUGHT IN THE MOTION WILL BE HELD VIA ZOOM

VIDEOCONFERENCE ON **NOVEMBER 10, 2021 AT 1:00 P.M. PREVAILING EASTERN**

**TIME** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY

JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF

DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 5,

WILMINGTON, DELAWARE 19801.

Dated:  October 18, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Shirley S. Cho (*admitted pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
        scho@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com

*Counsel for the Liquidating Trustee*