**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 18th day of October, 2021, I caused a copy of the following to be served on the attached service list in the manner indicated.

*Liquidating Trustee's Motion to Approve (I) Final Distribution to Class 4 General Unsecured Claims and Conditional Termination of Liquidating Trust and (II) Granting Related Relief*

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

Perkins & Marie Callender's
2002 Service List –Email and FCM
Case No. 19-11743
Document No. 225005v3
5 – First Class Mail
56 – Emails

(Liq Trust Counsel)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Robert Orgel, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
Email:  bsandler@pszj.com
crobinson@pszj.com
rorgel@pszj.com

**FIRST CLASS MAIL**
(Counsel for Wells Fargo Vendor Financial Services LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services)
Christine R. Etheridge, Esq.
PO Box 13708
Macon, GA  31208-3708

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104

**FIRST CLASS MAIL**
 (Counsel for State of Ohio)
Robert L. Doty, Esquire
Assistant Attorney General
Collections Enforcement, Toledo Regional Office
One Government Center, Suite 1240
Toledo, OH  43604-2261

**FIRST CLASS MAIL**
Tulare County Tax Collector
Mayra Alcantar, Deputy Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA  93291-4593

**EMAIL**
(Counsel to Bank of America, N.A., as Administrative Agent)
Mark Pfeiffer, Esquire
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
Email:  mark.pfeiffer@bipc.com

**EMAIL**
(Local Counsel for the Debtors)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
Megan E. Kenney, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email:  defranceschi@rlf.com
merchant@rlf.com
shapiro@rlf.com
haywood@rlf.com
kenney@rlf.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC;
Counsel for DJ-9, Inc.)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N Market Street, 11th Floor
Wilmington, DE  19801
Email:  heilmanl@ballardspahr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Erin r. Fay, Esquire
Evan Miller, Esquire
Bayard PA
600 N King Street, Suite 400
Wilmington, DE  19801
Email:  efay@bayardlaw.com;
emiller@bayardlaw.com

**EMAIL**
(Counsel for Liberty Property Limited
Partnership)
John E. Lucian, Esquire
Jose F. Bibiloni, Esquire
Blank Rome LLP
1201 N Market Street, Suite 800
Wilmington, DE  19801
Email:  lucian@blankrome.com;
jbibiloni@blankrome.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
William E. Chipman, Jr., Esquire
Mark D Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, DE  19801-6101
Email:  chipman@chipmanbrown.com;
olivere@chipmanbrown.com

**EMAIL**
(Counsel for Kimco Landlords; Counsel for
Waste Management)
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin and Browder,
P.A.
1201 N Orange Street, Suite 400
Wilmington, DE  19801
Email:  rmersky@monlaw.com

**EMAIL**
Delaware Department of Justice
Delaware Attorney General
Kathy Jennings, Esquire
Carvel State Building
820 N French Street
Wilmington, DE  19801
Email:  attorney.general@state.de.us

**EMAIL**
Delaware Dept of Justice
Attn: Bankruptcy Dept
820 N French St., 6th Fl
Wilmington, DE  19801
Email:  attorney.general@state.de.us

**EMAIL**
Linda J. Casey, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801
Email:  Linda.Casey@usdoj.gov

**EMAIL**
David C. Weiss, Esquire
US Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE  19801
Email: usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel for WF PP Realty, LLC)
William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801-6101
Email:  chipman@chipmanbrown.com
olivere@chipmanbrown.com

**EMAIL**
(Counsel for The Buntin Group)
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
Email: jfalgowski@burr.com

**EMAIL**
(Counsel for Perkins Group LLC)
Kevin Chiu, Esquire
Baker Botts LLP
2001 Ross Avenue Suite 900
Dallas, TX  75201
Email:  kevin.chiu@bakerbotts.com

**EMAIL**
(Counsel for SCF RC Funding L, LLC)
Craig Solomon Ganz, Esquire
Michael DiGiacomo, Esquire
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004
Email:  ganzc@ballardspahr.com;
digiacomom@ballardspahr.com

**EMAIL**
(Counsel for BICO Associates GP)
Russell W. Savory, Esquire
Beard & Savory, PLLC
119 South Main Street, Suite 500
Memphis, TN  38103
Email:  Russell.savory@gmail.com

**EMAIL**
(Counsel for AEI Fund Management, Inc.)
John M. Koneck, Esquire
Fredrikson & Byron, P.A.
200 South Sixth St, Ste 4000
Minneapolis, MN  55402-1425
Email:  jkoneck@fredlaw.com

**EMAIL**
(Counsel for Del Amo Associates, LLC)
J. Bennett Friedman, Esquire
Friedman Law Group, P.C.
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA  90067
Email:  jfriedman@flg-law.com

**EMAIL**
(Counsel for National Retail Properties, Inc)
Robert L. LeHane, Esquire
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178
Email:  KDWBankruptcyDepartment@
kelleydrye.com; rlehane@kelleydrye.com;

**EMAIL**
(Counsel for the Missouri Department of Revenue)
Sheryl L. Moreau, Esquire
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475
Email:  deecf@dor.mo.gov

**EMAIL**
(Proposed Counsel for the Debtors)
Scott L. Alberino, Esquire
Joanna Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Email:  salberino@akingump.com
jnewdeck@akingump.com

DOCS_DE:225005.3 65988/002
3

**EMAIL**
(Counsel to Regions Bank)
E. Franklin Childress, Jr., Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 200
Memphis, TN  38103
Email:  fchildress@bakerdonelson.com

**EMAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903
Email:  dosdoc_bankruptcy@state.de.us

**EMAIL**
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE  19904
Email:  statetreasurer@state.de.us

**EMAIL**
Susanne Larson, Esquire
Internal Revenue Service
31 Hopkins Plz, Rm 1150
Baltimore, MD  21201
Email:  SBSE.Insolvency.Balt@irs.gov

**EMAIL**
Claims and Noticing Agent
Andres Estrada
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA  90245
Email:  PMCIinfo@kccllc.com

**EMAIL**
G Jeffrey Boujoukos, Esquire
Securities & Exchange Commission
1617 JFK Boulevard, Ste 520
Philadelphia, PA  19103
Email:  philadelphia@sec.gov

**EMAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC  20549
Email:  SECBankruptcy-OGC-ADO@SEC.GOV

**EMAIL**
Andrew Calamari, Esquire
Securities & Exchange Commission NY Office
Brookfield Place
200 Vesey St, Ste 400
New York, NY  10281-1022
Email:  bankruptcynoticeschr@sec.gov

**EMAIL**
(Counsel to the Agent Under the Debtors' Prepetition Credit Facility / Counsel to the DIP Agent Counsel to Bank of America, N.A., as Administrative Agent)
David L Eades, Esquire
David S. Walls, Esquire
Luis M. Lluberas, Esquire
Gabriel L. Mathless, Esquire
Moore & Van Allen PLLC
100 N Tryon St, Suite 4700
Charlotte, NC  28202
Email:  davideades@mvalaw.com;
luislluberas@mvalaw.com;
davidwalls@mvalaw.com;
gabrielmathless@mvalaw.com

**EMAIL**
(Counsel to Mitchel Cory Family LLC)
Gerald P. Kennedy, Esquire
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA  92101
Email:  Gerald.kennedy@procopio.com

**EMAIL**
(Counsel for WF PP Realty, LLC)
Howard J. Berman, Esquire
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Email: hberman@egsllp.com

**EMAIL**
(Counsel for North Port Salford, LLC and Winter Park University 6245P, LLC)
Anthony J. D'Artiglio, Esquire
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, NJ 07424
Email: ajd@ansellgrimm.com

**EMAIL**
(Counsel for The Buntin Group)
David W. Houston, IV, Esquire
J. Patrick Warfield, Esquire
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Email: dhouston@burr.com;
pwarfield@burr.com

**EMAIL**
(Counsel for David V. Lees)
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
John C. Gentile, Esquire
Benesch, Friedlander, Coplan & Aranoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Email: jhoover@beneschlaw.com;
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com

**EMAIL**
(Counsel to Gray-Bays, LLC)
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Email: mbreslauer@swsslaw.com;
wyones@swsslaw.com

**EMAIL**
(Counsel to SFT Holdings, LLC)
Daniel E. Vaknin, Esquire
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Email: daniel@macfern.com

**EMAIL**
(Counsel for U.S. Cities Fund Operating, LP)
Stephen B. Gerald, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Email: sgerald@wtplaw.com

**EMAIL**
(Counsel to U.S. Cities Fund Operating, LP)
Dennis J. Schaffer, Esquire
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD 21201
Email: dschaffer@wtplaw.com

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com