IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pancakes & Pies, LLC[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | Hearing Date: Nov. 10, 2021 at 1:00 p.m. (ET)<br>Objection Deadline: Nov. 1, 2021 at 4:00 p.m. (ET) |

**NOTICE OF MOTION OF THE PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 DIRECTING THE PRODUCTION OF DOCUMENTS BY <u>UNITED HEALTHCARE SERVICES, INC.</u>**

PLEASE TAKE NOTICE that MorrisAnderson & Associates, Ltd., as plan administrator (the "**Plan Administrator**") for the Chapter 11 Plan of Liquidation of the above-captioned debtor and debtor in possession (the "**Debtor**" and, from and after the Effective Date (as defined herein), the "**Post-Effective Date Debtor**"), filed the *Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc.* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **November 1, 2021 at 4:00 p.m. (ET)** (the "**Objection Deadline**") and served upon and received by the undersigned counsel to the Plan Administrator.

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable John T. Dorsey at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **November 10, 2021 at 1:00 p.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  October 18, 2021
      Wilmington, Delaware

/s/ Scott D. Cousins
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com
          scott.jones@cousins-law.com

*Counsel to the Plan Administrator*