**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | **Objection Deadline:  Nov. 2, 2021 at 4:00 p.m. ET**<br>**Hearing Date:  Nov. 10, 2021 at 1:00 p.m. ET** |

**NOTICE OF LIQUIDATING TRUSTEE'S MOTION TO APPROVE STIPULATION**
**BETWEEN THE LIQUIDATING TRUSTEE AND VICKI BALLENTINE WILLIS**
**REGARDING RELIEF FROM THE PLAN INJUNCTION**

**PLEASE TAKE NOTICE** that on October 19, 2021, Alfred T. Giuliano, as

liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust"),

filed the *Liquidating Trustee's Motion to Approve Stipulation Between the Liquidating Trustee*

*and Vicki Ballentine Willis Regarding Relief from the Plan Injunction* (the "Motion") with the

United States Bankruptcy Court for the District of Delaware located at 824 North Market Street,

3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is

attached hereto.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to

the Motion shall conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure

and the Local Bankruptcy Rules, and shall be filed with the Court and be served upon the

undersigned so as to be received no later than **November 2, 2021 at 4:00 p.m. (prevailing**

**Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

        **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER

THE RELIEF SOUGHT IN THE MOTION WILL BE HELD VIA ZOOM

VIDEOCONFERENCE ON **NOVEMBER 10, 2021 AT 1:00 P.M. PREVAILING EASTERN**

**TIME** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY

JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF

DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 5,

WILMINGTON, DELAWARE 19801.

Dated:  October 19, 2021        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*
        Bradford J. Sandler (DE Bar No. 4142)
        Shirley S. Cho (*admitted pro hac vice*)
        Colin R. Robinson (DE Bar No. 5524)
        Peter J. Keane (DE Bar No. 5503)
        919 N. Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400
        Email:  bsandler@pszjlaw.com
            scho@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

        *Counsel for the Liquidating Trustee*