# United States Bankruptcy Court

For the District of Delaware

<u>In re Pancakes & Pies, Llc, Et Al. (fka Perkins & Marie Callender's, Llc) , Case No. 19-11743</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CRG Financial LLC</u> | <u>Dave Chase</u> |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim# (if known):  555 |
| CRG Financial LLC<br>100 Union Ave<br>Cresskill, NJ 07626 | Amount of Claim:<br>Scheduled:     $8,801.44- Perkins & Marie Callender's, LLC<br>Proofs of Claim:    $8,710.10- Perkins & Marie Callender's, LLC<br>Date Claim Filed:  10/21/2019 |
| Phone:  (201) 266-6988 | Phone: |
| Last Four Digits of Acct#:_____ | Last Four Digits of Acct#:_____ |
| Name and Address where Transferee payments should be sent (if different from above);<br>SAME AS ABOVE | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>/s/ Allison R. Axenrod</u>      Date: <u>10/28/2021</u>

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

For the District of Delaware

In re Pancakes & Pies, Llc, Et Al. (fka Perkins & Marie Callender's, Llc) , Case No. 19-11743

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.____555____(if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/28/2021.

| | |
|---|---|
| CRG Financial LLC | Dave Chase |
| Name of Alleged Transferee | Name of Transferor |
| 100 Union Avenue, Cresskill, NJ 07626 | 252 Greenfield Parkway , , Des Moines , IA 50320 |
| Address of Alleged Transferee | Address of Transferor |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Dave Chase ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns (collectively, the "Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Pancakes & Pies, LLC, et al.(fka Perkins & Marie Callender's, LLC) or any of its co-debtor subsidiaries or affiliates (the "Debtor"), representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 19-11743.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 10/28/2021.

By: /s/ David E. Chase
    Signature

   David E. Chase
Print Name/Title
Dave Chase

IN WITNESS WHEREOF, Purchaser has signed below as of Thursday, October 28, 2021.

By: /s/ Robert Axenrod
CRG Financial LLC