**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PANCAKES & PIES, LLC,[1]<br><br>　　　　Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD)<br><br>Ref. Docket No. 856 |

**ORDER APPROVING LIQUIDATING TRUSTEE'S MOTION TO APPROVE (I) FINAL DISTRIBUTION AND CONDITIONAL TERMINATION OF LIQUIDATING TRUST AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust") formed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the debtors and debtors in possession (the "Debtors"), for entry of an order (this "Order") approving final distribution to Class 4 General Unsecured Claims and conditional termination of the Trust and granting related relief; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and Article XV of the Plan; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided to the parties provided for in the Motion and no further notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

cause to grant the relief requested therein; and upon due deliberation given, IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted.

    2.    The Liquidating Trustee, and his employees, professionals, and representatives are authorized and directed to take any and all actions necessary or appropriate in connection with this order, including but not limited to (a) filing final tax returns; (b) paying final invoices for professionals; (c) recovering retainers from professionals once all work is complete; and (d) otherwise winding up the Trust.

    3.    Upon dissolution of the Trust, the Trust, the Trustee, and the Trust's professionals and attorneys, are hereby fully released and discharged of their duties and obligations in carrying out the terms of the Trust and have no further responsibilities in connection therewith, except as required to comply with the terms of this Order.

    4.    The Trustee is hereby authorized to take such actions or execute or file such documents as are necessary or appropriate to effectuate the provisions of this Order and the Liquidation Trust Agreement.

    5.    The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

**Dated: November 2nd, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**