IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PANCAKES & PIES, LLC,[1] | Case No. 19-11743 (JTD) |
| Post-Effective Date Debtor. | Ref. Docket No. 859 |

**CERTIFICATION OF NO OBJECTION REGARDING LIQUIDATING TRUSTEE'S MOTION TO APPROVE STIPULATION BETWEEN THE LIQUIDATING TRUSTEE AND VICKI BALLENTINE WILLIS REGARDING RELIEF FROM THE PLAN INJUNCTION**

The undersigned hereby certifies the following:

1. On October 19, 2021, the Alfred T. Giuliano, as liquidating trustee (the "Liquidating Trustee") on behalf of the Liquidating Trust (the "Trust") formed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the debtors and debtors in possession (the "Debtors"), filed the *Liquidating Trustee's Motion to Approve Stipulation Between the Liquidating Trustee and Vicki Ballentine Willis Regarding Relief from the Plan Injunction* [Docket No. 859] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Motion, objections to the Motion were to be filed and served no later than November 2, 2021 at 4:00 p.m. prevailing Eastern Time.

3. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

4. Counsel respectfully requests that the Order attached hereto as **Exhibit 1** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated:  November 3, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Shirley S. Cho (*admitted pro hac vice*) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | P O Box 8705 |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | scho@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel for the Liquidating Trustee* |