IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 ) |
| Pancakes & Pies, LLC.[1] | ) ) Case No. 19-11743 (JTD) ) |
| Post-Effective Date Debtor. | ) ) ) ） |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 10, 2021 AT 1:00 P.M. (ET)**

---

**ZOOM INSTRUCTIONS:**

**THE REMOTE HEARING WILL BE CONDUCTED *ENTIRELY* BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL *WILL NOT* BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THE HEARING (PARTIES MUST REGISTER IN ADVANCE TO PARTICIPATE):**

https://debuscourts.zoomgov.com/meeting/register/vJItduiuqToqGbemk29NGzuZGnvkarwzG8l

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.    RESOLVED MATTERS:**

1. Liquidating Trustee's Motion to Approve (I) Final Distribution to Class 4 General Unsecured Claims and Conditional Termination of Liquidating Trust and (II) Granting Related Relief [Docket No. 856; filed October 18, 2021]

    Response/Objection Deadline:    November 1, 2021 at 4:00 p.m. (ET)

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435).  The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

      Responses/Objections Received:    None.

      Related Documents:

      i.    Certification of No Objection Regarding Liquidating Trustee's Motion to Approve (I) Final Distribution to Class 4 General Unsecured Claims and Conditional Termination of Liquidating Trust and (II) Granting Related Relief [Docket No. 881; filed November 2, 2021]

      ii.    Order Approving Liquidating Trustee's Motion to Approve (I) Final Distribution and Conditional Termination of Liquidating Trust and (II) Granting Related Relief [Docket No. 882; entered November 2, 2021]

      Status: On November 2, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Liquidating Trustee's Motion to Approve Stipulation Between the Liquidating Trustee and Vicki Ballentine Willis Regarding Relief from the Plan Injunction [Docket No. 859; filed October 19, 2021]

      Response/Objection Deadline:    November 2, 2021 at 4:00 p.m. (ET)

      Responses/Objections Received:    None.

      Related Documents:

      i.    Certification of No Objection Regarding Liquidating Trustee's Motion to Approve Stipulation Between the Liquidating Trustee and Vicki Ballentine Willis Regarding Relief from the Plan Injunction [Docket No. 883; filed November 3, 2021]

      ii.    Order Approving Stipulation Between the Liquidating Trustee and Vicki Ballentine Willis Regarding Relief from the Plan Injunction [Docket No. 884; entered November 4, 2021]

      Status: On November 4, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    CONTESTED MATTER:

3. Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Health Services, Inc. [Docket No. 858; filed October 18, 2021]

      Response/Objection Deadline:    November 1, 2021 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Objection to Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United HealthCare Services, Inc. [Docket No. 875; filed November 1, 2021]

Related Documents:

i. Reply of the Plan Administrator to Objection of United HealthCare Services, Inc. to Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United HealthCare Services, Inc. [Docket No. 889; filed November 5, 2021]

ii. Declaration of Kristina Beirne in Support of Objection to the Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United HealthCare Services, Inc. [Docket No. 890; filed November 8, 2021]

Witness Information:

United HealthCare Services, Inc. intend to offer testimony by declaration. To the extent live testimony is necessary, Kristina Beirne, will be available to testify by video from her home in Brooks, Maine

Status: The hearing on this matter will go forward.

[*Remainder of page intentionally left blank.*]

Dated: November 8, 2021
       Wilmington, Delaware

                                                          */s/ Brett M. Haywood*
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Post-Effective Date Debtor*