IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Pancakes & Pies, LLC[1]<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 19-11743 (JTD)<br><br>Re. Docket No.: 858 |

## EXHIBIT LIST

MorrisAnderson & Associates, Ltd., as plan administrator (the "**Plan Administrator**") for the Chapter 11 Plan of Liquidation of the above-captioned debtor and debtor in possession (the "**Debtors**" and, from and after the Effective Date, the "**Post-Effective Date Debtor**"), intend to present the following exhibits in connection with the *Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc.* [Docket No. 858, 10/18/2021]:

| Exhibit Number | Date Filed | Docket Number | Exhibit Name |
|---|---|---|---|
| 1 | 1/14/2020 | 562 | Order (I) Approving the Debtors' Combined Disclosure Statement and Plan on a Final Basis and (II) Confirming the Debtors' Combined Disclosure Statement and Plan |
| 2 | 10/18/2021 | 858-3 | Plan Administrator's Request for Production of Documents Directed to United Healthcare Services, Inc.—Exhibit B to the Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc. |

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435). The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

| | | | |
|---|---|---|---|
| 3 | 10/18/2021 | 858-4 | Administrative Services Agreement — Exhibit C to the Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc. |
| 4 | 10/18/2021 | 858-5 | Local Rule 2004-1 Certification —Exhibit D to the Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc. |
| 5 | 11/05/2021 | 889-1 | Stipulated Protective Order by and Between the Liquidating Trustee and United Healthcare Insurance Company— Exhibit A to the Reply of the Plan Administrator to Objection of United Healthcare Services, Inc. to Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc. |
| 6 | 11/05/2021 | 889-2 | Transcript of February 8, 2017 Hearing Before Honorable Brendan L. Shannon — Exhibit B to the Reply of the Plan Administrator to Objection of United Healthcare Services, Inc. to Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc. |
| 7 | 11/05/2021 | 889-3 | CMS 1500 Claim Form Instructions and Health Insurance Claim Form — Exhibit B to the Reply of the Plan Administrator to Objection of United Healthcare Services, Inc. to Plan Administrator's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc. |
| 8 | 11/8/2021 | 890-4 | Email from Latonia Williams to Richard Corbi and Scott Jones dated October 14, 2021— Exhibit 4 to the Declaration of Kristina Beirne in Support of Objection to the Motion of the Plan Administrator for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Directing the Production of Documents by United Healthcare Services, Inc. |

| | | | |
|---|---|---|---|
| **9** | 11/9/2021 | 896 | Declaration of William Dagher |
| **10** | | | Any Exhibits Introduced by Another Party |