## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Pancakes & Pies, LLC.[1] | : | Case No. 19-11743 (JTD) |
| | : | |
| Post-Effective Date Debtor. | : | |
| | : | |
| | : | |

## CERTIFICATION OF COUNSEL REGARDING
## <u>SCHEDULING OF OMNIBUS HEARING DATE</u>

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, the post-effective date debtor requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are Pancakes and Pies, LLC (2435).  The mailing address for the Post-Effective Date Debtor is Pancakes & Pies, LLC c/o MorrisAnderson & Associates, Ltd., 55 West Monroe Street, Suite 2350, Chicago, Illinois 60603.

Dated:  November 16, 2021
        Wilmington, Delaware

/s/   Brett M. Haywood
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Post-Effective Date Debtor*

RLF1 26349870v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Pancakes & Pies, LLC. | : | Case No. 19-11743 (JTD) |
|  | : |  |
| Post-Effective Date Debtor. | : |  |
|  | : |  |
|  | : |  |

**<u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date

in the above-captioned chapter 11 case:

| <u>Date & Time</u> | <u>Location</u> |
|---|---|
| December 16, 2021 at 11:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 5<br>Wilmington, Delaware 19801 |